EXHIBIT B

2015 Kestler Assessment of Bryan Messenger

## The Dyslexia Center of Princeton
138 Ewing Street
Princeton, NJ 08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

### Bryan Messenger
Client ID # 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
Date of assessment: 11/02/2015

Date of Birth:  12/04/1981
Age:  33 years 11 months

Grade (years.months):  19.3
Academic Potential: In the above-average range

**DIAGNOSIS:** Moderate-Severe Dyseidetic Dyslexia / Mild-Moderate Dysphonetic Dyslexia

DYSLEXIA DETERMINATION ......................................................................................... 2

INTERPRETATION OF WAIS-IV RESULTS ........................................................................ 3

DECODING/ENCODING ..................................................................................................... 5

ORAL READING .................................................................................................................. 6

SUMMARY OF ACADEMIC ACHIEVEMENT (WIAT-III) RESULTS ................................... 7

PHONOLOGICAL PROCESSING ....................................................................................... 8

VISUAL-MOTOR INTEGRATION ....................................................................................... 9

TEST OF INFORMATION PROCESSING SKILLS ............................................................ 10

SUMMARY ........................................................................................................................ 12

TABLE OF STANDARD AND PERCENTILE SCORES ...................................................... 12

CLIENT HISTORY .............................................................................................................. 13

BEHAVIORAL OBSERVATIONS ....................................................................................... 15

SUMMARY OF RESULTS .................................................................................................. 16

RECOMMENDATIONS ...................................................................................................... 17

Appendix A. WAIS-IV Score Summary .............................................................................. 18

Appendix B. WIAT-III Score Summary .............................................................................. 21

Appendix C. CLASSIFICATIONS OF SCORES ON STANDARDIZED TESTS ................... 26

## The Dyslexia Center of Princeton

138 Ewing Street
Princeton, NJ 08540

Margaret G. Tuttle, Director

Lisa P. Kestler, Ph.D., Diagnostician

Phone: (609) 647-2456

dyslexiaprinceton@verizon.net

## DYSLEXIA LEVELS AND TYPES

**There are four levels of dyslexia.** From the least-severe level to the most severe, they are: Problematic, Mild, Moderate, and Severe.

**Dyseidetic** dyslexia is a reduced ability to perceive whole words for instantaneous reading and spelling, despite the word having been seen on repeated occasions.

**Dysphonetic** dyslexia is a reduced ability to integrate symbols and sounds, resulting in difficulty developing and using word attack skills to decode single, unknown words.

## DYSLEXIA DETERMINATION

Assessment results indicate that Bryan has Moderate-Severe Dyseidetic Dyslexia / Mild-Moderate Dysphonetic Dyslexia.

**The Dyslexia Center of Princeton**

138 Ewing Street
Princeton, NJ 08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

## INTERPRETATION OF WAIS-IV RESULTS

### General Intellectual Ability

Bryan was administered 10 subtests of the ***Wechsler Adult Intelligence Scale-Fourth Edition (WAIS-IV)***. His composite scores are derived from these subtest scores. The Full Scale IQ (FSIQ) composite score is derived from 10 subtest scores and is considered the most representative estimate of global intellectual functioning. Bryan's general cognitive ability is within the superior range of intellectual functioning, as measured by the FSIQ. His overall thinking and reasoning abilities exceed those of approximately 96% of individuals his age (**FSIQ = 126**; 95% confidence interval = 121-130). Bryan may find it easy to keep up with his peers on most tasks that require thinking and reasoning abilities. Bryan's verbal and nonverbal reasoning abilities are in the superior range. He performed slightly better on nonverbal than on verbal reasoning tasks, but there is no meaningful difference between Bryan's ability to reason with and without the use of words.

Bryan's Verbal Comprehension Index (**VCI**) score, which measures verbal reasoning, comprehension and conceptualization abilities, is in the superior range. His performance was better than approximately 93 out of 100 individuals in his age group.

On the Perceptual Reasoning Index (**PRI**), which measures the ability to reason without words and to organize information visually, Bryan scored in the superior range. His performance was better than approximately 97 out of 100 individuals in his age group.

Bryan's Working Memory Index (**WMI**) score, an indication of information processing, attention, and concentration abilities, was in the superior range. He performed better than approximately 95 out of 100 individuals in his age group.

## The Dyslexia Center of Princeton
138 Ewing Street
Princeton, NJ 08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

On the Processing Speed Index (**PSI**), a measure of mental processing and graphomotor (handwriting) speed, Bryan scored in the average range. His performance was better than approximately 50 out of 100 individuals in his age group.

On the General Ability Index (**GAI**), which is a summary score of **VCI** and **PRI**, Bryan scored in the very superior range. His performance was better than approximately 98 out of 100 individuals in his age group.

**Composite Score Summary**

| Scale | Sum of Scaled Scores | Composite Score | Percentile Rank | 95% Conf. Interval | Qualitative Description |
|---|---|---|---|---|---|
| Verbal Comprehension | 42 | VCI  122 | 93 | 115-127 | Superior |
| Perceptual Reasoning | 45 | PRI  129 | 97 | 121-134 | Superior |
| Working Memory | 29 | WMI  125 | 95 | 117-130 | Superior |
| Processing Speed | 20 | PSI  100 | 50 | 92-108 | Average |
| Full Scale | 136 | FSIQ  126 | 96 | 121-130 | Superior |
| General Ability | 87 | GAI  130 | 98 | 124-134 | Very Superior |

Confidence Intervals are based on the Overall Average *SEMs*.

Charts and tables for WAIS-IV composite score profiles, subtest profiles, discrepancy analyses, and subtest score summaries are provided at the end of the report.

**The Dyslexia Center of Princeton**
138 Ewing Street
Princeton, NJ 08540

Margaret G. Tuttle, Director                                   Phone: (609) 647-2456
Lisa P. Kestler, Ph.D., Diagnostician                          dyslexiaprinceton@verizon.net

## DECODING/ENCODING

Decoding is the process of reading words. Encoding refers to the process of translating spoken words into written symbols-in other words, spelling. Decoding and encoding subtests From the ***Wechsler Individual Achievement Test - Third Edition (WIAT-III)*** are used to evaluate an individual's ability to read and spell individual words, one at a time.

- The **Pseudoword Decoding subtest** uses nonsense words to measure the ability to decode unfamiliar words using phonics rules.
- The **Word Reading subtest** measures the ability to read real words accurately.
- The **Spelling subtest** measures the ability to spell letter sounds and real words.

Bryan's scores are shown below.

|                       | *Percentiles* |
|-----------------------|:-------------:|
| Pseudoword Decoding   | 23            |
| Word Reading          | 34            |
| Spelling              | 23            |





## The Dyslexia Center of Princeton
138 Ewing Street
Princeton, NJ 08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone: (609) 647-2456
dyslexiaprinceton@verizon.net

## ORAL READING

Oral reading fluency is the ability to read text quickly, accurately, automatically, and with understanding. The Gray Oral Reading Tests (GORT- 5) provide a measure of reading fluency, based upon the accuracy and speed with which connected text is read aloud, and also a measure of oral reading comprehension.

Bryan's scores are shown below.



## The Dyslexia Center of Princeton
138 Ewing Street
Princeton, NJ 08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

## SUMMARY OF ACADEMIC ACHIEVEMENT (WIAT-III) RESULTS

Additional ***WIAT-III*** subtests were administered to Bryan in order to document his current
level of academic achievement in other subjects, in addition to reading and spelling subtests
that are described in more detail above. A summary of Bryan's scores is shown below and in
a table at the end of the report. Descriptive classifications for scores on the ***WIAT-III*** are
slightly different than for other tests, with Average scores between 85 and 115. Bryan's
overall Total Achievement Composite score of 107 (95% confidence interval = 104 – 110)
was in the Average range, in the 68th percentile compared to same-age peers. His performance
on tasks involving Mathematics was Above Average, in the 97th percentile. His performance
on all other tests, including Oral Language skills, Reading, Written Expression, and Math
Fluency, were in the Average range.

**Composite Score Summary**

| Composite | Standard Score | 95% Confidence Interval | Percentile Rank | Qualitative Description |
|---|---|---|---|---|
| Oral Language | 112 | 105-119 | 79 | Average |
| Total Reading | 87 | 82-92 | 19 | Average |
| Basic Reading | 90 | 85-95 | 25 | Average |
| Reading Comprehension and Fluency | 87 | 79-95 | 19 | Average |
| Written Expression | 103 | 96-110 | 58 | Average |
| Mathematics | 128 | 123-133 | 97 | Above Average |
| Math Fluency | 106 | 99-113 | 66 | Average |
| Total Achievement | 107 | 104-110 | 68 | Average |

Additional charts and tables for WIAT-III composite score profiles, subtest score profiles,
discrepancy analyses, and subtest score summaries are included at the end of the report.

**The Dyslexia Center of Princeton**
138 Ewing Street
Princeton, NJ 08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone: (609) 647-2456
dyslexiaprinceton@verizon.net

## PHONOLOGICAL PROCESSING

The *Comprehensive Test of Phonological Processing (CTOPP)* is a test of an individual's ability to use the sound structure of oral language, especially as it relates to mastery of written language.

The **Elision subtest** measures the ability to remove phonological segments from spoken words in order to form other words. The **Blending Words subtest** measures the ability to put sounds together to form words. A deficit in this area is a critical indicator of, and aspect of, dyslexia.

The **Memory for Digits subtest** measures the ability to repeat a sequence of numbers accurately, and the **Nonword Repetition subtest** measures the ability to repeat nonsense words accurately. A deficit in this area affects the ability to decode unknown, multi-syllable words.

Bryan's scores are shown below.



**The Dyslexia Center of Princeton**
138 Ewing Street
Princeton, NJ 08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

## VISUAL-MOTOR INTEGRATION

*The Beery-Buktenica Developmental Test of Visual-Motor Integration (Beery VMI)* is a test of how well an individual is able to coordinate visual and motor abilities.

The **VMI subtest** measures visual-motor integration, which is the ability to perceive visual information and reproduce it by means of finger-hand movements. This ability affects the capacity to write; to copy work from textbooks, reference materials, or the chalkboard; to line up math problems; and to perform other writing tasks.

The supplemental **Visual Perception subtest** measures the ability to make sense of what is being seen. Visual perception is the ability to discern directionality and orientation, as well as to discriminate among fine details. Visual perception affects one's ability to recognize the similarities and differences in written words.

Bryan's scored in the average range at the 58th percentile on the VMI, indicating that his visual-motor coordination is adequately developed for his age. Bryan's score on the Visual Perception subtest was somewhat lower, in the 30th percentile, but still within the average range. However, given Bryan's extremely well-developed perceptual reasoning, evidenced by his WAIS-IV PRI score of 129 (97th percentile), there is a meaningful discrepancy with his ability perceive visual information on a test that does not involve reasoning. Bryan is able to reason using visual information at a very high level despite having relatively weak skills in visual perception. This pattern of scores is consistent with his relatively lower score on the WAIS-IV Processing Speed Index (PSI = 100, 50th percentile), which measures speed of visual perception with minimal reasoning demands.

## The Dyslexia Center of Princeton

138 Ewing Street
Princeton, NJ 08540

Margaret G. Tuttle, Director                                      Phone:  (609) 647-2456
Lisa P. Kestler, Ph.D., Diagnostician                            dyslexiaprinceton@verizon.net

## TEST OF INFORMATION PROCESSING SKILLS

The *Test of Information Processing Skills (TIPS)* provides a measure of skills related
to acquiring, storing, and processing information. It measures ordered and unordered
recall in both the visual and auditory modalities. Its subtests measure short-term memory,
working memory following verbal interference tasks, and delayed recall of auditory
information. A summary of Bryan's test scores appears below.

|                          | *Percentiles* |
|--------------------------|:-------------:|
| Visual Ordered           | 50            |
| Visual Unordered         | 68            |
| **Visual Modality**      | **61**        |
| Auditory Ordered         | 37            |
| Auditory Unordered       | 42            |
| **Auditory Modality**    | **37**        |
| Delayed Recall           | 91            |

On the current test, Bryan's overall score for visual memory processing is in the
average range and for auditory memory processing it is in the average range.

Analysis of the scores helps us to understand how Bryan acquires and retrieves
information when learning: when seeing, listening, and reading.

The results of the current test indicate that Bryan does not have a preference in
learning modality. The difference between the visual and auditory modality scores is
not statistically significant, indicating that Bryan is likely to learn equally well
through either visual or auditory means.

The delayed recall score measures the ability to recall and retrieve information over
time, giving an indication of Bryan's ability to retain learned information for later
use. Bryan's delayed recall score on the current test is in the above average range.

A comparison of the ordered and unordered scores within each modality gives an
indication of Bryan's ability to maintain correct sequential order when processing,
storing, and retrieving information.  The results of the current test indicate there is
not a significant difference between ordered and unordered recall in the visual
modality, and there is not a significant difference between ordered and unordered
recall in the auditory modality.

## The Dyslexia Center of Princeton
138 Ewing Street
Princeton, NJ  08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

TEST OF INFORMATION PROCESSING SKILLS

### Subtest Scaled Scores



| Memory Index | | | | |
|---|---|---|---|---|
| | **Visual** | | **Auditory** | |
| | Ord | Unord | Ord | Unord |
| ST | 6 | 8 | 5 | 5 |
| WM1 | 3 | 7 | 1 | 5 |
| WM2 | 2 | 8 | 2 | 5 |

**The Dyslexia Center of Princeton**
138 Ewing Street
Princeton, NJ 08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone: (609) 647-2456
dyslexiaprinceton@verizon.net

## SUMMARY

DIAGNOSIS: Moderate-Severe Dyseidetic / Mild-Moderate Dysphonetic Dyslexia

| | | | | |
|---|---|---|---|---|
| Phonological Awareness Weakness / Deficit | YES | **NO** | | |
| Phonological Memory Weakness / **Deficit** | **YES** | NO | | |
| Visual-Motor Integration **Weakness** / Deficit | **YES** | NO | | |
| Visual Perception Weakness / Deficit | YES | **NO** | | |
| Short-Term Memory Capacity Weakness / Deficit | YES | **NO** | Visual Auditory | |
| Visual Modality Processing Weakness / Deficit | YES | **NO** | | |
| Auditory Modality Processing Weakness / Deficit | YES | **NO** | | |
| Sequential Ordering Weakness / Deficit | YES | **NO** | Visual Auditory | |
| Delayed Recall (Auditory) Weakness / Deficit | YES | **NO** | | |
| Pseudoword Decoding Level | **BELOW** | AT | ABOVE | Grade Level |
| Word Reading Level | BELOW | **AT** | ABOVE | Grade Level |
| Spelling Level | **BELOW** | AT | ABOVE | Grade Level |

**TABLE OF STANDARD AND PERCENTILE SCORES**

*Standard Score     Percentile Score*
*(Mean = 100; Standard Deviation = 15)*

| | Standard Score | Percentile Score |
|---|---|---|
| **Wechsler Individual Achievement Test - 3rd Edition (WIAT-III)** | | |
| Pseudoword Decoding | 89 | 23 |
| Word Reading | 94 | 34 |
| Spelling | 89 | 23 |
| **Beery VMI - 6th Edition** | | |
| Visual-Motor Integration | 103 | 58 |
| Visual Perception | 92 | 30 |
| **Test of Information Processing Skills (TIPS)** | | |
| Visual Ordered | 100 | 50 |
| Visual Unordered | 107 | 68 |
| *Visual Modality* | *104* | *61* |
| Auditory Ordered | 95 | 37 |
| Auditory Unordered | 97 | 42 |
| *Auditory Modality* | *95* | *37* |
| Delayed Recall | 120 | 91 |

**The Dyslexia Center of Princeton**
138 Ewing Street
Princeton, NJ 08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

## CLIENT HISTORY

### Referral reason:
Bryan is a 33 year-old Caucasian male who is completing medical school at St. George's University, and currently applying for residency programs in Pediatrics. He is seeking a re-evaluation to document a history of specific learning disability in reading, so that he can apply for accommodations on the United States Medical Licensing Examination.

### Medical history:
Bryan has had vision testing administered in the fall of 2011 with results indicating he  has astigmatism. Bryan was prescribed glasses to be worn when reading, doing computer  work, and night driving. Bryan has not had his hearing evaluated, but notes that it has  never been a problem.

Bryan has a history of moderately severe ear infections that began when he was 18 months old. Bryan broke his collar bone when he was 11 months old, his left wrist when he was 6 years old, and his right wrist when he was 12 years old.

### Educational history:
Bryan recalls having  trouble learning letter names in kindergarten and letter sounds in 1st grade. Bryan  displays difficulty with reading and spelling skills. Bryan rates his performance in reading, handwriting, and spelling as below average. Bryan received resource services in elementary and junior high school. He did not pursue a re-evaluation for disability services in high school or college, but he states that he had to work very hard to get through school and did not know why he struggled. After college, he had difficulty getting acceptance to medical school due to low MCAT scores. In Bible study, his wife noticed that he had an unusual way of reading, making large errors in pronunciation and often reading words that were entirely different than what was on the page. Bryan's wife encouraged him to get tested to determine if he had dyslexia.

Bryan was previously tested in December 2011 by Dr. Edward Martinelli of Utah TestEd, and given a diagnosis of Reading Disorder. The prior evaluation concluded that Bryan has well developed cognitive abilities, with scores ranging mostly from High Average to Very Superior. He demonstrated significant personal weakness, however, in processing speed, which was in the Average range.

The results of the evaluation in 2011, along with his history of receiving services in grade school, allowed him to receive accommodations with the Office of Disability Services at St. George's University Medical School in Grenada. Bryan reports that being given double time on exams was extremely helpful for him in medical school, and allowed him to do well academically. He did have difficulty in two courses that required a great deal of memorization. He had to repeat Microbiology, and he had to take a completion exam for Immunology that allowed him to pass despite failing in class exams. He had a C average in his academic course work, but a A/B+ average on his clinical work. Currently, Bryan is completing clinical electives while applying for Pediatric residency. He needs to pass the second step of the board exams, which involves 9 hours of written questions about clinical topics.

**The Dyslexia Center of Princeton**
138 Ewing Street
Princeton, NJ 08540

Margaret G. Tuttle, Director                                              Phone: (609) 647-2456
Lisa P. Kestler, Ph.D., Diagnostician                                  dyslexiaprinceton@verizon.net

Bryan believes his strongest abilities are relating to people and seeing different perspectives.
Bryan enjoys being outdoors, spending time with family, good food, and photography.

The Dyslexia Center Self-Rating for Attention indicates that Bryan displays few, if any,
issues with attention and self-regulation. His previous psychological evaluation in 2011
also ruled out Attention Deficit/Hyperactivity Disorder.

The Dyslexia Center Self-Rating for Vision/Visual Processing indicates that when reading,
Bryan loses place often, uses his finger to keep his place, frequently leaves out words, re-reads
lines, skips lines, and confuses similar words. When writing, Bryan has trouble lining up
numbers, makes mistakes when copying from the board, and has poorly spaced or crooked
writing. When using his eyes, Bryans notes the print seems to blur. Bryan also repeatedly
confuses left and right, and tends to avoid desk work.

The Self-Rating for Listening/Auditory Processing/Communicating indicates that Bryan hears
less well, or is less attentive/productive, in normal-but-busy surroundings; is unusually
forgetful of information previously memorized, or of household/school/work routines and
responsibilities, despite frequent reminders; has difficulty with phonics; confuses similar-
sounding words; is a poor speller who makes errors that are phonetically correct; has problems
with speech clarity or articulation, or with grammar, now or in the past; has difficulty reading
or writing efficiently; feels the need to ask many extra questions to clarify tasks before
starting; often interprets words too literally, becoming confused of suffering hurt feelings;
listeners have trouble following train of thought; and he gets the details and facts, but often
misses "the big picture" --has a hard time prioritizing or summarizing information.

**The Dyslexia Center of Princeton**
138 Ewing Street
Princeton, NJ 08540

Margaret G. Tuttle, Director                                 Phone: (609) 647-2456
Lisa P. Kestler, Ph.D., Diagnostician                        dyslexiaprinceton@verizon.net

## BEHAVIORAL OBSERVATIONS

Bryan arrived on time to both testing sessions. He was well-groomed, friendly, and polite. He engaged easily with evaluator, and talked openly about his history of difficulties with school. He appeared calm and relaxed throughout the administration of tests on both days. He showed good attention and task persistence. He appeared motivated to do well, and tolerated frustration well on more challenging tasks.

Bryan worked carefully and slowly, often reviewing his answers before moving on. On timed tasks involving reading or writing, he used the entire allotted time, answering when encouraged to give a response. On the WIAT-III essay subtest, Bryan used the entire 10 minutes and continued to work for an additional 30 seconds to finish. On the WAIS-IV, Bryan's score on the timed subtest of Coding was low compared to his other scores, and contributed to his relatively weak Processing Speed Index score. Other timed tests on the WAIS-IV involved visual-spatial or quantitative reasoning skills, skills that are relative strengths for Bryan. He had no trouble responding quickly to test items on tests that involved visual-spatial or quantitative reasoning. However, he demonstrated significant slowness on tasks that involved reading, spelling, or written expression.

Given his test-taking behavior and attitude, we are confident that the scores reported herein are essentially accurate representations of Bryan's current functioning.

## The Dyslexia Center of Princeton
138 Ewing Street
Princeton, NJ 08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

### SUMMARY OF RESULTS

The results of the current evaluation support a diagnosis of Dyslexia, or Reading Disorder. Specifically, his pattern of decoding and encoding written language indicates both difficulty with perceiving and remembering whole words, as well as difficulty integrating symbols and sounds to use rules of phonics for reading and spelling. These patterns of difficulty are referred to as Dyseidetic and Dysphonetic Dyslexia, respectively. The severity of difficulty that Bryan demonstrates is Moderate-to-Severe Dyseidetic dyslexia and Mild-to-Moderate Dysphonetic dyslexia.

In addition to identifying Bryan's specific Reading Disorder, the current evaluation was able to determine Bryan's cognitive strengths and weaknesses. Consistent with his previous psychoeducational evaluation in 2011, Bryan's overall cognitive ability, based on the General Ability Index of 130, was in the Very Superior range, at the 98th percentile. His pattern of cognitive strengths and weaknesses was also the same as reported in his previous evaluation, with his greatest strength being his ability to use nonverbal reasoning and organize visual information, reflected by his scores in the superior range on the Perceptual Reasoning Index. His greatest area of cognitive weakness was on tasks involving speed of mental processing and graphomotor speed, which was reflected by his score in the average range on the Processing Speed Index.

The current evaluation was also able to determine his level of academic achievement in Mathematics, Oral Language, Written Expression, as well as Reading ability.  Overall, Bryan performance on tests of academic achievement was in the Average range compared to same-age peers. Given Bryan's real-world academic achievement, as a college graduate who has successfully completed all course work in medical school, these test results demonstrate a disconnect between what Bryan can show on tests and what he can demonstrate through more meaningful ways. He did show areas of great strength on the current evaluation of academic achievement. Specifically, Bryan's Mathematics skills were well Above Average.  He also demonstrated strong Oral Language skills. However, Bryan's performance on tests of Reading, Written Expression, and Reading Comprehension and Fluency were all in the Average Range. He demonstrated clinically significant weakness in Basic Reading skills, with composite score in the low end of the Average range. In addition, he demonstrated poor spelling, sentence composition, and grammar and mechanics in composing essays, all at the low end of the Average range. **These findings support diagnoses of Reading Disorder and Disorder of Written Expression.** The term Dyslexia is often used synonymously with the formal DSM-5 classification of Reading Disorder, and is included in the DSM-5 as an alternate diagnostic label.

## The Dyslexia Center of Princeton

138 Ewing Street
Princeton, NJ 08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

### RECOMMENDATIONS

In addition to specific recommendations for remediation of Dyslexia and Disorder of Written
Expression, which are included in a separate document, it is recommended that Bryan receive
testing accommodations that will enable him to demonstrate his knowledge in a way that
minimizes the obstacles created by dyslexia. Dyslexia makes it difficult to read, write, and
comprehend written language with accuracy and fluency. This is particularly the case for Bryan,
as demonstrated by the current evaluation results. Thus, it will be important that he receive the
following testing accommodations:

- Bryan should be given **extended time (100%, double)** to complete tests. His level of
  fluency in reading and writing are below the level that he can demonstrate knowledge.
  During the current evaluation Bryan's pace on timed and untimed tests that involve
  written language indicates that he needs at least double time.

- Bryan's performance during the evaluation also supports accommodation for **extra
  breaks,** given the disproportionate mental energy he expends on reading and writing
  tasks.

- Due to visual-perceptual difficulties contributing to dyslexia, documented in the current
  evaluation, tools to aid in reading of test items are requested. These can include:

    - as **magnification, highlighting, answer masking and/or a line-reader tool.**
    - **text-to-speech software or a reader** so that test items are presented aurally.

- Due to Bryan's documented Disorder of Written Expression, **dictation services** (either
  **speech-to-text software** or a **scribe**) should be provided for test responses that require
  short answer or essay responses.

_____     _11/13/2015_____
Lisa P. Kestler, Ph.D. NJ License #5415     date

### The Dyslexia Center of Princeton
138 Ewing Street
Princeton, NJ 08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone: (609) 647-2456
dyslexiaprinceton@verizon.net

## Appendix A. WAIS-IV Score Summary

### Composite Score Profile



| Composite | VCI | PRI | WMI | PSI | FSIQ | GAI |
|---|---|---|---|---|---|---|
| Score | 122 | 129 | 125 | 100 | 126 | 130 |
| SEM | 3.0 | 3.0 | 3.35 | 5.41 | 2.12 | 2.6 |

The GAI is an optional composite summary score that is less sensitive to the influence of working memory and processing speed.

*Note.* The vertical bars represent the standard error of measurement (*SEM*). *SEM* values are based on the examinee's age.

# The Dyslexia Center of Princeton
138 Ewing Street
Princeton, NJ  08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

**WAIS-IV Score Summary (cont.)**

## Subtest Scaled Score Profile



*Note.* The vertical bars represent the standard error of measurement (*SEM*).

## The Dyslexia Center of Princeton
138 Ewing Street
Princeton, NJ 08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

### WAIS-IV Score Summary (cont.)
## ANALYSIS

### Index Level Discrepancy Comparisons

| Comparison | Score 1 | Score 2 | Difference | Critical Value .05 | Significant Difference Y/N | Base Rate by Overall Sample |
|---|---|---|---|---|---|---|
| VCI - PRI | 122 | 129 | -7 | 8.32 | N | 31.8 |
| VCI - WMI | 122 | 125 | -3 | 8.81 | N | 41.5 |
| VCI - PSI | 122 | 100 | 22 | 12.12 | Y | 8.7 |
| PRI - WMI | 129 | 125 | 4 | 8.81 | N | 39.7 |
| PRI - PSI | 129 | 100 | 29 | 12.12 | Y | 3.0 |
| WMI - PSI | 125 | 100 | 25 | 12.47 | Y | 6.0 |
| FSIQ - GAI | 126 | 130 | -4 | 3.68 | Y | 23.8 |

Base Rate by Overall Sample. Statistical significance (critical value) at the .05 level.

### Verbal Comprehension Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Similarities | 33 | 15 | 95 | 15 | 1.08 |
| Vocabulary | 48 | 13 | 84 | 14 | 0.79 |
| Information | 20 | 14 | 91 | 14 | 0.90 |

### Perceptual Reasoning Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Block Design | 61 | 15 | 95 | 15 | 0.90 |
| Matrix Reasoning | 23 | 14 | 91 | 14 | 0.90 |
| Visual Puzzles | 24 | 16 | 98 | 16 | 0.95 |

### Working Memory Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Digit Span | 32 | 12 | 75 | 12 | 0.73 |
| Arithmetic | 21 | 17 | 99 | 17 | 0.95 |

### Processing Speed Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Symbol Search | 37 | 12 | 75 | 11 | 1.56 |
| Coding | 60 | 8 | 25 | 8 | 1.20 |

**The Dyslexia Center of Princeton**
138 Ewing Street
Princeton, NJ 08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone: (609) 647-2456
dyslexiaprinceton@verizon.net

## Appendix B. WIAT-III Score Summary

**Composite Score Profile**



Note. The vertical bars represent the confidence interval at 95%.

**Composite Score Summary**

| Composite | Sum of Subtest Standard Scores | Standard Score | 95% Confidence Interval | Percentile Rank | Qualitative Description |
|---|---|---|---|---|---|
| Oral Language | 220 | 112 | 105-119 | 79 | Average |
| Total Reading | 363 | 87 | 82-92 | 19 | Average |
| Basic Reading | 183 | 90 | 85-95 | 25 | Average |
| Reading Comprehension and Fluency | 180 | 87 | 79-95 | 19 | Average |
| Written Expression | 308 | 103 | 96-110 | 58 | Average |
| Mathematics | 252 | 128 | 123-133 | 97 | Above Average |
| Math Fluency | 315 | 106 | 99-113 | 66 | Average |
| Total Achievement | 1054 | 107 | 104-110 | 68 | Average |

*Bryan Messenger    Client ID # 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    Date of Test: 11/02/2015    21*

# The Dyslexia Center of Princeton
138 Ewing Street
Princeton, NJ  08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

## WIAT-III Score Summary (cont.)

### Subtest Score Summary

| Subtest | Raw Score | Standard Score | 95% Confidence Interval | Percentile Rank |
|---|---|---|---|---|
| Listening Comprehension | - | 114 | 104-124 | 82 |
| Reading Comprehension | 41[1] | 102 | 90-114 | 55 |
| Math Problem Solving | 68 | 127 | 120-134 | 96 |
| Sentence Composition | - | 95 | 85-105 | 37 |
| Word Reading | 64 | 94 | 87-101 | 34 |
| Essay Composition | - | 124 | 113-135 | 95 |
| Pseudoword Decoding | 35 | 89 | 82-96 | 23 |
| Numerical Operations | 53 | 125 | 119-131 | 95 |
| Oral Expression | - | 106 | 97-115 | 66 |
| Oral Reading Fluency | 98[1] | 78 | 71-85 | 7 |
| Spelling | 38 | 89 | 83-95 | 23 |
| Math Fluency-Addition | 45 | 102 | 90-114 | 55 |
| Math Fluency-Subtraction | 47 | 113 | 104-122 | 81 |
| Math Fluency-Multiplication | 33 | 100 | 91-109 | 50 |

- indicates a subtest with multiple raw scores (shown in the Subtest Component Score Summary).
[1] Indicates a raw score that is converted to a weighted raw score (not shown).
[2] Indicates that a raw score is based on a below grade level item set.

### Supplemental Subtest Score Summary

| Subtest | Raw Score | Standard Score | 95% Confidence Interval | Percentile Rank |
|---|---|---|---|---|
| Essay Composition: Grammar and Mechanics | 92 | 96 | 84-108 | 39 |
| Oral Reading Accuracy | 353* | 68 | 53-83 | 2 |
| Oral Reading Rate | 220* | 79 | 71-87 | 8 |

*Indicates a raw score that is converted to a weighted raw score (not shown).

### Cumulative Percentages

| | |
|---|---|
| Word Reading Speed | The score is the same as or higher than the scores obtained by 25% of students in the normative sample; 75% of students in the normative sample scored higher than this score. |
| Pseudoword Decoding Speed | The score is the same as or higher than the scores obtained by 5% of students in the normative sample; 95% of students in the normative sample scored higher than this score. |

# The Dyslexia Center of Princeton
138 Ewing Street
Princeton, NJ 08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone: (609) 647-2456
dyslexiaprinceton@verizon.net

**WIAT-III Score Summary (cont.)**

**ubtest Score Profile**



'ote. The vertical bars represent the confidence interval at 95%.

# The Dyslexia Center of Princeton
138 Ewing Street
Princeton, NJ 08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

## WIAT-III Score Summary (cont.)

### Subtest Component Score Summary

| Subtest Component | Raw Score | Standard Score | Percentile Rank | Qualitative Description |
|---|---|---|---|---|
| **Listening Comprehension** | | | | |
| Receptive Vocabulary | 18 | 117 | 87 | Above Average |
| Oral Discourse Comprehension | 22 | 109 | 73 | Average |
| **Sentence Composition** | | | | |
| Sentence Combining | 18 | 99 | 47 | Average |
| Sentence Building | 23 | 93 | 32 | Average |
| **Essay Composition** | | | | |
| Word Count | 184 | 118 | 88 | Above Average |
| Theme Development and Text Organization | 16 | 125 | 95 | Above Average |
| **Oral Expression** | | | | |
| Expressive Vocabulary | 16 | 114 | 82 | Average |
| Oral Word Fluency | 47 | 121 | 92 | Above Average |
| Sentence Repetition | 18 | 81 | 10 | Below Average |

# The Dyslexia Center of Princeton
138 Ewing Street
Princeton, NJ 08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

## WIAT-III Score Summary (cont.)

### PATTERN OF STRENGTHS AND WEAKNESSES ANALYSIS

| Area of Achievement Weakness | WIAT-III | Basic Reading: 90 |
| --- | --- | --- |
| Area of Processing Weakness | WAIS-IV | PSI: 100 |
| Area of Processing Strength | WAIS-IV | PRI: 129 |

| | Comparison | Relative Strength Score | Relative Weakness Score | Difference | Critical Value .01 | Significant Difference Y/N | Supports SLD hypothesis? Yes/No |
| --- | --- | --- | --- | --- | --- | --- | --- |
| A | Processing Strength/ Achievement Weakness | 129 | 90 | 39 | 10.95 | Y | Yes |
| B | Processing Strength/ Processing Weakness | 129 | 100 | 29 | 15.96 | Y | Yes |

## The Dyslexia Center of Princeton
138 Ewing Street
Princeton, NJ 08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

## Appendix C. CLASSIFICATIONS OF SCORES ON STANDARDIZED TESTS

When a new test is developed, it is *normed* on a *sample* of hundreds or thousands of people.  The sample should be like that for a good opinion poll: female and male, urban and rural, different parts of the country, different income levels, etc.  The scores from that norming sample are used as a yardstick for measuring the performance of people who then take the test.  This human yardstick allows for the difficulty levels of different tests.  The student is being compared to other students on both difficult and easy tasks.  You can see from the illustration below that there are more scores in the middle than at the very high and low ends.  Many different scoring systems are used, just as you can measure the same distance as 1 yard, 3, feet, 36 inches, 91.4 centimeters, 0.91 meter, or 1/1760 mile.

**PERCENTILE RANKS (PR)** simply state the percent of persons in the norming sample who scored the same as or lower than the student.  A percentile rank of 50 would be Average – as high as or higher than 50% and lower than the other 50% of the norming sample.  The middle half of scores falls between percentile ranks of 25 and 75.

**STANDARD SCORES** ("quotients" on some tests) have an average (*mean*) of 100 and a *standard deviation* of 15.  A standard score of 100 would also be at the 50th percentile rank. The middle half of these standard scores falls between 90 and 110.

**SCALED SCORES** ("standard scores on some tests) are standard scores with an average (*mean*) of 10 and a *standard deviation* of 3.  A scaled score of 10 would also be at the 50th percentile rank. The middle half of these standard scores falls between 8 and 12.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Percent in each | 2.2% | 6.7% | 16.1% | 50% | 16.1% | 6.7% | 2.2% |
| Standard Scores | – 69 | 70 – 79 | 80 – 89 | 90 – 109 | 110 – 119 | 120 – 129 | 130 – |
| Scaled Scores | 1  2  3 | 4    5 | 6    7 | 8    9    10    11 | 12    13 | 14    15 | 16  17  18  19 |
| Percentile Ranks | – 02 | 03 – 08 | 09 – 24 | 25 – 74 | 75 – 90 | 91 – 97 | 98 – |
| Wechsler Classification | Extremely Low | Borderline | Low Average | Average | High Average | Superior | Very Superior |
| WIAT-III Classification | Very Low <55 / Low 55 – 69 | Below Average 70 – 84 | | Average 85 – 115 | | Above Average 116 – 130 | Super -ior 131-145 / Very Super -ior 146 – |

Adapted from Willis, J. O. & Dumont, R. P., *Guide to identification of learning disabilities* (1998 New York State ed.) (Acton, MA: Copley Custom Publishing, 1998, p. 27).  Also available at http://alpha.fdu.edu/psychology/test_score_descriptions.htm.