EXHIBIT C

Messenger Elementary School Testing

| DISTRICT/AREA | TEST | GRADE LEVEL |
|---|---|---|
| PROVO | STANFORD ACHIEVEMENT TEST | FIFTH FALL |
| | | LEVEL INTERMEDIATE 1 |
| | | FORM J |

SCHOOL: CANYON CREST ELEM   # 114   UTAH PUBLIC SCHOOLS   DATE OF TESTING 10/92
STUDENT/REPORT: MESSENGER, BRYAN
I.D.: 2873474

| SUB TESTS | RAW SCORE | SCALED SCORE | NCE | GRADE EQUIVALENT | NATL %TILE | STANINE | NO. TESTED |
|---|---|---|---|---|---|---|---|
| READING VOCABULARY | 16 | 586 | 27 | | 14 | 3 | 988 |
| READ COMPREHENSION | 16 | 565 | 19 | | 7 | 2 | 988 |
| TOTAL READING | 32 | 574 | 19 | | 7 | 2 | 987 |
| CONCEPT OF NUMBERS | 26 | 651 | 63 | | 73 | 6 | 987 |
| MATH COMPUTATION | 28 | 621 | 53 | | 56 | 5 | 987 |
| MATH APPLICATIONS | 35 | 672 | 70 | | 83 | 7 | 989 |
| TOTAL MATH | 89 | 644 | 63 | | 73 | 6 | 986 |
| LANGUAGE MECHANICS | 20 | 616 | 43 | | 36 | 4 | 985 |
| LANGUAGE EXPRESSION | 16 | 606 | 40 | | 31 | 4 | 985 |
| TOTAL LANGUAGE | 36 | 611 | 40 | | 32 | 4 | 984 |
| SPELLING | 17 | 595 | 32 | | 19 | 3 | 985 |
| STUDY SKILLS | 20 | 628 | 47 | | 45 | 5 | 985 |
| LISTENING | 35 | 654 | 69 | | 82 | 7 | 986 |
| BAS. TOTAL BATTERY | 229 | 613 | 43 | | 36 | 4 | 976 |
| SCIENCE | 20 | 588 | 31 | | 18 | 3 | 987 |
| SOCIAL SCIENCE | 16 | 568 | 26 | | 13 | 3 | 986 |
| USING INFORMATION | 26 | 633 | 51 | | 52 | 5 | 976 |
| THINKING SKILLS | 37 | 628 | 55 | | 59 | 5 | 976 |

| CONCEPTS | BELOW AVG | AVG | ABOVE AVG | CONCEPTS | BELOW AVG | AVG | ABOVE AVG |
|---|---|---|---|---|---|---|---|
| READING VOCABULARY | *** | | | PUNCTUATION | *** | | |
| SYNONYMS | | *** | | APPLIED GRAMMAR | | *** | |
| VOCABULARY IN CONTEXT | *** | | | LANGUAGE EXPRESSION | *** | | |
| MULTIPLE MEANINGS | *** | | | SENTENCE CORRECTNESS | | *** | |
| READ COMPREHENSION | *** | | | SENTENCE EFFECTIVENESS | | *** | |
| RECREATIONAL READING | *** | | | SPELLING | | *** | |
| TEXTUAL READING | *** | | | STUDY SKILLS | | *** | |
| FUNCTIONAL READING | *** | | | LIBRARY/REFERENCE SKILLS | | *** | |
| LITERAL COMPREHENSION | *** | | | INFORMATION SKILLS | | *** | |
| INFERENTIAL COMPREHENSION | *** | | | THINKING SKILLS | | *** | |
| CRITICAL COMPREHENSION | | *** | | LISTENING | | *** | |
| THINKING SKILLS | *** | | | VOCABULARY | | *** | |
| CONCEPT OF NUMBERS | | *** | | LISTENING COMPREHENSION | | *** | |
| WHOLE NUMBERS | | | *** | THINKING SKILLS | | *** | |
| FRACTIONS | | | *** | SCIENCE | *** | | |
| DECIMALS | | | *** | PHYSICAL SCIENCE | | *** | |
| OPERATIONS AND PROPERTIES | | *** | | BIOLOGICAL SCIENCE | *** | | |
| THINKING SKILLS | | | *** | EARTH/SPACE SCIENCE | | *** | |
| MATHEMATICS COMPUTATION | | *** | | SCIENCE PROCESS SKILLS | *** | | |
| ADD & SUB WITH WHOLE NUMBERS | | *** | | INQUIRY SKILLS/USING INFO. | *** | | |
| MULTIPLY WITH WHOLE NUMBERS | | | *** | THINKING SKILLS | *** | | |
| DIVISION WITH WHOLE NUMBERS | | *** | | SOCIAL SCIENCE | | | *** |
| ADD & SUB. WITH DECIMALS | *** | | | GEOGRAPHY | | | *** |
| ADD & SUB. FRACTIONS | *** | | | HISTORY | | | *** |
| MATHEMATICS APPLICATIONS | | | *** | POLITICAL SCIENCE | | | *** |
| PROBLEM SOLVING | | | *** | ECONOMICS | | | *** |
| GRAPHS AND CHARTS | | | *** | PSYCH/SOCIO/ANTHRO | | | *** |
| GEOMETRY/MEASUREMENT | | *** | | INQUIRY SKILLS/USING INFO. | | *** | |
| THINKING SKILLS | | | *** | THINKING SKILLS | | | *** |
| LANGUAGE MECHANICS | *** | | | | | | |
| CAPITALIZATION | *** | | | | | | |

FORM 2147