EXHIBIT D

Messenger Second-Fifth Grade IEP Documents

**Provo School District**
Special Education Services
Parental Prior Notice

Sp.Ed. 11
Aug. 89

Re: _Bryan Messenger_          Date: _9-21-89_
    Student's Name

Dear _Mr. + Mrs. Messenger_,

The _Canyon Crest_ Special Education Multidisciplinary team is considering the following action(s) checked below:

☐ Referral for Evaluation                ☒ Developing an Individualized Education Program for the student
☐ Evaluating the student's special needs     ☐ Reviewing or revising the student's Individualized Education Program
☐ Determining the student's eligibility for   ☐ Re-evaluating the student's need for continued special education services
  special education services            ☐ A change in classification for receiving special education services
☐ A change in Special Education service delivery  ☒ Other _reviewing testing results_

1. This action is being proposed because of:

☒ Academic Concerns   ☐ Speech/Language Concerns   ☐ Behavior Concerns   ☐ Health Concerns   ☐ Program Planning
☐ Continued Eligibility to receive special education services   ☐ Other_____

2. Prior to this proposal, the following options were attempted and rejected:

☐ Student and Parent Conferences   ☐ Academic Adjustments and tracking   ☐ Schedule/Teacher Change   ☐ Tutoring
☐ School Disciplinary Actions   ☒ Not Applicable   ☐ Other_____

3. The above listed options were rejected because:

☐ Concerns expressed in item 1 continue to exist   ☒ Not Applicable   ☐ Other_____

4. The action proposed above is based on the following evaluation procedures, tests, or records, or reports:

☐ Teacher Observation and Records   ☒ Achievement Test Scores   ☐ Curriculum Based Assessment
☒ Multidisciplinary Team Report   ☐ Not Applicable   ☒ Other _psy. testing_

5. Other factors relevant to the action proposed above are:

☒ Parent Concern   ☐ Student Concern   ☐ None   ☐ Other _____

Your assistance is requested to:   ☐ Sign and return the permission to test form. (Tests to be used as noted on the form.)
    ☐ Complete the enclosed _____ and return it to us.
    ☒ Arrange to meet with the team to discuss the above proposed action, as described below.

**Proposed Meeting Arrangements**

Date: _Sept. 25, 1989_ Time: _3:00 p.m._ We will be meeting at: _Canyon Crest Psychologists office_
At the present time we anticipate that _Mrs. Bliss_, _Mr. Holbrook_, _Miss Thompson_,
_____, _____ will be meeting with us. Please let us know if this is a convenient time
for you so that we can finalize the plans for the meeting. If you wish to have someone else attend with you, you may do so.

Please call _Tresa Wallis_ at _374-4995_ between the hours of _8:30_ and _4:00_ if
           Person's Name        Phone Number
you have any questions about the information provided above.

A copy of Parent Rights is enclosed. Please read them carefully. We will review these with you when we meet.

Sincerely,

_Tresa J. Wallis_

**Provo School District**
**Special Education Services**
**Parental Prior Notice**

Sp.Ed. 11
Aug. 89

Re: _Bryan Messenger_                                    Date: _9-5-89_
        Student's Name

Dear _Mr. + Mrs. Messenger_ ,

The _Canyon Crest_ _____ Special Education Multidisciplinary team is considering the following action(s) checked below:

☒ Referral for Evaluation
☒ Evaluating the student's special needs
☒ Determining the student's eligibility for special education services
☐ A change in Special Education service delivery

☐ Developing an Individualized Education Program for the student
☐ Reviewing or revising the student's Individualized Education Program
☐ Re-evaluating the student's need for continued special education services
☐ A change in classification for receiving special education services
☐ Other _____

1. This action is being proposed because of:

☒ Academic Concerns    ☐ Speech/Language Concerns    ☒ Behavior Concerns _attention span_    ☐ Health Concerns    ☐ Program Planning
☐ Continued Eligibility to receive special education services    ☐ Other _____

2. Prior to this proposal, the following options were attempted and rejected:

☐ Student and Parent Conferences    ☐ Academic Adjustments and tracking    ☐ Schedule/Teacher Change    ☐ Tutoring
☐ School Disciplinary Actions    ☒ Not Applicable    ☐ Other _____

3. The above listed options were rejected because:

☐ Concerns expressed in item 1 continue to exist    ☒ Not Applicable    ☐ Other _____

4. The action proposed above is based on the following evaluation procedures, tests, or records, or reports:

☐ Teacher Observation and Records    ☐ Achievement Test Scores    ☐ Curriculum Based Assessment
☐ Multidisciplinary Team Report    ☒ Not Applicable    ☐ Other _____

5. Other factors relevant to the action proposed above are:

☒ Parent Concern    ☐ Student Concern    ☐ None    ☐ Other _____

Your assistance is requested to:    ☒ Sign and return the permission to test form. (Tests to be used as noted on the form.)
                                                    ☐ Complete the enclosed _____ and return it to us.
                                                    ☐ Arrange to meet with the team to discuss the above proposed action, as described below.

**Proposed Meeting Arrangements**

Date: _____    Time: _____    We will be meeting at: _____

At the present time we anticipate that _____ , _____ , _____ ,

_____ , _____ will be meeting with us. Please let us know if this is a convenient time

for you so that we can finalize the plans for the meeting. If you wish to have someone else attend with you, you may do so.

Please call _Tresa Wallis_ at _374-4995_ between the hours of _9:00_ and _3:00_ if
                    Person's Name                    Phone Number
you have any questions about the information provided above.

A copy of Parent Rights is enclosed. Please read them carefully. We will review these with you when we meet.

Sincerely,

_Tresa J. Wallis_

PROVO SCHOOL DISTRICT
Provo, Utah 84604

**I. E. P.**
**GOALS AND OBJECTIVES**

Sp.Ed. 5c
Aug. 89

Student Name: _Bryan Messenger_   School: _Canyon Crest_   Date: _9-28-89_

Annual Goal: _Bryan will improve reading fluency._

Person Responsible: _Tresa Wallis_

If service is provided less than daily complete the following:

Circle days served:    M    T    W    R    F

Duration of service session (hrs./mins.):

Short Term Objectives: *(Minimum of 2)*

1 – Bryan will use phonics to decode words as measured by 80% accuracy on skill lesson informal tests at least 3 times a week and mastery tests as scheduled.

2 – Bryan will read selected passages from the assigned basal text with 80% accuracy as measured by individual pupil / teacher or aide conference at least 3 times a week.

3 – Bryan will increase his reading rate of Dolch phrases as measured by 2 min. timings at least 3 times a week.

Evaluation/Data Collection Procedure *(Indicate at least 1)*

Observation *(include frequency)* _____

Informal Assessment *(method)* _modified PT timings conference with teacher or aide, informal phonics tests_

Formal Assessment *(test)* _____

**Quarterly Review of Short Term Objectives**

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed | 10-25-89 | 1-12-90 | 3-21-90 | 5-25-90 |
| Goal Met, Progress Made, No Change | Progress made | Progress Made Completed (passed) | Progress made Completed (passed) | Progress #1 passed 20 phonic tests made |
| Comments/Results: | From 10 to 20 phonic words Completed 2 pre-primers Dolch rate page 1 (36 to 72 words) | 20 phonic tests Completed 3rd pre-primer, 1 story to complete Sunshine (1) text Completed Dolch page 1 & is working on page 2 | 21 phonic tests Completed Sunshine (1) text and 9 stories in primer (1 2) text Completed page 2, 3, 4 of Dolch phrases and is working on page 5. | #1 passed 20 phonic tests #2 Completed primer (1 2) text + 5 stories in Skylight #3 Goal met passed off all 5 pages. |

PROVO SCHOOL DISTRICT
Provo, Utah 84604

**I. E. P.**
**GOALS AND OBJECTIVES**

Sp.Ed. 5c
Aug. 89

Student Name: _Bryan Messenger_ School: _Canyon Crest_ Date: _9-28-89_

Annual Goal: _Bryan will increase written language skills._

Person Responsible: _Tresa Wallis_

---

If service is provided less than daily complete the following:

Circle days served:  M  T  W  R  F

Duration of service session (hrs./mins.):

---

Short Term Objectives: *(Minimum of 2)*

1— Bryan will correctly spell words from the Signs to Sounds program with 80% accuracy as measured by lesson tests at least 3 times a week.

2— Bryan will write selected letters in manuscript with 100% legibility as measured by daily work samples and bimonthly informal teacher made tests.

Evaluation/Data Collection Procedure *(Indicate at least 1)*

Observation *(include frequency)* _____

Informal Assessment *(method)* _spelling lesson tests, work samples, teacher made tests._

Formal Assessment *(test)* _____

**Quarterly Review of Short Term Objectives**

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed | 10-25-89 | 1-12-90 | 3-21-90 | 5-25-90 |
| Goal Met, Progress Made, No Change | Progress made | Progress made | Progress made | Progress made. |
| Comments/Results: | #1 Passed 8 spelling tests #2 see writing samples | #1 Passed 20 spelling tests #2 See writing sample + check-ups | #1 Passed 11 tests in spelling program #2 Good progress in cursive writing | #1 Passed Level I mastery Sept 85% #2 Done very well on letter formation. Needs more work on fluency. |

*** White copy retained in blue folder, yellow for school use, pink copy to parent or student. ***

ROVO SCHOOL DISTRICT
Provo, Utah 84604

**I. E. P.**
**GOALS AND OBJECTIVES**

Sp.Ed. 5c
Aug. 89

Student Name: *Bryan Messenger*   School: *Canyon Crest*   Date: *9-28-89*

Annual Goal: *Bryan will improve reading fluency.*

Person Responsible: *Tresa Wallis*

---

If service is provided less than daily complete the following:

Circle days served:

| M | T | W | R | F |
|---|---|---|---|---|
|   |   |   |   |   |

Duration of service session (hrs./mins.):

---

**Short Term Objectives:** *(Minimum of 2)*

1— Bryan will use phonics to decode words as measured by 80% accuracy on skill lesson informal tests at least 3 times a week and mastery tests as scheduled.

2— Bryan will read selected passages from the assigned basal text with 80% accuracy as measured by individual pupil/teacher or aide conference at least 3 times a week.

3— Bryan will increase his reading rate of Dolch phrases as measured by 2 min. timings at least 3 times a week.

---

**Evaluation/Data Collection Procedure** *(Indicate at least 1)*

Observation *(include frequency)* _____

Informal Assessment *(method)* *modified PT timings conference with teacher or aide, informal phonics tests*

Formal Assessment *(test)* _____

**Quarterly Review of Short Term Objectives**

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed | 10-25-89 | 1-12-90 | 3-21-90 | |
| Goal Met, Progress Made, No Change | Progress made | Progress made Completed (passed) | Progress made Completed (passed) | |
| Comments/Results: | From 1st to 2nd phonic words Completed 2 pre-primers | 20 phonic tests Completed 3rd pre-primer; lacks 1 story to complete Sunshine (1st) text | 21 phonics tests Completed Sunshine (1') Completed text and 9 story in number (1²) text. | |

Dolch rate page 1 Completed Dolch page 1 Completed
(56 to 72 words) ... page 2... Pages 2, 3, 4 of Dolch phrases and is working

White copy retained in blue folder, yellow for school use, pink copy to parent or student.

ROVO SCHOOL DISTRICT
Provo, Utah 84604

I. E. P.
GOALS AND OBJECTIVES

Sp.Ed. 5c
Aug. 89

Student Name: _Bryan Messenger_   School: _Canyon Crest_   Date: _9-28-89_

Annual Goal: _Bryan will increase written language skills._

Person Responsible: _Tresa Wallis_

---

If service is provided less than daily complete the following:

Circle days served:

| M | T | W | R | F |
|---|---|---|---|---|

Duration of service session (hrs./mins.):

| | | | | |
|---|---|---|---|---|

---

Short Term Objectives: *(Minimum of 2)*

1- Bryan will correctly spell words from the Signs to Sounds program with 80% accuracy as measured by lesson tests at least 3 times a week.

2- Bryan will write selected letters in manuscript with 100% legibility as measured by daily work samples and bimonthly informal teacher made tests.

*(right margin notations)* Changed to cursive 2-12-90 See Person contact no[?]

---

Evaluation/Data Collection Procedure *(Indicate at least 1)*

Observation *(include frequency)* _____

Informal Assessment *(method)* _spelling lesson tests, work samples, teacher made tests._

Formal Assessment *(test)* _____

### Quarterly Review of Short Term Objectives

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed | 10-25-89 | 1-12-90 | 3-21-90 | |
| Goal Met, Progress Made, No Change | Progress made | Progress made | Progress made | |
| Comments/Results: | #1 Passed 8 spelling tests #2 see writing sample | #1 Passed 20 spelling tests #2 See writing sample & check-ups | #1 Passed 11 tests in spelling program #2 Good progress in cursive writing | |

*** White copy retained in blue folder, yellow for school use, pink copy to parent or student.

RESOURCE—PROGRESS REPORT

Subjects in Resource: *Reading, Spelling, Handwriting*

Student: *Bryan Messenger*
Date: *1989-90 School Year*
Grade: *2*  Teacher: *Tresa Walls*

IEP Goals

Improve Reading Fluency

1. *Use phonics to decode words*

2. *Progress in assigned basal text*

3. *Increase reading rate of Dolch phrases*

4.

5.

6.

## Quarterly Review of Short Term Objectives

|  | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed | 10-25-89 | 1-12-90 | | |
| Goal Met, Progress Made, No Change | Progress made | Progress made (revised) | | |
| Comments/Results: | From 15 to 50 phonic words Completed 2 pre-primers | Completed 20 phonic tests Completed 3rd pre-primer, Sunshine 1 story to | | |

Dolch rate page 1
( 36 to 72 words)     Complete Sunshine (1')
                     Text. Completed
                     Dolch page 1 and is
                     working on Dolch p. 2

Increase Reading Comprehension Skills

1.

2.

3.

4.

5.

6.

## Quarterly Review of Short Term Objectives

|  | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed | | | | |
| Goal Met, Progress Made, No Change | | | | |
| Comments/Results: | | | | |

RESOURCE — PROGRESS REPORT

Subjects in Resource: _Reading, Spelling,_

_Handwriting_

Student: _Bryan Messenger_
Date: _1989-90 School Year_
Grade: _2_ Teacher: _Tresa Wallis_

IEP Goals

Progress in Spelling — _Signs for Sounds Spelling Program_

**Quarterly Review of Short Term Objectives**

|  | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed | 10-25-89 | 1-12-90 |  |  |
| Goal Met, Progress Made, No Change | Progress made | Progress made |  |  |
| Comments/Results: | Passed 8 spelling tests | Passed 20 spelling tests |  |  |

Improve in Handwriting — _D'Nealian manuscript_

**Quarterly Review of Short Term Objectives**

|  | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed | 10-25-89 | 1-12-90 |  |  |
| Goal Met, Progress Made, No Change | making progress | Progress made |  |  |
| Comments/Results: | See writing samples | See writing samples & check-up test |  |  |

Improve in Composition Skills

1. _____

2. _____

3. _____

4. _____

**Quarterly Review of Short Term Objectives**

|  | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed |  |  |  |  |
| Goal Met, Progress Made, No Change |  |  |  |  |
| Comments/Results: |  |  |  |  |

RESOURCE—PROGRESS REPORT

Subjects in Resource: *Reading, Spelling, Handwriting*

Student: *Bryan Messenger*
Date: *1989-90 School Year*
Grade: *2* Teacher: *Tresa Wallis*

IEP Goals

Improve Reading Fluency

1. *Use phonics to decode words*

2. *Progress in assigned basal text*

3. *Increase reading rate of Dolch phrases*

4. _____

5. _____

6. _____

**Quarterly Review of Short Term Objectives**

|  | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed | 10-25-81 |  |  |  |
| Goal Met, Progress Made, No Change | Progress made |  |  |  |
| Comments/Results: | from 15 to 50 phonic words Completed 2 pre-primers |  |  |  |

*Dolch rate page 1 (36 to 72 wds)*

Increase Reading Comprehension Skills

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

**Quarterly Review of Short Term Objectives**

|  | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed |  |  |  |  |
| Goal Met, Progress Made, No Change |  |  |  |  |
| Comments/Results: |  |  |  |  |

RESOURCE—PROGRESS REPORT
Subjects in Resource: _Reading, Spelling,_
_Handwriting_

Student: _Brian Niedermaier_
Date: _1989-90 School Year_
Grade: _2_ Teacher: _Tresa Wallis_

<u>IEP Goals</u>

<u>Progress in Spelling</u> — _Signs for Sounds Spelling Program_

### Quarterly Review of Short Term Objectives

|  | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed | 10-25-89 | | | |
| Goal Met, Progress Made, No Change | Progress made | | | |
| Comments/Results | Passed 8 spelling tests | | | |

<u>Improve in Handwriting</u> — _D'Neslian manuscript_

### Quarterly Review of Short Term Objectives

|  | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed | 10-25-89 | | | |
| Goal Met, Progress Made, No Change | making progress | | | |
| Comments/Results | Seeing writing samples | | | |

<u>Improve in Composition Skills</u>

1. _____
2. _____
3. _____
4. _____

### Quarterly Review of Short Term Objectives

|  | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed | | | | |
| Goal Met, Progress Made, No Change | | | | |
| Comments/Results | | | | |

PROVO SCHOOL DISTRICT
Provo, Utah 84604

Sp.Ed. 5a
Aug. 89

# INDIVIDUALIZED EDUCATION PROGRAM
## (I.E.P.)

Student: _Bryan Messenger_  Grade: _2_  School: _Canyon Crest_

Birthdate: _Dec. 4 1981_  Parent/Guardian/Surrogate: _Jane Ann Messenger_

Phone: _225-7847_  Address: _4895 N. Edgewood, Provo_  Zip: _34664_

Primary Classification: _Learning Disabled_

Is there a secondary handicapping condition of  ❑ Yes ❑ No
Communicative Disorder present?

Date Services Initiated: _Oct. 2, 1989_

Duration of I.E.P.: _1 year_

Amount of time served by Special Education weekly.

Hours: _8_  Mins.: _15_

Amount of time student will participate in the regular education program.

Hours: _19_  Mins.: _15_

_4 X 5 days_
_5 X 4 days_

Related Services which are required for student to benefit from special education :

_____

_____

## Statement of Student's Current Level of Educational Strengths and Weaknesses

_Bryan has a good understanding of social studies and science concepts. He loves to listen to stories. He has good verbal skills, ie. can explain concepts. He is easily distracted in math. He is below grade level in reading and spelling._

My signature signifies that I have participated in the development of the goals outlined and that I understand and have received a copy of my parental rights.

| | Signatures | Date |
|---|---|---|
| ❑ Parent ❑ Guardian ❑ Surrogate: | _Jane Ann Messenger_ | _9-28-89_ |
| ❑ Parent ❑ Guardian ❑ Surrogate: | | |
| LEA Representative: | _Karla M. Simper_ | _9-28-89_ |
| Classroom Teacher: | _Kathleen Sherwood_ | _9-28-89_ |
| Special Ed. Teacher: | _Theresa J. Mollis_ | _9-28-89_ |
| Counselor/Psychologist: | | _9-28-89_ |
| Speech/Lang./Hearing Specialist: | | |
| Student: | | |
| Other: | | |

*** White copy retained in blue folder, yellow for school use, pink copy to parent or student. ***

PROVO SCHOOL DISTRICT
Provo, Utah 84604

**I. E. P.**
**GOALS AND OBJECTIVES**

Sp.Ed. 5c
Aug. 89

**Student Name:** _Bryan Messenger_   **School:** _Canyon Crest_   **Date:** _9-08-89_

**Annual Goal:** _Bryan will improve reading fluency._

**Person Responsible:** _Tess Wallis_

---

If service is provided less than daily complete the following:

| | M | T | W | R | F |
|---|---|---|---|---|---|
| Circle days served: | | | | | |
| Duration of service session (hrs./mins.): | | | | | |

---

**Short Term Objectives:** *(Minimum of 2)*

1 – Bryan will use phonics to decode words as measured by 80% accuracy on skill lesson informal tests at least 3 times a week and mastery tests as scheduled.

2 – Bryan will read selected passages from the assigned basal text with 80% accuracy as measured by individual pupil/teacher or aide conference at least 3 times a week.

3 – Bryan will increase his reading rate of Dolch phrases as measured by 2 min. timings at least 3 times a week.

---

<u>Evaluation/Data Collection Procedure</u>   *(Indicate at least 1)*

Observation *(include frequency)* _____

Informal Assessment *(method)* _modified PT timings conference with teacher or aide, informal phonics test_

Formal Assessment *(test)* _____

**Quarterly Review of Short Term Objectives**

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed | | | | |
| Goal Met, Progress Made, No Change | | | | |
| Comments/Results: | | | | |

*** *White copy retained in blue folder, yellow for school use, pink copy to parent or student.* ***

PROVO SCHOOL DISTRICT
Provo, Utah 84604

**I. E. P.**
**GOALS AND OBJECTIVES**

Sp.Ed. 5c
Aug. 89

**Student Name:** _Bryan Messenger_   **School:** _Canyon Crest_   **Date:** _1-28-89_

**Annual Goal:** _Bryan will increase written language skills._

**Person Responsible:** _Nora Wallis_

---

If service is provided less than daily complete the following:

| Circle days served: | M | T | W | R | F |
|---|---|---|---|---|---|
| Duration of service session (hrs./mins.): | | | | | |

---

**Short Term Objectives:** *(Minimum of 2)*

1 – Bryan will correctly spell words from the Signs to Sounds program with 80% accuracy as measured by random tests at least 3 times a week.

2 – Bryan will write letters in manuscript with 100% legibility as measured by daily work samples and bimonthly informal teacher made tests.

---

 **Evaluation/Data Collection Procedure** *(Indicate at least 1)*

Observation *(include frequency)* _____

Informal Assessment *(method)* _spelling lesson tests, work samples teacher made tests._

Formal Assessment *(test)* _____

**Quarterly Review of Short Term Objectives**

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed | | | | |
| Goal Met, Progress Made, No Change | | | | |
| Comments/Results: | | | | |

*** *White copy retained in blue folder, yellow for school use, pink copy to parent or student.* ***

PROVO SCHOOL DISTRICT
Provo, Utah 84604

Sp.Ed. 5a
Aug. 89

# INDIVIDUALIZED EDUCATION PROGRAM
## (I.E.P.)

Student: _Bryan Messinger_   Grade: _B_   School: _Canyon Crest_

Birthdate: _12-4-81_   Parent/Guardian/Surrogate: _Jane Ann Messinger_

Phone: _225-7847_   Address: _4895 N Edgewood_   Zip: _84604_

Primary Classification: _Learning Disabled_

Is there a secondary handicapping condition of Communicative Disorder present?  ☐ Yes  ☐ No

Date Services Initiated: _10-4-90_

Duration of I.E.P.: _1 yr._

Amount of time served by Special Education weekly.

Hours: _8_   Mins.: _45_

Amount of time student will participate in the regular education program.

Hours: _18_   Mins.: _15_

Related Services which are required for student to benefit from special education :

_____

_____

### Statement of Student's Current Level of Educational Strengths and Weaknesses

_Extremely good natured and well mannered.
Participates in verbal presentations — social
studies, Science, humanities etc.
He has a positive attitude and tries
every assignment._

*My signature signifies that I have participated in the development of the goals outlined and that I understand and have received a copy of my parental rights.*

| | Signatures | Date |
|---|---|---|
| ☐ Parent ☐ Guardian ☐ Surrogate: | _Jane Ann Messinger_ | _10-4-90_ |
| ☐ Parent ☐ Guardian ☐ Surrogate: | | |
| LEA Representative: | _Karla M Thompson_ | _10-4-90_ |
| Classroom Teacher: | _Becky Sibbitts_ | _10-4-90_ |
| Special Ed. Teacher: | _Louise Holt_ | _10-4-90_ |
| Counselor/Psychologist: | | |
| Speech/Lang./Hearing Specialist: | | |
| Student: | | |
| Other: | | |

*** White copy retained in blue folder, yellow for school use, pink copy to parent or student. ***

**Provo School District**
**Special Education Services**
**Parental Prior Notice**

Sp.Ed. 11
Aug. 89

Re: _____                                    Date: _____
  *Student's Name*

Dear _____ ,

The _____ Special Education Multidisciplinary team is considering the following action(s) checked below:

❑ Referral for Evaluation                                ❑ Developing an Individualized Education Program for the student
❑ Evaluating the student's special needs                ❑ Reviewing or revising the student's Individualized Education Program
❑ Determining the student's eligibility for             ❑ Re-evaluating the student's need for continued special education services
  special education services                            ❑ A change in classification for receiving special education services
❑ A change in Special Education service delivery         ❑ Other_____

1. This action is being proposed because of:

❑ Academic Concerns        ❑ Speech/Language Concerns        ❑ Behavior Concerns    ❑ Health Concerns    ❑ Program Planning
❑ Continued Eligibility to receive special education services  ❑ Other_____

2. Prior to this proposal, the following options were attempted and rejected:

❑ Student and Parent Conferences   ❑ Academic Adjustments and tracking   ❑ Schedule/Teacher Change   ❑ Tutoring
❑ School Disciplinary Actions      ❑ Not Applicable   ❑ Other_____

3. The above listed options were rejected because:

❑ Concerns expressed in item 1 continue to exist   ❑ Not Applicable   ❑ Other _____

4. The action proposed above is based on the following evaluation procedures, tests, or records, or reports:

❑ Teacher Observation and Records   ❑ Achievement Test Scores   ❑ Curriculum Based Assessment
❑ Multidisciplinary Team Report     ❑ Not Applicable            ❑ Other_____

5. Other factors relevant to the action proposed above are:

❑ Parent Concern   ❑ Student Concern   ❑ None   ❑ Other _____

Your assistance is requested to:   ❑ Sign and return the permission to test form. (Tests to be used as noted on the form.)
                                   ❑ Complete the enclosed _____ and return it to us.
                                   ❑ Arrange to meet with the team to discuss the above proposed action, as described below.

**Proposed Meeting Arrangements**

Date: _____ Time: _____ We will be meeting at: _____

At the present time we anticipate that _____, _____, _____,

_____, _____ will be meeting with us. Please let us know if this is a convenient time

for you so that we can finalize the plans for the meeting. If you wish to have someone else attend with you, you may do so.

Please call _____ at _____ between the hours of _____ and _____ if
         *Person's Name*        *Phone  Number*
you have any questions about the information provided above.

A copy of Parent Rights is enclosed. Please read them carefully. We will review these with you when we meet.

Sincerely,

_____

PROVO SCHOOL DISTRICT
Provo, Utah 84604

**I. E. P.**
**GOALS AND OBJECTIVES**

Sp.Ed. 5c
Aug. 89

**Student Name:** _Bryan Messenger_ **School:** _Canyon Crest_ **Date:** _10-4-90_

**Annual Goal:** _Bryan will increase written language_

_____

**Person Responsible:** _____

> If service is provided less than daily complete the following:
>
> Circle days served: M   T   W   R   F
>
> Duration of service session (hrs./mins.): [   |   |   |   |   ]

**Short Term Objectives:** *(Minimum of 2)*

1. _Bryan will complete the 2nd level of sight to sounds spelling words will be 80% accuracy measured daily_

2. _Bryan will practice the spelling words that correlate with the regular classroom reading series. He will spell the words at an 80% accuracy as measured by informal testing in resource_

3. _Each spelling word will be written in a sentence. He will practice manuscript and cursive handwriting_

4. _He will write the cursive letters at the 2nd grade level of expectation_

**Evaluation/Data Collection Procedure** *(Indicate at least 1)*

Observation *(include frequency)* _____

Informal Assessment *(method)* _Teacher made tests and daily written practice sheets._

Formal Assessment *(test)* _____

**Quarterly Review of Short Term Objectives**

|  | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed |  |  |  |  |
| Goal Met, Progress Made, No Change |  |  |  |  |
| Comments/Results: |  |  |  |  |

*** White copy retained in blue folder, yellow for school use, pink copy to parent or student. ***

PROVO SCHOOL DISTRICT
Provo, Utah 84604

**I. E. P.**
**GOALS AND OBJECTIVES**

Sp.Ed. 5c
Aug. 89

Student Name: _Bryan Messenger_   School: _Canyon Crest_ Date: _10-4-90_

Annual Goal: _Bryan will improve his reading skills_

Person Responsible: _Louise Holt_

> If service is provided less than daily complete the following:
>
> | Circle days served: | M | T | W | R | F |
> | --- | --- | --- | --- | --- | --- |
> | Duration of service session (hrs./mins.): | | | | | |

**Short Term Objectives:** *(Minimum of 2)*

1. Read silently each morning for 12-15 min in resource.

2. Use the Rothmeyer reading "Conquest In Reading" phonic approach. He will achieve an 80% accuracy both in visual and auditory as measured by informal tests.

3. We will the Fokher basal. Bryan will read passages, & complete all skills lessons using the language mostly manipulatives and timed word lists daily. He will achieve an 80% accuracy.

4. We will move into the McGraw Hill series as materials become available.

**Evaluation/Data Collection Procedure** *(Indicate at least 1)*

Observation *(include frequency)* _____

Informal Assessment *(method)* _H. M. assessments - informal reading_

Formal Assessment *(test)* _Inventories & teacher made tests_

**Quarterly Review of Short Term Objectives**

| | 1st | 2nd | 3rd | 4th |
| --- | --- | --- | --- | --- |
| Date Reviewed | | | | |
| Goal Met, Progress Made, No Change | | | | |
| Comments/Results: | | | | |

*** *White copy retained in blue folder, yellow for school use, pink copy to parent or student.* ***

PROVO SCHOOL DISTRICT
Provo, Utah 84604

Sp.Ed.2
Aug. 90

## PARENTAL PERMISSION FOR EVALUATION FORM

To the Parent(s) of: *Bryant Messenger*          Date : *Aug. 26, 1992*

Student's Birthdate: *12/4/81*          School: *Canyon Crest*          Grade: *5*

The purpose of this evaluation is to determine, by testing in several areas, your child's educational and/or social-emotional needs. The tests checked on the back of this form will be given by qualified personnel and will be in the student's primary language with an interpreter when appropriate. Evaluation procedures will be selected and administered free of racial and cultural bias to the greatest extent possible. No single test will be used as sole criterion for making determinations about your child. The evaluation may include individual testing in the areas indicated on the back, observations of the student in a group setting, parent interviews, teacher interviews, and/or a review of existing school records or reports.

As a parent, you are entitled to receive written notice and give written consent before the school initiates an evaluation of your child. If you disagree with the results of this evaluation, you may request an independent evaluation. Contact your local principal if you have questions.

*Areas to be evaluated and specific tests which will be used are indicated on the back of this form.*

If you have any questions concerning this evaluation, please contact the following person:

Name: *Shauna Raby*          Position: *Resource*          Phone: *221-9873*

---

I DO hereby give my permission for the evaluation requested. I understand that all results will be kept confidential and reviewed with me.

_____          _____
Signature of Parent/Guardian/Surrogate                  Date

---

I DO NOT hereby give my permission for the evaluation requested. I understand that this means my child will not be evaluated by special education for possible placement and service.

_____          _____
Signature of Parent/Guardian/Surrogate                  Date

---

I have received prior notice of this action and I understand and have received a copy of my parental rights.

_____          _____
Initial of Parent/Guardian                  Date

**Provo School District**
**Special Education Services**
**Parental Prior Notice**

Sp.Ed. 11
Aug. 91

Re: _____     Date: _____
　　　　　*Student's Name*

Dear _____ ,

The _____ Special Education Multidisciplinary team is considering the following action(s) checked below:

❑ Referral for evaluation
❑ Evaluating the student's special needs
❑ Determining the student's eligibility for
　 special education services
❑ A change in special education service delivery

❑ Developing an "Individualized Education Program" for the student
❑ Reviewing or revising the student's "Individualized Education Program"
❑ Re-evaluating the student's need for continued special education services
❑ A change in classification for receiving special education services
❑ Other_____

1. This action is being proposed because of:

❑ Academic concerns　❑ Speech/language concerns　❑ Behavior concerns　❑ Health concerns　❑ Program planning
❑ Continued eligibility to receive special education services　❑ Other_____

2. Prior to this proposal, the following options were attempted and rejected:

❑ Student and parent conferences　❑ Academic adjustments and tracking　❑ Schedule/teacher change　❑ Tutoring
❑ School disciplinary actions　❑ Not applicable　❑ Other_____

3. The above listed options were rejected because:

❑ Concerns expressed in item 1 continue to exist　❑ Not applicable　❑ Other _____

4. The action proposed above is based on the following evaluation procedures, tests, records, or reports:

❑ Teacher observation and records　❑ Achievement test scores　❑ Curriculum based assessment
❑ Multidisciplinary team report　❑ Not applicable　❑ Other_____

5. Other factors relevant to the action proposed above are:

❑ Parent concern　❑ Student concern　❑ None　❑ Other _____

Your assistance is requested to:　❑ Sign and return the permission to test form. (Tests to be used as noted on the form.)
　　　　　　　　　　　　　　❑ Complete the enclosed _____ and return it to us.
　　　　　　　　　　　　　　❑ Arrange to meet with the team to discuss the above proposed action, as described below.

**Proposed Meeting Arrangements**

Date: _____  Time: _____  We will be meeting at: _____

At the present time we anticipate that _____ , _____ , _____ ,

_____ , _____ will be meeting with us. Please let us know if this is a convenient time

for you so that we can finalize the plans for the meeting. If you wish to have someone else attend with you, you may do so.

Please call _____ at _____ between the hours of _____ and _____ if
　　　　　　　*Person's Name*　　　　　　*Phone Number*
you have any questions about the information provided above.

A copy of "Parent Rights" is enclosed. Please read it carefully. We will review this with you when we meet.

Sincerely,

PROVO SCHOOL DISTRICT
Provo, Utah 84604

Sp.Ed. 5a
Aug. 89

# INDIVIDUALIZED EDUCATION PROGRAM
## (I.E.P.)

Student: *Bryan Messenger*   Grade: *6*   School: *Canyon Crest*

Birthdate: *12-4-81*   Parent/Guardian/Surrogate: *Kent & Jane Ann Messenger*

Phone: *225-7847*   Address: *79 W. 1500 N.*   Zip: *84604*

Primary Classification: *specific learning disability*

Is there a secondary handicapping condition of   O Yes   O No
Communicative Disorder present?

Amount of time served by Special Education weekly.

Hours: *1*   Mins.: *15*

Date Services Initiated: *9-14-93*

Amount of time student will participate in the regular education program.

Duration of I.E.P.: *9-14-94*

Hours: *25*   Mins.: *45*

Related Services which are required for student to benefit from special education :

_____

_____

## Statement of Student's Current Level of Educational Strengths and Weaknesses

*Writing scores 5th grade - 72, incomplete 77, 86 - term scores*
*Does well in math, science, social studies*
*Does not do independent reading*

_____

_____

_____

_____

_____

_____

_____

*My signature signifies that I have participated in the development of the goals outlined and that I understand and have received a copy of my parental rights.*

Signatures   Date

O Parent O Guardian O Surrogate: *Jane Ann Messenger*   *9/14/93*

O Parent O Guardian O Surrogate: _____   _____

LEA Representative: _____   _____

Classroom Teacher: *Rene L. Cunningham*   *9/14/93*

Special Ed. Teacher: *Shaun Raty*   *9/14/93*

Counselor/Psychologist: _____   _____

Speech/Lang./Hearing Specialist: _____   _____

Student: _____   _____

Other: _____   _____

*** White copy retained in blue folder, yellow for school use, pink copy to parent or student. ***

PROVO SCHOOL DISTRICT
Provo, Utah 84604

I. E. P.
GOALS AND OBJECTIVES

Sp.Ed. 5b
Aug. 89

**Student Name:** _Bryan Messenger_ **School:** _Canyon Crest_ **Date:** _9-14-93_

**Annual Goal:** _Bryan will improve his written language skill_

**Person Responsible:** _Shauna Raby / Rene Cunningham_

| If service is provided less than daily complete the following: | | | | | |
|---|---|---|---|---|---|
| Circle days served: | M | T | W | R | F |
| Duration of service session (hrs./mins.): | 15 mins. | | | | |

**Short Term Objectives:** *(Minimum of 2)*

1) _Bryan will have access to a word processor to use for writing assignments._

2) _Bryan will turn in assignments by due date._

Evaluation/Data Collection Procedure *(Indicate at least 1)*

Observation *(include frequency)* _____

Informal Assessment *(method)* _Teacher records_

Formal Assessment *(test)* _____

**Quarterly Review of Short Term Objectives**

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed | | | | |
| Goal Met, Progress Made, No Change | | | | |
| Comments/Results: | | | | |

*** White copy retained in blue folder, yellow for school use, pink copy to parent or student. ***

PROVO SCHOOL DISTRICT
Provo, Utah 84604

Sp.Ed. 5a
Aug. 89

# INDIVIDUALIZED EDUCATION PROGRAM
## (I.E.P.)

Student: *Bryan Messenger*          Grade: *5*   School: *Canyon Crest*

Birthdate: *12-4-81*          Parent/Guardian/Surrogate: *Kent & Jane Ann Messenger*

Phone: *225-7847*          Address: *79 W. 4500 N.*                Zip: *84604*

Primary Classification: *Learning disability - written language*

Is there a secondary handicapping condition of    ○ Yes  ⦿ No
Communicative Disorder present?

Amount of time served by Special Education weekly.
Hours: _____ Mins.: _____  *2 hrs. in class*

Date Services Initiated: *10-5-92*

Amount of time student will participate in the regular
education program.

Duration of I.E.P.: *1 yr*          Hours: *27* Mins.: _____

Related Services which are required for student to benefit from special education :

_____

_____

### Statement of Student's Current Level of Educational Strengths and Weaknesses

*Good innate ability. High verbal scores*
*Slow fine motor speed. Does not like writing*
*Social, athletic & musical abilities*
*Good math skills*
*Doing well in class*
*Needs extra assistance in writing*

_____

_____

_____

_____

_____

*My signature signifies that I have participated in the development of the goals outlined and that I understand and have received a copy of my parental rights.*

|  | Signatures | Date |
|---|---|---|
| ⦿ Parent ○ Guardian ○ Surrogate: | *Jane Ann Messenger* | *5 Oct 92* |
| ○ Parent ○ Guardian ○ Surrogate: | | |
| LEA Representative: | | |
| Classroom Teacher: | *Vickie Farnsworth* | *10-5-92* |
| Special Ed. Teacher: | *Sharon Oaks* | *10-5-92* |
| Counselor/Psychologist: | | |
| Speech/Lang./Hearing Specialist: | | |
| Student: | | |
| Other: | | |

*** White copy retained in blue folder, yellow for school use, pink copy to parent or student. ***

PROVO SCHOOL DISTRICT
Provo, Utah 84604

I. E. P.
GOALS AND OBJECTIVES

Sp.Ed. 5b
Aug. 89

**Student Name:** _Bryan Messenger_ **School:** _Canyon Crest_ **Date:** _10-5-92_

**Annual Goal:** _Bryan will improve his written language skills_

**Person Responsible:** _Shawn Raby / Nicke Farnsworth_

If service is provided less than daily complete the following:

| Circle days served: | M | T | W | R | F |
|---|---|---|---|---|---|
| Duration of service session (hrs./mins.): | 30 min | 4 x week | | | |

**Short Term Objectives:** *(Minimum of 2)*

1) Bryan will complete written language assignments by due date.

2) Bryan will use proof reading skills to edit his creative writing

3) Bryan will use correct spelling, punctuation and usage in final copy of creative writing with 95% accuracy.

**Evaluation/Data Collection Procedure** *(Indicate at least 1)*

Observation *(include frequency)* _____

Informal Assessment *(method)* _writing portfolio_

Formal Assessment *(test)* _____

### Quarterly Review of Short Term Objectives

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed | | | | |
| Goal Met, Progress Made, No Change | | | | |
| Comments/Results: | | | | |

*** White copy retained in blue folder, yellow for school use, pink copy to parent or student. ***