EXHIBIT E

Messenger Middle School IEP

PROVO SCHOOL DISTRICT  
Provo, Utah 84604

Sp. Ed. 11  
July 94

# PARENTAL PRIOR NOTICE

Re: __Bryan Messenger__          Date: __9/2/94__
   *Student's Name*

Dear __Mr. & Mrs. Messenger__,

The __Farrer__ special education multidisciplinary team is considering the following action(s) checked below:

- ☐ Determining the student's eligibility for special education services
- ☒ Developing an Individualized Education Program for the student
- ☐ Reviewing or revising the student's Individualized Education Program
- ☐ A change in special education service delivery
- ☐ Re-evaluating the student's need for continued special education services
- ☐ A change in classification for receiving special education services
- ☐ Other _____

1. This action is being proposed because of:
   - ☐ Academic concerns
   - ☐ Speech/language concerns
   - ☐ Behavior concerns
   - ☐ Health concerns
   - ☐ Program planning
   - ☒ Continued eligibility to receive special education services
   - ☐ Transition
   - ☐ Other _____

2. Prior to this proposal, the following options were attempted and rejected because concerns expressed in item 1 continue to exist:
   - ☐ Student and parent conferences
   - ☐ Academic adjustments and tracking
   - ☐ Schedule/teacher change
   - ☐ Tutoring
   - ☐ School disciplinary actions
   - ☒ Not applicable
   - ☐ Other _____

3. The action proposed above is based on the following evaluation procedures, tests, records, or reports:
   - ☐ Teacher observation and records
   - ☐ Achievement test scores
   - ☐ Curriculum-based assessment
   - ☐ Multidisciplinary Team Report
   - ☒ Not applicable
   - ☐ Other _____

4. Other factors relevant to the action proposed above are:
   - ☐ Parent concern
   - ☐ Student concern
   - ☒ None
   - ☐ Other _____

Your assistance is requested to:
- ☐ Sign and return the permission to test form.
- ☐ Complete the enclosed _____ and return it to us.
- ☒ Arrange to meet with the team to discuss the above proposed action, as described below.

## Proposed Meeting Arrangements

Date: __9/9/94__   Time: __9:00__   We will be meeting at: __Counseling Office__

At the present time we anticipate _____, _____, _____, _____, _____ will be meeting with us. Please let us know if this is a convenient time for you so we can finalize the plans for the meeting. If you wish to have someone else attend, you may do so.

Please call __Sandy Hemmert__ at __374-4970__ between the hours of __7:30__ and __3:00__ if
   *Person's Name*        *Phone Number*

you have any questions about the information provided above. A copy of the Parent Rights is enclosed. Please read them carefully. We will review these with you when we meet.

*** White copy retained in blue folder, yellow copy to parent. ***

PROVO SCHOOL DISTRICT  
Provo, Utah 84604

**I. E. P.**  
**GOAL AND OBJECTIVES**

Sp. Ed. 5b  
July 94

Student Name: _Bryan Messenger Farrer_   School: _Farrer_   Date: _9/9/94_

Annual Goal: _Bryan will improve his reading skills._

If service is provided less than daily complete the following:

Circle days served: Mon.  Tue.  Wed.  Thur.  Fri.

Duration of service session (hrs./mins.):

**Measurable Short Term Objectives:** (Minimum of two)

1. _Bryan will continue to read at home in the evenings for 1/2 hr. 5 nights a week. He will report to his Mom on a book every 60 days._

2. _Bryan will fully participate in the in-class reading in English. He will participate in the Silent Sustained Reading program, & complete a book report based on that reading._

**Evaluation/Data Collection Procedure**   (Indicate at least 1)

Observation *(include frequency)* _____

Informal Assessment *(method)* _____

Formal Assessment *(test)* _____

**Annual Review of Short Term Objectives**

Date Reviewed: _____   ❏ Objectives Met   ❏ Progress Made   ❏ No Change

Comments: _____

*** White copy retained in blue folder, yellow for school use, pink copy to parent or student. ***

PROVO SCHOOL DISTRICT  
Provo, Utah 84604

**I. E. P.**  
**GOAL AND OBJECTIVES**

Sp. Ed. 5b  
July 94

**Student Name:** Bryan Messenger  **School:** Farrer  **Date:** 9/9/94

**Annual Goal:** Bryan will improve in written language.

If service is provided less than daily complete the following:

Circle days served: Mon. Tue. Wed. Thur. Fri.

Duration of service session (hrs./mins.):

**Measurable Short Term Objectives:** (Minimum of two)

1. Bryan will complete 1 spelling lesson per week. He will do the exercises in class, and take the word list home on Mon. to work on during the week with his parents. Bryan will achieve scores of 90% or higher on the Friday post tests.

2. Bryan will write journal entries in class at least 3x a week. 10 line minimum per entry. These entries will be at least 70% accurate in terms of mechanics. Mrs. Nemmitt will work with him to make corrections where needed.

**Evaluation/Data Collection Procedure**   (Indicate at least 1)

Observation *(include frequency)* _____

Informal Assessment *(method)* _____

Formal Assessment *(test)* _____

**Annual Review of Short Term Objectives**

Date Reviewed: _____   ❏ Objectives Met   ❏ Progress Made   ❏ No Change

Comments: _____

*** White copy retained in blue folder, yellow for school use, pink copy to parent or student. ***

PROVO SCHOOL DISTRICT  
Provo, Utah 84604

Sp. Ed. 11  
July 94

## PARENTAL PRIOR NOTICE

Re: __Bryan Messenger__  
      Student's Name

Dear __Mr. & Mrs. Messenger__

Date: __March 24, 1995__

The __Farrer__ special education multidisciplinary team is considering the following action(s) checked below:

- ☐ Determining the student's eligibility for special education services
- ☐ A change in special education service delivery
- ☐ A change in classification for receiving special education services
- ☐ Developing an Individualized Education Program for the student
- ☐ Reviewing or revising the student's Individualized Education Program
- ☒ Re-evaluating the student's need for continued special education services
- ☐ Other __(3 yr. testing)__

1. This action is being proposed because of:
   - ☐ Academic concerns    ☐ Speech/language concerns    ☐ Behavior concerns    ☐ Health concerns    ☐ Program planning
   - ☒ Continued eligibility to receive special education services    ☐ Transition    ☐ Other ____

2. Prior to this proposal, the following options were attempted and rejected because concerns expressed in item 1 continue to exist:
   - ☐ Student and parent conferences    ☐ Academic adjustments and tracking    ☐ Schedule/teacher change    ☐ Tutoring
   - ☐ School disciplinary actions    ☒ Not applicable    ☐ Other ____

3. The action proposed above is based on the following evaluation procedures, tests, records, or reports:
   - ☐ Teacher observation and records    ☐ Achievement test scores    ☐ Curriculum-based assessment
   - ☐ Multidisciplinary Team Report    ☒ Not applicable    ☐ Other ____

4. Other factors relevant to the action proposed above are:
   - ☐ Parent concern    ☐ Student concern    ☒ None    ☐ Other ____

Your assistance is requested to:    ☒ Sign and return the permission to test form.  
                                    ☐ Complete the enclosed _____ and return it to us.  
                                    ☐ Arrange to meet with the team to discuss the above proposed action, as described below.

Proposed Meeting Arrangements

Date: _____ Time: _____ We will be meeting at: _____  
At the present time we anticipate _____, _____, _____,  
_____, _____ will be meeting with us. Please let us know if this is a convenient time for you so we can finalize the plans for the meeting. If you wish to have someone else attend, you may do so.

Please call __Sandy Mann__ at __374-4971__ between the hours of __7:30__ and __3:00__ if  
                     Person's Name           Phone Number  
you have any questions about the information provided above. A copy of the Parent Rights is enclosed. Please read them carefully. We will review these with you when we meet.

*** White copy retained in blue folder, yellow copy to parent. ***

Provo School District
Provo, Utah 84604

# Individualized Education Program (IEP)

SpEd 6
© June 95
D.D.

**Student** Bryan Messenger  **Birthdate** 12-4-81  **Date of IEP** _____

**School** Farrer Middle School  **Primary Language of Parent/Guardian** English

**Classification** Learning Disabled

Note: In conjunction with this IEP, provide parents with a copy of Procedural Safeguards and Prior Notice/Documentation with IEP and Placement sections completed.

## Special Education and Related Services

**Special Education Program**   Amount of Time: 8   ☐ Daily   ☑ Weekly

The following related services are required for student to benefit from special education:

_____   Amount of Time: _____   ☐ Daily   ☐ Weekly
_____   Amount of Time: _____   ☐ Daily   ☐ Weekly

☐ Check if transportation will be provided.

Projected date of initiation of these services, if other than date of IEP: _____

Anticipated duration of the services: ☐ One year from initiation date, OR ☐ Other: _____

## Participation in Regular Education programs

**Regular Education Program**   Amount of Time: 19½   ☐ Daily   ☑ Weekly

Physical Education (PE) will be addressed through ☑ Regular PE   OR ☐ Special PE

## Transition (Applicable for students over 16, or who need transition planning)

☐ Transition planning will be addressed through the student's Student Advisement Program or SEOP

☐ Transition planning is addressed on IEP addendum (see attached)

## Placement Review (not applicable for initial placement)

— Maintain current placement of:
☑ Regular class/resource   ☐ Special class   ☐ Special school   ☐ Home Instruction   ☐ Hosp./Institution

OR

— Change current placement (Complete and attach Documentation of Change of Placement and Prior Notice of change of placement)

Parent signature signifies participation in the development of the IEP and receipt and understanding of Procedural Safeguards.

| IEP Participants | | IEP Review Participants | |
|---|---|---|---|
| _[signature]_ LEA signature | 8/31/95 Date | LEA signature | Date |
| Jane Ann Messenger Parent signature* | 8/31/95 Date | Parent signature* | Date |
| Parent signature* | Date | Parent signature* | Date |
| Student signature | Date | Student signature | Date |
| _[signature]_ Student's teacher's signature | 8/31/95 Date | Student's teacher's signature | Date |
| _[signature]_ Signature and Title | 8/31/95 Date | Signature and Title | Date |
| Signature and Title | Date | Signature and Title | Date |

*Note: If parent signature is missing, check below:
☐ did not attend (document efforts to involve parent)
☐ participated but refused to sign
☐ via telephone (copy of IEP/procedural safeguards sent)
☐ other: _____

*Note: If parent signature is missing, check below:
☐ did not attend (document efforts to involve parent)
☐ participated but refused to sign
☐ via telephone (copy of IEP/procedural safeguards sent)
☐ other: _____

Provo School District
Provo, Utah 84604

# Individualized Education Program (IEP)

SpEd 6a1
© June 95
D.D.

Student: Bryan Messenger    Date of IEP: 5/31/95

**Present Levels of Performance:**

Strengths: Bryan is caring. He applies himself when it comes to school work + completion of assignments. He is creative. He does well in math. He is easy to work with.

Needs: Bryan has difficulty in the area of written language (spelling, grammar, processing thoughts from mind to paper).

*In mtg. w/ Mrs. Messenger, we feel that Bryan's needs in the area of basic reading skills will be met in his English class. (Co-Through)

**Annual Goal:** Bryan will improve in the area of written language.

• **Short Term Objective:** Bryan will score 80% or better on weekly spelling test (10-15) as measured by teacher.

Criteria, evaluation procedures, and schedule for determining whether objective is being achieved: teacher-made test, monitored bi-weekly

Status: Date Started: 8/31/95   Date Mastered: _____   Other: _____

• **Short Term Objective:** Bryan will score 80% or better on vocab. assignments and test (10-15 words) weekly as measured by teacher.

Criteria, evaluation procedures, and schedule for determining whether objective is being achieved: teacher made test, monitored bi-weekly

Status: Date Started: 8/31/95   Date Mastered: _____   Other: _____

• **Short Term Objective:** Bryan will pass 80% or better his grammar assignments and tests (capitalization, punctuation, usage) weekly and bi-weekly as measured by teacher.

Criteria, evaluation procedures, and schedule for determining whether objective is being achieved: teacher made assignments, textbook (monitored bi-weekly)

Status: Date Started: 8/31/95   Date Mastered: _____   Other: _____

Provo School District  
Provo, Utah 84604

# Individualized Education Program (IEP)
(Use multiple sheets as necessary)

SpEd 6a2  
© June 95  
D.D.

Student: _Bryan Messenger_  Date of IEP: _8/31/95_

Annual Goal: _Bryan will follow the Farrer Middle School Discipline Policy & the Safe Schools policy._

• Short Term Objective: _Bryan will conform to classroom discipline program as outlined in Farrer Middle School Discipline Policy & Safe School policy daily as observed by teacher._

Criteria, evaluation procedures, and schedule for determining whether objective is being achieved:  
_teacher log, MC referral_

Status: Date Started: _8/31/95_   Date Mastered: _____   Other: _____

• Short Term Objective: _Bryan will conform to Farrer Middle School Discipline policy while at school or at school activities (i.e. bus, field trips, etc.) as observed by school staff/adults._

Criteria, evaluation procedures, and schedule for determining whether objective is being achieved:  
_teacher log, assistant principal log, MC referrals_

Status: Date Started: _8/31/95_   Date Mastered: _____   Other: _____

• Short Term Objective: _____

Criteria, evaluation procedures, and schedule for determining whether objective is being achieved:  
_____

Status: Date Started: _____   Date Mastered: _____   Other: _____