IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
AT TRENTON

| | |
|---|---|
| BRYAN MESSENGER, | |
| Plaintiff, | Case No.: 3:17-cv-03755 |
| v. | |
| NATIONAL BOARD OF MEDICAL EXAMINERS | |
| Defendant. | |

---

MOTION FOR ORDER ALLOWING
MARY C. VARGAS, ESQ. TO APPEAR
PRO HAC VICE

---

Comes now, Clara R. Smit, Esq. and moves this Honorable Court to enter an Order allowing Mary C. Vargas to appear and participate pro hac vice in this matter. Ms. Vargas is a member in good standing of the Bar of Maryland and Connecticut and the Bars of multiple federal courts. Ms. Vargas' Certified Statement is attached to this Motion.

Dated: May 30, 2017

Respectfully submitted,

s/Clara R. Smit
Clara R. Smit, NJ Bar No. 009051990
Law Office of Clara R. Smit
100 Horizon Center Boulevard
Hamilton, New Jersey 08691
Phone: (732) 843-6600
Fax: (877) 617-3494
crsmitlaw@aol.com