# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# AT TRENTON

| | |
|---|---|
| BRYAN MESSENGER, | ) |
| Plaintiff, | ) Case No.: 3:17-cv-03755 |
| v. | ) |
| NATIONAL BOARD OF MEDICAL EXAMINERS | ) |
| Defendant. | ) |

## CERTIFIED STATEMENT OF PRO HAC VICE APPLICANT
## MARY C. VARGAS, ESQ.

Comes now, Mary C. Vargas, Esq. and states the following:

1. I am a member in good standing of the bar of the State of Maryland. I was admitted in 1998. The roll of bar members is maintained by: Clerk of Court, Maryland Court of Appeals, 361 Rowe Boulevard, Annapolis, MD 21401.

2. I am a member in good standing of the bar of the State of Connecticut. I was admitted in 1998. The roll of bar members is maintained by: Clerk of Superior Court, Hartford Judicial District, 95 Washington Street, Hartford, CT 06106.

3. I am also a member in good standing of the following District Court bars: the District of Columbia, the District of Maryland, the District of Connecticut, the District of Colorado, the District of North Dakota, the Northern District of New York, the Southern District

of New York, the Eastern District of New York, and the Western District of Pennsylvania.

4. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

Dated: May 30, 2017								Respectfully submitted,

/s Mary C. Vargas
Mary C. Vargas
Stein & Vargas, LLP
840 First Street NE, Third Floor
Washington, DC 20002
Phone (202) 248-5092
Facsimile (888) 778-4620
Mary.Vargas@steinvargas.com
