**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**AT TRENTON**

| | |
|---|---|
| BRYAN MESSENGER, | ) |
| Plaintiff, | ) Case No.: 3:17-cv-03755 |
| v. | ) |
| NATIONAL BOARD OF MEDICAL EXAMINERS | ) |
| Defendant. | ) |

---

**MOTION FOR ORDER ALLOWING**
**MARTHA M. LAFFERTY, ESQ. TO APPEAR**
**PRO HAC VICE**

---

Comes now, Clara R. Smit, Esq. and moves this Honorable Court to enter an Order allowing Martha M. Lafferty to appear and participate pro hac vice in this matter. Ms. Lafferty is a member in good standing of the Bar of Tennessee and the Bars of multiple federal courts. Ms. Lafferty's Certified Statement is attached to this Motion.

Dated: May 30, 2017

Respectfully submitted,

s/Clara R. Smit
Clara R. Smit, NJ Bar No. 009051990
Law Office of Clara R. Smit
100 Horizon Center Boulevard
Hamilton, New Jersey 08691
Phone: (732) 843-6600
Fax: (877) 617-3494
crsmitlaw@aol.com