# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE



# CERTIFICATE OF GOOD STANDING

I, **KEITH THROCKMORTON**, Clerk of the United States District Court for the Middle District of Tennessee, do hereby certify that

## MARTHA M. LAFFERTY

was duly admitted to practice in said Court on

**October 01, 1999**

and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on  October 25, 2016

KEITH THROCKMORTON, CLERK

By: *[signature]*
Deputy Clerk

# CLERK OF THE SUPREME COURT

# STATE OF TENNESSEE

I, James M. Hivner, Clerk of the Supreme Court, do hereby certify that MARTHA MICHELE LAFFERTY is a licensed and practicing attorney of the Courts of this State, having taken the oath as prescribed by law, is enrolled as an attorney of this Court, and is in good standing. The Supreme Court is the Court of last resort in Tennessee.

Date of Enrollment: June 1, 1999

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 31st day of October, 2016.

James M. Hivner, Clerk

*MB Lindsey*

By: MaryBeth Lindsey, D.C.