IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
AT TRENTON

| | |
|---|---|
| BRYAN MESSENGER, | ) |
| Plaintiff, | ) Case No.: 3:17-cv-03755 |
| v. | ) |
| NATIONAL BOARD OF MEDICAL EXAMINERS | ) |
| Defendant. | ) |

CERTIFIED STATEMENT OF PRO HAC VICE APPLICANT
MARTHA M. LAFFERTY, ESQ.

Comes now, Martha M. Lafferty, Esq. and states the following:

1. I am a member in good standing of the bars of the State of Tennessee and the U.S. District Court for the Middle District of Tennessee. See, attached Certificates of Good Standing.

2. I am also a member in good standing of the following bars:

    a. the U.S. District Court for the Eastern District of Tennessee. I was admitted in 2012. The roll of bar members is maintained at Clerk of Court, 800 Market Street, Knoxville, TN 37902.

    b. the U.S. District Court for the of Colorado. I was admitted in 2016. The roll of bar members is maintained at Clerk's Office, Alfred A. Arraj United States Courthouse, Room A105, 901 19th Street, Denver, CO 80294.

    c. The Sixth Circuit Court of Appeals. I was admitted in 2003. The roll of bar members is maintained at Clerk of Court, Potter Stewart U.S. Courthouse, 100 East Fifth Street, Cincinnati, Ohio 45202.

    d. The United States Supreme Court. I was admitted in 2004. Records are maintained at Clerk's Office, Supreme Court of the United States, 1 First Street, NE, Washington, DC 20543

3. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

Dated: May 31, 2017

Respectfully submitted,

*/s/ Martha M. Lafferty*

Martha M. Lafferty
Stein & Vargas, LLP
840 First Street NE, Third Floor
Washington, DC 20002
Phone (202) 248-5092
Facsimile (888) 778-4620
martie.lafferty@steinvargas.com