Felice B. Galant
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, New York  10019-6022
Tel.: (212) 318-3000
Fax: (212) 318-3400
felice.galant@nortonrosefulbright.com

*Attorneys for Defendant National Board of Medical Examiners*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRYAN MESSENGER, | ) |
| | ) Civil Action No. 3:17-cv-03755-FLW-DEA |
| Plaintiff, | ) |
| | ) |
| v. | ) **NOTICE OF APPEARANCE** |
| | ) |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) |
| | ) |
| Defendants. | ) |

**PLEASE TAKE NOTICE** that the undersigned counsel, who is admitted to practice before this Court, hereby appears for Defendant National Board of Medical Examiners, and requests that all further papers and correspondence be served upon her.

Dated: June 5, 2017

Respectfully submitted,

_____
Felice B. Galant
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, NY 10019-6022
Tel.: (212) 318-3000
Fax: (212) 318-3400
felice.galant@nortonrosefulbright.com

*Attorneys for Defendant National Board of Medical Examiners*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was filed via ECF on this 5th day of June, 2017.

Dated: June 5, 2017

_____
Felice B. Galant