Felice B. Galant
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, New York 10019-6022
Tel.: (212) 318-3000
felice.galant@nortonrosefulbright.com
*Attorneys for Defendant National Board of Medical Examiners*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BRYAN MESSENGER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:17-cv-03755-FLW-DEA ) ) |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS'**
**RULE 7.1 DISCLOSURE STATEMENT**

Defendant National Board of Medical Examiners makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. National Board of Medical Examiners is a not-for-profit organization formed under the laws of the District of Columbia. National Board of Medical Examiners has no parent corporation. No publicly-held corporation has any ownership interest in National Board of Medical Examiners.

Dated: June 5, 2017

Respectfully submitted,

*[signature]*

Felice B. Galant
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, NY 10019-6022
Tel.: (212) 318-3000
felice.galant@nortonrosefulbright.com

*Attorneys for Defendant National Board of Medical Examiners*

**Of Counsel**:
**Robert A. Burgoyne**
  (*pro hac* application forthcoming)
**Caroline M. Mew**
  (*pro hac* application forthcoming)
Norton Rose Fulbright US LLP
799 9th Street, NW, Suite 1000
Washington, D.C. 20001
Telephone: (202) 662-0200
Facsimile: (202) 662-4643