# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### AT TRENTON

| | |
|---|---|
| BRYAN MESSENGER, | |
| Plaintiff, | Case No.: 3:17-cv-03755 |
| v. | |
| NATIONAL BOARD OF MEDICAL EXAMINERS | |
| Defendant. | |

**MOTION FOR ORDER ALLOWING
MICHAEL STEVEN STEIN, ESQ. TO APPEAR
PRO HAC VICE**

Comes now, Clara R. Smit, Esq. and moves this Honorable Court to enter an Order allowing Michael Steven Stein to appear and participate pro hac vice in this matter. Mr. Stein is a member in good standing of the Bars of Massachusetts, District of Columbia, and New York, and the Bars of multiple federal courts. Mr. Stein's Certified Statement is attached to this Motion.

Dated: June 2, 2017

Respectfully submitted,

s/Clara R. Smit
Clara R. Smit, NJ Bar No. 009051990
Law Office of Clara R. Smit
100 Horizon Center Boulevard
Hamilton, New Jersey 08691

Phone: (732) 843-6600  
Fax: (877) 617-3494  
crsmitlaw@aol.com