# EXHIBIT A

United States Medical Licensing Examination® (USMLE®)

## REQUEST FOR TEST ACCOMMODATIONS

*Use this form if you are requesting accommodations on USMLE for the first time*

---

**The National Board of Medical Examiners® (NBME®) processes requests for test accommodations on behalf of the USMLE program**

If you have a documented disability covered under the Americans with Disabilities Act (ADA), you must notify the USMLE in writing each time you apply for a Step examination for which you require test accommodations. Submitting this form constitutes your official notification.

- Review the USMLE Guidelines for Test Accommodations at www.usmle.org for a detailed description of how to document a need for accommodation.

- Complete all sections of this request form and submit it together with all required documentation at the same time you submit your Step exam application.

- Incomplete, illegible, or unsigned request forms and/or insufficient supporting documentation will delay processing of your request.

- Do not send originals. Please retain the originals of all documentation that you submit as we are unable to return submissions or provide duplicate copies to third parties.

- Submitting duplicate and/or bound documentation may delay processing of your request.

- NBME will acknowledge receipt of your request by e-mail and audit your submission for completeness. If you do not receive an e-mail acknowledgement within a few days of submitting your request, please contact Disability Services at 215-590-9700. You may be asked to submit additional documentation to complete your request.

- Requests are processed in the order in which they are received. Allow at least 60 days for processing of your request. Processing cannot begin until sufficient information is received by NBME and your Step exam registration is complete.

- The outcome of our review will not be released via telephone. All official communications regarding your request will be made in writing. If you wish to modify or withdraw a request for test accommodations, contact Disability Services by e-mail at disabilityservices@nbme.org or by telephone at 215-590-9700.

---

**You MUST provide supporting documentation verifying your current functional impairment.**

In order to document your need for accommodation, **submit** the following with this form:

✓ A **personal statement** describing your disability and its impact on your daily life and educational functioning.

✓ **Supporting documentation** such as psychoeducational evaluations; medical records; copies of report cards, academic and score transcripts; faculty or supervisor feedback; job performance evaluations; clerkship/clinical course evaluations; verification of prior academic/test accommodations; etc.

✓ A **complete and comprehensive evaluation**. Reports from qualified professionals must be typewritten on letterhead, signed and include the professional's qualifications.

000001

USMLE® Request for Test Accommodations

## Section A: Exam Information

Place a check next to the examination(s) for which you are currently registered and requesting test accommodations: (Check all that apply)

☐  Step 1

☑  Step 2 CK (Clinical Knowledge)

☐  Step 2 CS (Clinical Skills)

☐  Step 3

## Section B: Biographical Information
Please type or print.

**B1.** Name:  ___Messenger_____  ___Bryan_____  ___W_____
  Last                     First                    Middle Initial

**B2.** Gender:  ☑ Male     ☐ Female

**B3.** Date of Birth: __

**B4.** USMLE # 0 - 9 4 3 - 2 0 7 - 1  (required)

**B5.** Address:  1113 Magnolia Lane

_____
Street
  Branchburg                              New Jersey               08876
_____
City                                State/Province            Zip/Postal Code
  USA
_____
Country
  385-329-6781
_____
Daytime Telephone Number

_____
Alternate Telephone Number

  messenger.bryan@gmail.com
_____
E-mail address

**B6.** Medical School Name:  St. George's University

Country of Medical School: Grenada            Date of Medical School Graduation:  5/16

1093621          0-943-207-1
Step 2 CK Request Form

000002

USMLE® Request for Test Accommodations

## Section C: Accommodations Information

**C1.** Do you require wheelchair access at the examination facility?  ☐ Yes  ☑ No
If yes, and you require an adjustable height computer table, indicate the number of inches required from the bottom of the table to the floor: _____

**C2.** Describe the accommodation(s) you are requesting. Accommodations must be appropriate to the impairment within the context of the examination task and setting:

_____

_____

**C3.** Check **ONLY ONE** box for the exam(s) for which you are registered.

### STEP 1:

| **Additional Break Time** | **Additional Testing Time** |
|---|---|
| ☐ Additional break time over 1 day | ☐ 25% Additional test time (Time and 1/4) over 2 days |
| ☐ Additional break time over 2 days | ☐ 50% Additional test time (Time and 1/2) over 2 days |
| | ☐ 100% Additional test time (Double time) over 2 days |

☐ Additional break time <u>and</u> 50% Additional test time (Time and 1/2) over 2 days

### STEP 2 CK:

| **Additional Break Time** | **Additional Testing Time** |
|---|---|
| ☐ Additional break time over 2 days | ☐ 25% Additional test time (Time and 1/4) over 2 days |
| | ☑ 50% Additional test time (Time and 1/2) over 2 days |
| | ☑ 100% Additional test time (Double time) over 2 days |

☐ Additional break time <u>and</u> 50% Additional test time (Time and 1/2) over 2 days

### STEP 3:

| **Additional Break Time** | **Additional Testing Time** |
|---|---|
| ☐ Additional break time over 4 days | ☐ 25% Additional test time (Time and 1/4) over 3 days |
| | ☐ 50% Additional test time (Time and 1/2) over 4 days |
| | ☐ 100% Additional test time (Double time) over 5 days |

☐ Additional break time <u>and</u> 50% Additional test time (Time and 1/2) over 4 days

### STEP 2 CS:

Describe the accommodations you are requesting for each section of Step 2 CS (i.e., patient encounter, patient note). If you are requesting additional time, state the **amount** of additional time you require in **minutes per encounter/note**.

☐ Patient Encounter: _____

☐ Patient Note: _____

000003

USMLE® Request for Test Accommodations

## Section D: Information About Your Impairment

**D1.** Check the box that best describes the **nature of your impairment** and list the **year** it was first diagnosed by a qualified professional.  Check only those for which you are requesting accommodations.

| | Year first diagnosed |
|---|---|
| **Sensory** | |
| ☐  Hearing | |
| ☐  Vision | |
| ☐  Other (specify):_____ | _____ |
| | |
| **Learning** | |
| ☑  Reading | |
| ☐  Writing | _____ |
| ☐  Mathematics | _____ |
| ☐  Other (specify):_____ | _____ |
| | |
| **Language** | |
| ☐  Expressive | |
| ☐  Receptive | _____ |
| ☐  Other (specify):_____ | _____ |
| | |
| **Physical** | |
| ☐  Mobility/motor | |
| ☐  Endocrine | _____ |
| ☐  Neurological | _____ |
| ☐  Other (specify):_____ | _____ |
| | |
| **Psychiatric** | |
| ☐  Anxiety Disorder | |
| ☐  Depression/Mood Disorder | _____ |
| ☐  Attention Deficit/Hyperactivity Disorder | _____ |
| ☐  Other (specify):_____ | _____ |
| | |
| **Other Impairment** (specify) _____ | _____ |

**D2.**  List your **current** DSM/ICD diagnosis/diagnoses for which you are requesting accommodations:

_____

Reading Disorder

_____

_____

### D3.  Personal Statement

**Attach a signed and dated personal statement describing your impairments(s) and their impact on daily life.**  Narratives should **not** be confined to standardized test performance.  The personal statement is your opportunity to tell us how your physical or mental impairment(s) substantially limit your current functioning in a major life activity. In your own words, discuss how your impairment(s) would interfere with your access to the relevant USMLE Step and how the specific accommodation(s) you are requesting will alleviate this impact.

000004

USMLE® Request for Test Accommodations

## Section E:  Accommodation History

### STANDARDIZED EXAMINATIONS

**E1.** List accommodations you received for all standardized examinations such as college, graduate and professional school admissions tests and professional licensure and certification examinations.  If no accommodations were provided, write NONE.

> **Attach copies of official documentation from each testing agency confirming the test accommodations they provided.**

> **Attached a copy of your official examination score report(s).**

| | DATE(S) ADMINISTERED | ACCOMMODATION(S) PROVIDED |
|---|---|---|
| ☐ SAT®, ACT® | | |
| ☐ MCAT® | | |
| ☐ GRE® | | |
| ☐ GMAT® | | |
| ☐ LSAT® | | |
| ☐ DAT® | | |
| ☐ COMLEX® | | |
| ☐ Bar Examination(s) | | |
| ☐ Other(s) | | |

### POSTSECONDARY EDUCATION

**E2.** List each school and all formal accommodations you receive/received, and the dates accommodations were provided:

> **Attach copies of official records from the school(s) listed confirming the accommodations they provided.**

| | SCHOOL | ACCOMMODATIONS PROVIDED | DATES PROVIDED |
|---|---|---|---|
| **Medical/Graduate/ Professional School** | St. George's University | Double time | Jan 2012- present |
| | | | |
| | | | |
| **Undergraduate School** | | | |
| | | | |

### E3. Certification of Prior Test Accommodations

> If you receive/received accommodations in medical school and/or residency, the appropriate official at your medical school/residency must complete and submit the **Certification of Prior Test Accommodations** form available at www.usmle.org.

000005

USMLE® Request for Test Accommodations

## PRIMARY AND SECONDARY SCHOOL

**E4.** List each school and all formal accommodations you received, and the dates accommodations were provided:

> **Attach copies of official records from the school(s) listed confirming the accommodations they provided.**

| SCHOOL | ACCOMMODATIONS PROVIDED | DATES PROVIDED |
|---|---|---|
| **High School** | | |
| **Middle School** | | |
| **Elementary School** | | |
| | | IVE |

## Section F: Certification and Authorization

To the best of my knowledge and belief, the information recorded on this request form is true and accurate. I understand that my request for accommodations, including this form and all supporting documentation, must be received by the NBME sufficiently in advance of my anticipated test date in order to provide adequate time to evaluate and process my request.

I acknowledge and agree that any information submitted by me or on my behalf may be used by the USMLE program for the following purposes:

- Evaluating my eligibility for accommodations. When appropriate, my information may be disclosed to qualified independent reviewers for this purpose.
- Conducting research. Any disclosure of my information by the USMLE program will not contain information that could be used to identify me individually; information that is presented in research publications will be reported only in the aggregate.

I authorize the National Board of Medical Examiners (NBME) to contact the entities identified in this request form, and the professionals identified in the documentation I am submitting in connection with it, to obtain further information. I authorize such entities and professionals to provide NBME with all requested further information.

I further understand that the USMLE reserves the right to take action, as described in the Bulletin of Information (see "Indeterminate Scores and Irregular Behavior"), if it determines that false information or false statements have been presented on this request form or in connection with my request for test accommodations.

Name (print):  Bryan Messenger

Signature: _Bryan Messenger_          Date: 11/13/2015

000006

USMLE® Request for Test Accommodations

## What to Submit
✓ Legible copies of all documents, not originals
✓ Typewritten and signed letters and reports from professionals on their letterhead
✓ Complete reports with all pages including test scores
✓ All documents in English. You are responsible for providing certified English translations of all non-English documentation
✓ Childhood records - if your request is based on a developmental disorder (e.g., LD, dyslexia, ADHD)
✓ Official transcripts and standardized test score reports
✓ Documentation beyond self-report of your functional impairment
✓ Documentation of your functional impairment in activities other than test-taking

## What NOT to Submit
✗ Original documents
✗ Handwritten or unsigned letters from physicians or evaluators
✗ Copies of reports with redactions or missing pages
✗ Multiple copies of documentation (i.e., faxed and mailed copies of a document)
✗ Duplicate documentation previously submitted to Disability Services
✗ Previous correspondence from Disability Services
✗ Research articles, your résumé or curriculum vita
✗ Staples, binders, page protectors, folders, or similar items

**Mail, fax or e-mail (as a pdf) your completed request form and supporting documents to the address below at the same time you submit your Step examination application.**

**Disability Services**
**National Board of Medical Examiners**
**3750 Market Street**
**Philadelphia, PA 19104-3190**
**Telephone: (215) 590-9700**
**Facsimile: (215) 590-9422**
**E-mail: disabilityservices@nbme.org**

000007

I have always had a difficult time with reading. In fact, I didn't even learn to read until I was in the second grade. My teacher never noticed because I covered it up by being her "helper." I was always helping others complete their homework, thus diverting attention from myself. I didn't like to read, and I always tried to avoid it whenever I could. I knew I wasn't good at it, but I just thought that it was because I didn't like it. Once I was discovered, I was placed in remedial English classes. I went through Jr. High and High school thinking I was "dumb." It would take me 2-3 times longer than my peers to write essays and papers and read assignments. And even then, I did not score well.

In my undergrad program I, of course, tried my hardest and used as many resources as I could for help. I would seek help from the library's peer tutors for every paper I had to write until I married my wife who was an English minor, and then she was able to help me. I always took advantage of the allotted time I was given for my tests, and would work up until time was out. I couldn't understand why I understood the concepts I was learning almost perfectly, but could only achieve a "B" on the exams. I even tutored friends in subjects such as chemistry and physics. They would get "A's" on their exams, and I would continue to get "B's." It was quite frustrating, but I just felt like I must not have been as smart as I thought – or a bad test taker.

It wasn't until I was teaching at a trade school in the medical department, that all of the pieces of the puzzle came together. A group of individuals visited the faculty to demonstrate how to look for signs of dyslexia in our own students, I realized that I could identify with all of the signs myself. Three months later, I was tested for a reading disability. One month after that, I began medical school at SGU.

While at SGU, I received "double time" accommodations for my written exams, but I was afraid to use them completely... knowing I couldn't get double time on my NBME practice exams, and I was also unsure if I would qualify for accommodations for the STEP. I sought help from many of my instructors and professors during my first two years of study, but still continued to score in the average/below average range. During my clinical rotations I have found it very easy to help and communicate with my patients. I feel as though I have been a positive asset to the teams I have worked with. I have a strong bedside manner, and scored well on the STEP 2 CS exam. However, when it comes to taking the SHELF exams, I am always reminded of how difficult it is for me to assimilate the information in the questions. My knowledge is there, but I take longer than the average student to process what is actually being asked of me, and many times, because I am in a hurry, I misinterpret the question.

The best way I know how to explain it is my ability to read and understand information is extremely slow. Once I have the information in my head, I can recognize it, use it, and apply it. Unfortunately, it takes quite some time for me to process the information initially.

1093876   0-943-207-1
Updated Personal Statement

000010

**The Dyslexia Center of Princeton**
138 Ewing Street
Princeton, NJ 08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

**Bryan Messenger**
Client ID # 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
Date of assessment: 11/02/2015

Date of Birth:
Age:            33 years    months

Grade (years.months):  19.3
Academic Potential: In the above-average range

**DIAGNOSIS:** Moderate-Severe Dyseidetic Dyslexia / Mild-Moderate Dysphonetic Dyslexia

DYSLEXIA DETERMINATION ........................................................................... 2

INTERPRETATION OF WAIS-IV RESULTS ........................................................ 3

DECODING/ENCODING ................................................................................... 5

ORAL READING ............................................................................................... 6

SUMMARY OF ACADEMIC ACHIEVEMENT (WIAT-III) RESULTS ..................... 7

PHONOLOGICAL PROCESSING ...................................................................... 8

VISUAL-MOTOR INTEGRATION ....................................................................... 9

TEST OF INFORMATION PROCESSING SKILLS ............................................. 10

SUMMARY ...................................................................................................... 12

TABLE OF STANDARD AND PERCENTILE SCORES ...................................... 12

CLIENT HISTORY ............................................................................................ 13

BEHAVIORAL OBSERVATIONS ...................................................................... 15

SUMMARY OF RESULTS ............................................................................... 16

RECOMMENDATIONS ................................................................................... 17

Appendix A. WAIS-IV Score Summary ........................................................... 18

Appendix B. WIAT-III Score Summary ............................................................ 21

Appendix C. CLASSIFICATIONS OF SCORES ON STANDARDIZED TESTS .... 26



**The Dyslexia Center of Princeton**
138 Ewing Street
Princeton, NJ  08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

## DYSLEXIA LEVELS AND TYPES

**There are four levels of dyslexia.** From the least-severe level to the most severe, they are: Problematic, Mild, Moderate, and Severe.

**Dyseidetic** dyslexia is a reduced ability to perceive whole words for instantaneous reading and spelling, despite the word having been seen on repeated occasions.

**Dysphonetic** dyslexia is a reduced ability to integrate symbols and sounds, resulting in difficulty developing and using word attack skills to decode single, unknown words.

## DYSLEXIA DETERMINATION

Assessment results indicate that Bryan has Moderate-Severe Dyseidetic Dyslexia / Mild-Moderate Dysphonetic Dyslexia.

*Bryan Messenger     Client ID # 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     Date of Test: 11/02/2015     2*

000012

**The Dyslexia Center of Princeton**
138 Ewing Street
Princeton, NJ 08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

## INTERPRETATION OF WAIS-IV RESULTS

### General Intellectual Ability

Bryan was administered 10 subtests of the *Wechsler Adult Intelligence Scale-Fourth Edition (WAIS-IV)*. His composite scores are derived from these subtest scores. The Full Scale IQ (FSIQ) composite score is derived from 10 subtest scores and is considered the most representative estimate of global intellectual functioning. Bryan's general cognitive ability is within the superior range of intellectual functioning, as measured by the FSIQ. His overall thinking and reasoning abilities exceed those of approximately 96% of individuals his age (**FSIQ = 126**; 95% confidence interval = 121-130). Bryan may find it easy to keep up with his peers on most tasks that require thinking and reasoning abilities. Bryan's verbal and nonverbal reasoning abilities are in the superior range. He performed slightly better on nonverbal than on verbal reasoning tasks, but there is no meaningful difference between Bryan's ability to reason with and without the use of words.

Bryan's Verbal Comprehension Index (**VCI**) score, which measures verbal reasoning, comprehension and conceptualization abilities, is in the superior range. His performance was better than approximately 93 out of 100 individuals in his age group.

On the Perceptual Reasoning Index (**PRI**), which measures the ability to reason without words and to organize information visually, Bryan scored in the superior range. His performance was better than approximately 97 out of 100 individuals in his age group.

Bryan's Working Memory Index (**WMI**) score, an indication of information processing, attention, and concentration abilities, was in the superior range. He performed better than approximately 95 out of 100 individuals in his age group.

000013

**The Dyslexia Center of Princeton**
138 Ewing Street
Princeton, NJ 08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

On the Processing Speed Index (**PSI**), a measure of mental processing and graphomotor (handwriting) speed, Bryan scored in the average range. His performance was better than approximately 50 out of 100 individuals in his age group.

On the General Ability Index (**GAI**), which is a summary score of **VCI** and **PRI**, Bryan scored in the very superior range. His performance was better than approximately 98 out of 100 individuals in his age group.

**Composite Score Summary**

| Scale | Sum of Scaled Scores | Composite Score | Percentile Rank | 95% Conf. Interval | Qualitative Description |
|---|---|---|---|---|---|
| Verbal Comprehension | 42 | VCI  122 | 93 | 115-127 | Superior |
| Perceptual Reasoning | 45 | PRI  129 | 97 | 121-134 | Superior |
| Working Memory | 29 | WMI  125 | 95 | 117-130 | Superior |
| Processing Speed | 20 | PSI  100 | 50 | 92-108 | Average |
| Full Scale | 136 | FSIQ  126 | 96 | 121-130 | Superior |
| General Ability | 87 | GAI  130 | 98 | 124-134 | Very Superior |

Confidence Intervals are based on the Overall Average *SEM*s.

Charts and tables for WAIS-IV composite score profiles, subtest profiles, discrepancy analyses, and subtest score summaries are provided at the end of the report.

## The Dyslexia Center of Princeton
138 Ewing Street
Princeton, NJ 08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

## DECODING/ENCODING

Decoding is the process of reading words. Encoding refers to the process of translating spoken words into written symbols-in other words, spelling.  Decoding and encoding subtests From the ***Wechsler Individual Achievement Test - Third Edition (WIAT-III)*** are used to evaluate an individual's ability to read and spell individual words, one at a time.

- The **Pseudoword Decoding subtest** uses nonsense words to measure the ability to decode unfamiliar words using phonics rules.

- The **Word Reading subtest** measures the ability to read real words accurately.

- The **Spelling subtest** measures the ability to spell letter sounds and real words.

Bryan's scores are shown below.

|                     | *Percentiles* |
|---------------------|---------------|
| Pseudoword Decoding | 23            |
| Word Reading        | 34            |
| Spelling            | 23            |





## The Dyslexia Center of Princeton
138 Ewing Street
Princeton, NJ  08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

## ORAL READING

Oral reading fluency is the ability to read text quickly, accurately, automatically, and with understanding. The Gray Oral Reading Tests (GORT- 5) provide a measure of reading fluency, based upon the accuracy and speed with which connected text is read aloud, and also a measure of oral reading comprehension.

Bryan's scores are shown below.

| | ORAL READING | | | | |
|---|---|---|---|---|---|
| | GRADE EQUIVALENT | | | | |
| 00.0 | 03.9 | 07.8 | 11.7 | 15.6 | 19.5 |
| GRADE PLACEMENT | | | >12.9 | | |
| RATE | 4.0 | | | | |
| ACCURACY | | 5.2 | | | |
| FLUENCY | 4.4 | | | | |
| COMPREHENSION | | 7.0 | | | |

**The Dyslexia Center of Princeton**
138 Ewing Street
Princeton, NJ 08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone: (609) 647-2456
dyslexiaprinceton@verizon.net

## SUMMARY OF ACADEMIC ACHIEVEMENT (WIAT-III) RESULTS

Additional *WIAT-III* subtests were administered to Bryan in order to document his current level of academic achievement in other subjects, in addition to reading and spelling subtests that are described in more detail above. A summary of Bryan's scores is shown below and in a table at the end of the report. Descriptive classifications for scores on the *WIAT-III* are slightly different than for other tests, with Average scores between 85 and 115. Bryan's overall Total Achievement Composite score of 107 (95% confidence interval = 104 – 110) was in the Average range, in the 68th percentile compared to same-age peers. His performance on tasks involving Mathematics was Above Average, in the 97th percentile. His performance on all other tests, including Oral Language skills, Reading, Written Expression, and Math Fluency, were in the Average range.

**Composite Score Summary**

| Composite | Standard Score | 95% Confidence Interval | Percentile Rank | Qualitative Description |
|---|---|---|---|---|
| Oral Language | 112 | 105-119 | 79 | Average |
| Total Reading | 87 | 82-92 | 19 | Average |
| Basic Reading | 90 | 85-95 | 25 | Average |
| Reading Comprehension and Fluency | 87 | 79-95 | 19 | Average |
| Written Expression | 103 | 96-110 | 58 | Average |
| Mathematics | 128 | 123-133 | 97 | Above Average |
| Math Fluency | 106 | 99-113 | 66 | Average |
| Total Achievement | 107 | 104-110 | 68 | Average |

Additional charts and tables for WIAT-III composite score profiles, subtest score profiles, discrepancy analyses, and subtest score summaries are included at the end of the report.

## The Dyslexia Center of Princeton

138 Ewing Street
Princeton, NJ  08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

## PHONOLOGICAL PROCESSING

The *Comprehensive Test of Phonological Processing (CTOPP)* is a test of an individual's ability to use the sound structure of oral language, especially as it relates to mastery of written language.

The **Elision subtest** measures the ability to remove phonological segments from spoken words in order to form other words. The **Blending Words subtest** measures the ability to put sounds together to form words. A deficit in this area is a critical indicator of, and aspect of, dyslexia.

The **Memory for Digits subtest** measures the ability to repeat a sequence of numbers accurately, and the **Nonword Repetition subtest** measures the ability to repeat nonsense words accurately. A deficit in this area affects the ability to decode unknown, multi-syllable words.

Bryan's scores are shown below.

### Phonological Processing
Grade Equivalent Scores

| | 00.0 | 02.6 | 04.0 | 05.5 | 07.4 | >09.7 |
|---|---|---|---|---|---|---|
| Grade Placement | | | | | | >9.7 |
| Elision | | | | | | >9.7 |
| Blending Words | | | | | | >9.7 |
| Memory for Digits | | 2.4 | | | | |
| Nonword Repetition | | | 3.7 | | | |

## The Dyslexia Center of Princeton
138 Ewing Street
Princeton, NJ 08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

## VISUAL-MOTOR INTEGRATION

*The Beery-Buktenica Developmental Test of Visual-Motor Integration (Beery VMI)* is a test of how well an individual is able to coordinate visual and motor abilities.

The **VMI subtest** measures visual-motor integration, which is the ability to perceive visual information and reproduce it by means of finger-hand movements. This ability affects the capacity to write; to copy work from textbooks, reference materials, or the chalkboard; to line up math problems; and to perform other writing tasks.

The supplemental **Visual Perception subtest** measures the ability to make sense of what is being seen. Visual perception is the ability to discern directionality and orientation, as well as to discriminate among fine details. Visual perception affects one's ability to recognize the similarities and differences in written words.

Bryan's scored in the average range at the 58th percentile on the VMI, indicating that his visual-motor coordination is adequately developed for his age. Bryan's score on the Visual Perception subtest was somewhat lower, in the 30th percentile, but still within the average range. However, given Bryan's extremely well-developed perceptual reasoning, evidenced by his WAIS-IV PRI score of 129 (97th percentile), there is a meaningful discrepancy with his ability perceive visual information on a test that does not involve reasoning. Bryan is able to reason using visual information at a very high level despite having relatively weak skills in visual perception. This pattern of scores is consistent with his relatively lower score on the WAIS-IV Processing Speed Index (PSI = 100, 50th percentile), which measures speed of visual perception with minimal reasoning demands.

000019

**The Dyslexia Center of Princeton**
138 Ewing Street
Princeton, NJ 08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone: (609) 647-2456
dyslexiaprinceton@verizon.net

### TEST OF INFORMATION PROCESSING SKILLS

The *Test of Information Processing Skills (TIPS)* provides a measure of skills related to acquiring, storing, and processing information. It measures ordered and unordered recall in both the visual and auditory modalities. Its subtests measure short-term memory, working memory following verbal interference tasks, and delayed recall of auditory information. A summary of Bryan's test scores appears below.

|  | *Percentiles* |
|---|---|
| Visual Ordered | 50 |
| Visual Unordered | 68 |
| **Visual Modality** | **61** |
| Auditory Ordered | 37 |
| Auditory Unordered | 42 |
| **Auditory Modality** | **37** |
| Delayed Recall | 91 |

On the current test, Bryan's overall score for visual memory processing is in the average range and for auditory memory processing it is in the average range.

Analysis of the scores helps us to understand how Bryan acquires and retrieves information when learning: when seeing, listening, and reading.

The results of the current test indicate that Bryan does not have a preference in learning modality. The difference between the visual and auditory modality scores is not statistically significant, indicating that Bryan is likely to learn equally well through either visual or auditory means.

The delayed recall score measures the ability to recall and retrieve information over time, giving an indication of Bryan's ability to retain learned information for later use. Bryan's delayed recall score on the current test is in the above average range.

A comparison of the ordered and unordered scores within each modality gives an indication of Bryan's ability to maintain correct sequential order when processing, storing, and retrieving information. The results of the current test indicate there is not a significant difference between ordered and unordered recall in the visual modality, and there is not a significant difference between ordered and unordered recall in the auditory modality.

000020

**The Dyslexia Center of Princeton**
138 Ewing Street
Princeton, NJ  08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

### TEST OF INFORMATION PROCESSING SKILLS

#### Subtest Scaled Scores



#### Memory Index

|      | Visual |       | Auditory |       |
|------|--------|-------|----------|-------|
|      | Ord    | Unord | Ord      | Unord |
| ST   | 6      | 8     | 5        | 5     |
| WM1  | 3      | 7     | 1        | 5     |
| WM2  | 2      | 8     | 2        | 5     |

## The Dyslexia Center of Princeton
138 Ewing Street
Princeton, NJ 08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

### SUMMARY

DIAGNOSIS: Moderate-Severe Dyseidetic / Mild-Moderate Dysphonetic Dyslexia

| | | | |
|---|---|---|---|
| Phonological Awareness Weakness / Deficit | YES | **NO** | |
| Phonological Memory Weakness / **Deficit** | **YES** | NO | |
| Visual-Motor Integration **Weakness** / Deficit | **YES** | NO | |
| Visual Perception Weakness / Deficit | YES | **NO** | |
| Short-Term Memory Capacity Weakness / Deficit | YES | **NO** | Visual  Auditory |
| Visual Modality Processing Weakness / Deficit | YES | **NO** | |
| Auditory Modality Processing Weakness / Deficit | YES | **NO** | |
| Sequential Ordering Weakness / Deficit | YES | **NO** | Visual Auditory |
| Delayed Recall (Auditory) Weakness / Deficit | YES | **NO** | |
| Pseudoword Decoding Level | **BELOW** | AT | ABOVE   Grade   Level |
| Word Reading Level | BELOW | **AT** | ABOVE   Grade   Level |
| Spelling Level | **BELOW** | AT | ABOVE   Grade Level |

### TABLE OF STANDARD AND PERCENTILE SCORES

|  | *Standard Score* | *Percentile Score* |
|---|---|---|
|  | *(Mean = 100; Standard Deviation = 15)* | |
| **Wechsler Individual Achievement Test - 3rd Edition (WIAT-III)** | | |
| Pseudoword Decoding | 89 | 23 |
| Word Reading | 94 | 34 |
| Spelling | 89 | 23 |
| **Beery VMI - 6th Edition** | | |
| Visual-Motor Integration | 103 | 58 |
| Visual Perception | 92 | 30 |
| **Test of Information Processing Skills (TIPS)** | | |
| Visual Ordered | 100 | 50 |
| Visual Unordered | 107 | 68 |
| *Visual Modality* | *104* | *61* |
| Auditory Ordered | 95 | 37 |
| Auditory Unordered | 97 | 42 |
| *Auditory Modality* | *95* | *37* |
| Delayed Recall | 120 | 91 |

*Bryan Messenger      Client ID # 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     Date of Test: 11/02/2015      12*

### The Dyslexia Center of Princeton
138 Ewing Street
Princeton, NJ  08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

## CLIENT HISTORY

**Referral reason:**
Bryan is a 33 year-old Caucasian male who is completing medical school at St. George's University, and currently applying for residency programs in Pediatrics. He is seeking a re-evaluation to document a history of specific learning disability in reading, so that he can apply for accommodations on the United States Medical Licensing Examination.

**Medical history:**
Bryan has had vision testing administered in the fall of 2011 with results indicating he  has astigmatism. Bryan was prescribed glasses to be worn when reading, doing computer  work, and night driving. Bryan has not had his hearing evaluated, but notes that it has  never been a problem.

Bryan has a history of moderately severe ear infections that began when he was 18 months old. Bryan broke his collar bone when he was 11 months old, his left wrist when he was 6 years old, and his right wrist when he was 12 years old.

**Educational history:**
Bryan recalls having  trouble learning letter names in kindergarten and letter sounds in 1st grade. Bryan  displays difficulty with reading and spelling skills. Bryan rates his performance in reading, handwriting, and spelling as below average. Bryan received resource services in elementary and junior high school. He did not pursue a re-evaluation for disability services in high school or college, but he states that he had to work very hard to get through school and did not know why he struggled. After college, he had difficulty getting acceptance to medical school due to low MCAT scores. In Bible study, his wife noticed that he had an unusual way of reading, making large errors in pronunciation and often reading words that were entirely different than what was on the page. Bryan's wife encouraged him to get tested to determine if he had dyslexia.

Bryan was previously tested in December 2011 by Dr. Edward Martinelli of Utah TestEd, and given a diagnosis of Reading Disorder. The prior evaluation concluded that Bryan has well developed cognitive abilities, with scores ranging mostly from High Average to Very Superior. He demonstrated significant personal weakness, however, in processing speed, which was in the Average range.

The results of the evaluation in 2011, along with his history of receiving services in grade school, allowed him to receive accommodations with the Office of Disability Services at St. George's University Medical School in Grenada. Bryan reports that being given double time on exams was extremely helpful for him in medical school, and allowed him to do well academically. He did have difficulty in two courses that required a great deal of memorization. He had to repeat Microbiology, and he had to take a completion exam for Immunology that allowed him to pass despite failing in class exams. He had a C average in his academic course work, but a A/B+ average on his clinical work. Currently, Bryan is completing clinical electives while applying for Pediatric residency. He needs to pass the second step of the board exams, which involves 9 hours of written questions about clinical topics.

*Bryan Messenger    Client ID # 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    Date of Test: 11/02/2015      13*

000023

### The Dyslexia Center of Princeton
138 Ewing Street
Princeton, NJ 08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

Bryan believes his strongest abilities are relating to people and seeing different perspectives. Bryan enjoys being outdoors, spending time with family, good food, and  photography.

The Dyslexia Center Self-Rating for Attention indicates that Bryan displays few, if any, issues with attention and self-regulation. His previous psychological evaluation in 2011 also ruled out Attention Deficit/Hyperactivity Disorder.

The Dyslexia Center Self-Rating for Vision/Visual Processing indicates that when  reading, Bryan loses place often, uses his finger to keep his place, frequently leaves out words, re-reads lines, skips lines, and confuses similar words. When writing, Bryan has trouble lining up numbers, makes mistakes when copying from the board, and has poorly  spaced or crooked writing. When using his eyes, Bryans notes the print seems to blur. Bryan also repeatedly confuses left and right, and tends to avoid desk work.

The Self-Rating for Listening/Auditory Processing/Communicating indicates that Bryan  hears less well, or is less attentive/productive, in normal-but-busy surroundings; is  unusually forgetful of information previously memorized, or of household/school/work routines and responsibilities, despite frequent reminders; has difficulty with phonics;  confuses similar-sounding words; is a poor speller who makes errors that are phonetically correct; has problems with speech clarity or articulation, or with grammar, now or in the  past; has difficulty reading or writing efficiently; feels the need to ask many extra  questions to clarify tasks before starting; often interprets words too literally, becoming confused of suffering hurt feelings; listeners have trouble following train of  thought; and he gets the details and facts, but often misses "the big picture" --has a hard time prioritizing or summarizing information.

000024

**The Dyslexia Center of Princeton**
138 Ewing Street
Princeton, NJ  08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

## BEHAVIORAL OBSERVATIONS

Bryan arrived on time to both testing sessions. He was well-groomed, friendly, and polite. He engaged easily with evaluator, and talked openly about his history of difficulties with school. He appeared calm and relaxed throughout the administration of tests on both days. He showed good attention and task persistence. He appeared motivated to do well, and tolerated frustration well on more challenging tasks.

Bryan worked carefully and slowly, often reviewing his answers before moving on. On timed tasks involving reading or writing, he used the entire allotted time, answering when encouraged to give a response. On the WIAT-III essay subtest, Bryan used the entire 10 minutes and continued to work for an additional 30 seconds to finish. On the WAIS-IV, Bryan's score on the timed subtest of Coding was low compared to his other scores, and contributed to his relatively weak Processing Speed Index score. Other timed tests on the WAIS-IV involved visual-spatial or quantitative reasoning skills, skills that are relative strengths for Bryan.  He had no trouble responding quickly to test items on tests that involved visual-spatial or quantitative reasoning. However, he demonstrated significant slowness on tasks that involved reading, spelling, or written expression.

Given his test-taking behavior and attitude, we are confident that the scores reported herein are essentially accurate representations  of Bryan's current functioning.

000025

**The Dyslexia Center of Princeton**
138 Ewing Street
Princeton, NJ  08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

## SUMMARY OF RESULTS

The results of the current evaluation support a diagnosis of Dyslexia, or Reading Disorder.
Specifically, his pattern of decoding and encoding written language indicates both difficulty with
perceiving and remembering whole words, as well as difficulty integrating symbols and sounds
to use rules of phonics for reading and spelling. These patterns of difficulty are referred to as
Dyseidetic and Dysphonetic Dyslexia, respectively. The severity of difficulty that Bryan
demonstrates is Moderate-to-Severe Dyseidetic dyslexia and Mild-to-Moderate Dysphonetic
dyslexia.

In addition to identifying Bryan's specific Reading Disorder, the current evaluation was able to
determine Bryan's cognitive strengths and weaknesses. Consistent with his previous
psychoeducational evaluation in 2011, Bryan's overall cognitive ability, based on the General
Ability Index of 130, was in the Very Superior range, at the 98th percentile. His pattern of
cognitive strengths and weaknesses was also the same as reported in his previous evaluation,
with his greatest strength being his ability to use nonverbal reasoning and organize visual
information, reflected by his scores in the superior range on the Perceptual Reasoning Index. His
greatest area of cognitive weakness was on tasks involving speed of mental processing and
graphomotor speed, which was reflected by his score in the average range on the Processing
Speed Index.

The current evaluation was also able to determine his level of academic achievement in
Mathematics, Oral Language, Written Expression, as well as Reading ability.  Overall, Bryan
performance on tests of academic achievement was in the Average range compared to same-age
peers. Given Bryan's real-world academic achievement, as a college graduate who has
successfully completed all course work in medical school, these test results demonstrate a
disconnect between what Bryan can show on tests and what he can demonstrate through more
meaningful ways. He did show areas of great strength on the current evaluation of academic
achievement. Specifically, Bryan's Mathematics skills were well Above Average.  He also
demonstrated strong Oral Language skills. However, Bryan's performance on tests of Reading,
Written Expression, and Reading Comprehension and Fluency were all in the Average Range.
He demonstrated clinically significant weakness in Basic Reading skills, with composite score in
the low end of the Average range. In addition, he demonstrated poor spelling, sentence
composition, and grammar and mechanics in composing essays, all at the low end of the Average
range. **These findings support diagnoses of Reading Disorder and Disorder of Written
Expression.** The term Dyslexia is often used synonymously with the formal DSM-5
classification of Reading Disorder, and is included in the DSM-5 as an alternate diagnostic label.

000026

**The Dyslexia Center of Princeton**
138 Ewing Street
Princeton, NJ  08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

## RECOMMENDATIONS

In addition to specific recommendations for remediation of Dyslexia and Disorder of Written Expression, which are included in a separate document, it is recommended that Bryan receive testing accommodations that will enable him to demonstrate his knowledge in a way that minimizes the obstacles created by dyslexia. Dyslexia makes it difficult to read, write, and comprehend written language with accuracy and fluency. This is particularly the case for Bryan, as demonstrated by the current evaluation results. Thus, it will be important that he receive the following testing accommodations:

- Bryan should be given **extended time (100%, double)** to complete tests. His level of fluency in reading and writing are below the level that he can demonstrate knowledge. During the current evaluation Bryan's pace on timed and untimed tests that involve written language indicates that he needs at least double time.

- Bryan's performance during the evaluation also supports accommodation for **extra breaks,** given the disproportionate mental energy he expends on reading and writing tasks.

- Due to visual-perceptual difficulties contributing to dyslexia, documented in the current evaluation, tools to aid in reading of test items are requested. These can include:

  o as **magnification, highlighting, answer masking and/or a line-reader tool.**
  o **text-to-speech software or a reader** so that test items are presented aurally.

- Due to Bryan's documented Disorder of Written Expression, **dictation services** (either **speech-to-text software** or a **scribe**) should be provided for test responses that require short answer or essay responses.

000027

## The Dyslexia Center of Princeton

138 Ewing Street
Princeton, NJ  08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

### Appendix A. WAIS-IV Score Summary

**Composite Score Profile**



| | VCI | PRI | WMI | PSI | FSIQ | GAI |
|---|---|---|---|---|---|---|
| Composite Score | 122 | 129 | 125 | 100 | 126 | 130 |
| SEM | 3.0 | 3.0 | 3.35 | 5.41 | 2.12 | 2.6 |

The GAI is an optional composite summary score that is less sensitive to the influence of working memory and processing speed.

*Note.* The vertical bars represent the standard error of measurement (*SEM*). *SEM* values are based on the examinee's age.

*Bryan Messenger    Client ID # 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    Date of Test: 11/02/2015    18*

000028

**The Dyslexia Center of Princeton**
138 Ewing Street
Princeton, NJ  08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

WAIS-IV Score Summary (cont.)

## Subtest Scaled Score Profile



Note. The vertical bars represent the standard error of measurement (SEM).

## The Dyslexia Center of Princeton
138 Ewing Street
Princeton, NJ 08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

**WAIS-IV Score Summary (cont.)**
## ANALYSIS

### Index Level Discrepancy Comparisons

| Comparison | Score 1 | Score 2 | Difference | Critical Value .05 | Significant Difference Y/N | Base Rate by Overall Sample |
|---|---|---|---|---|---|---|
| VCI - PRI | 122 | 129 | -7 | 8.32 | N | 31.8 |
| VCI - WMI | 122 | 125 | -3 | 8.81 | N | 41.5 |
| VCI - PSI | 122 | 100 | 22 | 12.12 | Y | 8.7 |
| PRI - WMI | 129 | 125 | 4 | 8.81 | N | 39.7 |
| PRI - PSI | 129 | 100 | 29 | 12.12 | Y | 3.0 |
| WMI - PSI | 125 | 100 | 25 | 12.47 | Y | 6.0 |
| FSIQ - GAI | 126 | 130 | -4 | 3.68 | Y | 23.8 |

Base Rate by Overall Sample. Statistical significance (critical value) at the .05 level.

### Verbal Comprehension Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Similarities | 33 | 15 | 95 | 15 | 1.08 |
| Vocabulary | 48 | 13 | 84 | 14 | 0.79 |
| Information | 20 | 14 | 91 | 14 | 0.90 |

### Perceptual Reasoning Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Block Design | 61 | 15 | 95 | 15 | 0.90 |
| Matrix Reasoning | 23 | 14 | 91 | 14 | 0.90 |
| Visual Puzzles | 24 | 16 | 98 | 16 | 0.95 |

### Working Memory Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Digit Span | 32 | 12 | 75 | 12 | 0.73 |
| Arithmetic | 21 | 17 | 99 | 17 | 0.95 |

### Processing Speed Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Symbol Search | 37 | 12 | 75 | 11 | 1.56 |
| Coding | 60 | 8 | 25 | 8 | 1.20 |

000030

## The Dyslexia Center of Princeton
138 Ewing Street
Princeton, NJ  08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dy lexiaprinceton@verizon.net

## Appendix B. WIAT-III Score Summary

**Composite Score Profile**



Note. The vertical bars represent the confidence interval at 95%.

**Composite Score Summary**

| Composite | Sum of Subtest Standard Scores | Standard Score | 95% Confidence Interval | Percentile Rank | Qualitative Description |
|---|---|---|---|---|---|
| Oral Language | 220 | 112 | 105-119 | 79 | Average |
| Total Reading | 363 | 87 | 82-92 | 19 | Average |
| Basic Reading | 183 | 90 | 85-95 | 25 | Average |
| Reading Comprehension and Fluency | 180 | 87 | 79-95 | 19 | Average |
| Written Expression | 308 | 103 | 96-110 | 58 | Average |
| Mathematics | 252 | 128 | 123-133 | 97 | Above Average |
| Math Fluency | 315 | 106 | 99-113 | 66 | Average |
| Total Achievement | 1054 | 107 | 104-110 | 68 | Average |

*Bryan Messenger     Client ID # 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     Date of Test 11/02/2015     21*

## The Dyslexia Center of Princeton
138 Ewing Street
Princeton, NJ  0

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

### WIAT-III Score Summary (cont.)

**Subtest Score Summary**

| Subtest | Raw Score | Standard Score | 95% Confidence Interval | Percentile Rank |
|---|---|---|---|---|
| Listening Comprehension | - | 114 | 104-124 | 82 |
| Reading Comprehension | 41[1] | 102 | 90-114 | 55 |
| Math Problem Solving | 68 | 127 | 120-134 | 96 |
| Sentence Composition | - | 95 | 85-105 | 37 |
| Word Reading | 64 | 94 | 87-101 | 34 |
| Essay Composition | - | 124 | 113-135 | 95 |
| Pseudoword Decoding | 35 | 89 | 82-96 | 23 |
| Numerical Operations | 53 | 125 | 119-131 | 95 |
| Oral Expression | - | 106 | 97-115 | 66 |
| Oral Reading Fluency | 98[1] | 78 | 71-85 | 7 |
| Spelling | 38 | 89 | 83-95 | 23 |
| Math Fluency-Addition | 45 | 102 | 90-114 | 55 |
| Math Fluency-Subtraction | 47 | 113 | 104-122 | 81 |
| Math Fluency-Multiplication | 33 | 100 | 91-109 | 50 |

- Indicates a subtest with multiple raw scores (shown in the Subtest Component Score Summary).
[1] Indicates a raw score that is converted to a weighted raw score (not shown).
[2] Indicates that a raw score is based on a below grade level item set.

**Supplemental Subtest Score Summary**

| Subtest | Raw Score | Standard Score | 95% Confidence Interval | Percentile Rank |
|---|---|---|---|---|
| Essay Composition: Grammar and Mechanics | 92 | 96 | 84-108 | 39 |
| Oral Reading Accuracy | 353* | 68 | 53-83 | 2 |
| Oral Reading Rate | 220* | 79 | 71-87 | 8 |

*Indicates a raw score that is converted to a weighted raw score (not shown).

**Cumulative Percentages**

| | |
|---|---|
| Word Reading Speed | The score is the same as or higher than the scores obtained by 25% of students in the normative sample; 75% of students in the normative sample scored higher than this score. |
| Pseudoword Decoding Speed | The score is the same as or higher than the scores obtained by 5% of students in the normative sample; 95% of students in the normative sample scored higher than this score. |

### The Dyslexia Center of Princeton
138 Ewing Street
Princeton, NJ  08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

**WIAT-III Score Summary (cont.)**

## ubtest Score Profile



'ote. The vertical bars represent the confidence interval at 95%.

*Bryan Messenger      Client ID # 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      Date of Test: 11/02/2015      23*

000033

## The Dyslexia Center of Princeton

138 Ewing Street
Princeton, NJ  08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

**WIAT-III Score Summary (cont.)**

**Subtest Component Score Summary**

| Subtest Component | Raw Score | Standard Score | Percentile Rank | Qualitative Description |
|---|---|---|---|---|
| *Listening Comprehension* | | | | |
| Receptive Vocabulary | 18 | 117 | 87 | Above Average |
| Oral Discourse Comprehension | 22 | 109 | 73 | Average |
| *Sentence Composition* | | | | |
| Sentence Combining | 18 | 99 | 47 | Average |
| Sentence Building | 23 | 93 | 32 | Average |
| *Essay Composition* | | | | |
| Word Count | 184 | 118 | 88 | Above Average |
| Theme Development and Text Organization | 16 | 125 | 95 | Above Average |
| *Oral Expression* | | | | |
| Expressive Vocabulary | 16 | 114 | 82 | Average |
| Oral Word Fluency | 47 | 121 | 92 | Above Average |
| Sentence Repetition | 18 | 81 | 10 | Below Average |

000034

**The Dyslexia Center of Princeton**

138 Ewing Street
Princeton, NJ  08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

**WIAT-III Score Summary (cont.)**

### PATTERN OF STRENGTHS AND WEAKNESSES ANALYSIS

| Area of Achievement Weakness | WIAT-III | Basic Reading: 90 |
| --- | --- | --- |
| Area of Processing Weakness | WAIS-IV | PSI: 100 |
| Area of Processing Strength | WAIS-IV | PRI: 129 |

| | Comparison | Relative Strength Score | Relative Weakness Score | Difference | Critical Value .01 | Significant Difference Y/N | Supports SLD hypothesis? Yes/No |
| --- | --- | --- | --- | --- | --- | --- | --- |
| A | Processing Strength/ Achievement Weakness | 129 | 90 | 39 | 10.95 | Y | Yes |
| B | Processing Strength/ Processing Weakness | 129 | 100 | 29 | 15.96 | Y | Yes |

000035

## The Dyslexia Center of Princeton
138 Ewing Street
Princeton, NJ 08540

Margaret G. Tuttle, Director
Lisa P. Kestler, Ph.D., Diagnostician

Phone:  (609) 647-2456
dyslexiaprinceton@verizon.net

## Appendix C. CLASSIFICATIONS OF SCORES ON STANDARDIZED TESTS

When a new test is developed, it is *normed* on a *sample* of hundreds or thousands of people.  The sample should be like that for a good opinion poll: female and male, urban and rural, different parts of the country, different income levels, etc.  The scores from that norming sample are used as a yardstick for measuring the performance of people who then take the test.  This human yardstick allows for the difficulty levels of different tests.  The student is being compared to other students on both difficult and easy tasks.  You can see from the illustration below that there are more scores in the middle than at the very high and low ends.  Many different scoring systems are used, just as you can measure the same distance as 1 yard, 3, feet, 36 inches, 91.4 centimeters, 0.91 meter, or 1/1760 mile.

**PERCENTILE RANKS (PR)** simply state the percent of persons in the norming sample who scored the same as or lower than the student.  A percentile rank of 50 would be Average – as high as or higher than 50% and lower than the other 50% of the norming sample.  The middle half of scores falls between percentile ranks of 25 and 75.

**STANDARD SCORES** ("quotients" on some tests) have an average (*mean*) of 100 and a *standard deviation* of 15.  A standard score of 100 would also be at the 50th percentile rank. The middle half of these standard scores falls between 90 and 110.

**SCALED SCORES** ("standard scores on some tests) are standard scores with an average (*mean*) of 10 and a *standard deviation* of 3.  A scaled score of 10 would also be at the 50th percentile rank.  The middle half o hese standard scores falls between 8 and 12.

| | 2.2% | 6.7% | 16.1% | 50% | 16.1% | 6.7% | 2.2% |
|---|---|---|---|---|---|---|---|
| Percent in each | 2.2% | 6.7% | 16.1% | 50% | 16.1% | 6.7% | 2.2% |
| Standard Scores | – 69 | 70 – 79 | 80 – 89 | 90 – 109 | 110 – 119 | 120 – 129 | 130 – |
| Scaled Scores | 1 2 3 | 4 5 | 6 7 | 8 9 10 11 12 | 13 | 14 15 | 16 17 18 19 |
| Percentile Ranks | – 02 | 03 – 08 | 09 – 24 | 25 – 74 | 75 – 90 | 91 – 97 | 98 – |
| Wechsler Classification | Extremely Low | Borderline | Low Average | Average | High Average | Superior | Very Superior |
| WIAT-III Classification | Very Low <55 / Low 55 – 69 | | Below Average 70 – 84 | Average 85 – 115 | | Above Average 116 – 130 | Super-ior 131-145 / Very Super-ior 146 – |

Adapted from Willis, J. O. & Dumont, R. P., *Guide to identification of learning disabilities* (1998 New York State ed.) (Acton, MA: Copley Custom Publishing, 1998, p. 27).  Also available at http://alpha.fdu.edu/psychology/test_score_descriptions.htm.

*Bryan Messenger     Client ID # 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     Date of Test: 11/02/2015     26.*

# MCAT Exam Score Report

**Name** BRYAN W MESSENGER                     **AAMC ID** 12683133
**Verification Code** GCRP-6XHD-MHKP-ADHH          **Date of Birth**
**URL \*** https://services.aamc.org:443/30/scoreReportingWeb/report/verify
*\* This report will no longer be able to be verified after 02/11/2016*

In order to verify these scores, you will be directed to create a user name and password. When visiting this page, select "Register for an AAMC Account" to begin this process.

## MCAT Exam Scores

### Before January 31, 2015

| Exam Date | Total Score | Confidence Band – | Percentile Rank of Score [2] | Physical Sciences | | Verbal Reasoning | | Writing Sample | | Biological Sciences | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Score | Percentile Rank of Score | Score | Percentile Rank of Score | Score | Percentile Rank of Score | Score | Percentile Rank of Score |
| 05/21/2010 | 25L | 23 to 27 | 49% | 09 | 67% | 06 | 27% | L | 10% | 10 | 76% |
| 09/12/2008 | 26J | 24 to 28 | 55% | 08 | 55% | 09 | 67% | J | 1% | 09 | 56% |
| 08/14/2007 | 24L | 22 to 26 | 43% | 08 | 55% | 09 | 27% | L | 10% | 10 | 76% |
| 04/16/2007 | 24J | 22 to 26 | 43% | 10 | 79% | 06 | 27% | J | 1% | 08 | 41% |

Notes

Copyright ©1995-2015 | Association of American Medical Colleges



000038



## Report Results

University of Utah Unofficial Transcript
Name:      MESSENGER, BRYAN WELLINGTON
Student ID: 00491865
SSN:       X X X – X X
Birthdate:

UNIVERSITY OF UTAH DEGREES
Bachelor of Science
Major in Exercise and Sport Science
Minor in Chemistry
Confer Date:  May 02, 2008
Degree GPA:  3.198

DEGREES AWARDED BY OTHER INSTITUTIONS
UTAH VALLEY UNIVERSITY
OREM, UT
Associate in Science
April 28, 2005


        BEGINNING OF UNDERGRADUATE SEMESTER CAREER
TRANSFER UNITS
DIXIE STATE UNIVERSITY
SAINT GEORGE, UT
Accepted units                     14.50

UTAH VALLEY UNIVERSITY
OREM, UT
Accepted units                     57.00

### Fall 2005

| | | | | | |
|---|---|---|---|---|---|
| BIOL | 2420 | Human Physiology | 4.00 | 4.00 | B |
| ESS | 2500 | Explore Movement Sci | 3.00 | 3.00 | C+ |
| ESS | 3340 | Sport Psychology | 3.00 | 3.00 | B+ |
| MATH | 1070 | Intro Stat Inference | 3.00 | 3.00 | B– |
| | | Quant Reasoning (Stat/Log) | | | |

Term GPA: 2.838            13.000  13.000

### Spring 2006

| | | | | | |
|---|---|---|---|---|---|
| CHEM | 2310 | Organic Chemistry I | 4.00 | 4.00 | C |
| CHEM | 2315 | Organic Chemistry Lab I | 1.00 | 1.00 | B– |
| H EDU | 1950 | Emergency First Aid | 4.00 | 4.00 | A |
| PHYS | 2020 | General Physics II | 4.00 | 4.00 | B |
| PHYS | 2025 | General Physics Lab II | 1.00 | 1.00 | B+ |

Term GPA: 2.000            14.000  14.000

### Summer 2006

| | | | | | |
|---|---|---|---|---|---|
| CHEM | 2320 | Organic Chemistry II | 4.00 | 4.00 | C+ |
| CHEM | 2325 | Organic Chem Lab II | 1.00 | 1.00 | B |

Term GPA: 2.440             5.000   5.000

### Fall 2006

| | | | | | |
|---|---|---|---|---|---|
| BIOL | 2210 | Human Genetics | 3.00 | 3.00 | A– |
| | | Physical/Life Sci Explor | | | |



1003623      8-943-207-1
Univ. of Utah transcripts

000040

11/10/2015                                                    Unofficial Transcripts

| | | | | |
|---|---|---|---|---|
| BIOL 3510 Biological Chemistry I | | 3.00 | 3.00 | B |
| ESS 3094 Honors Ex Physiology | | 3.00 | 3.00 | B- |
| Quantitative Intensive | | | | |
| Honors Course | | | | |
| ESS 3550 Motor Behavior | | 3.00 | 3.00 | B+ |
| ESS 5850 Special Topics | | 3.00 | 3.00 | C |
| ADV. Phys. Lab | | | | |

Term GPA: 2.940          15.200 15.000

#### Spring 2007

| | | | | |
|---|---|---|---|---|
| BIOL 2020 Princ of Cell Biology | | 3.00 | 2.00 | B |
| ESS 2600 Sport-Amer Society | | 3.00 | 3.00 | A |
| Soc/Behav Science Exploration | | | | |
| ESS 3096 Honors Biomechanics | | 3.00 | 3.00 | A |
| Quantitative Intensive | | | | |
| Honors Course | | | | |
| ESS 3070 Exerc Hlth/Cultr Persp | | 3.00 | 3.00 | C- |
| Comm/Wrtg & Soc/Boh Sci Explr | | | | |
| PHYS 3111 Phys of Body II | | 4.00 | 4.00 | A |

Term GPA: 3.381          16.000 16.000

#### Summer 2007

| | | | | |
|---|---|---|---|---|
| ESS 3092 Kinesiology | | 3.00 | 3.00 | A |
| H EDU 4250 Facilitating Hlth Behav | | 2.00 | 2.00 | A- |

Term GPA: 3.800          5.000 5.000

#### Fall 2007

| | | | | |
|---|---|---|---|---|
| ESS 3551 App Hum Mo Dev Acr Lspn | | 3.00 | 3.00 | A |
| ESS 4670 Aging and Exercise | | 3.00 | 3.00 | B+ |
| H EDU 5950 EMT Training | | 9.00 | 9.00 | A |

Term GPA: 3.860          15.000 15.000
Dean's List

#### Spring 2008

| | | | | |
|---|---|---|---|---|
| CHEM 3520 Biological Chemistry II | | 3.00 | 3.00 | B |
| ESS 4900 Promoting PA in Comm | | 5.00 | 5.00 | B |
| Diversity | | | | |
| Service Learning | | | | |
| MATH 1210 Calculu I | | 4.00 | 4.00 | B+ |
| Quant Reas (Math & Stat/Log) | | | | |

Term GPA: 3.100          12.000 12.000

------------------------CAREER SUMMARY------------------------

Cumulative GPA:       3.198
Cumulative GPA Units:  95.000
Units Enrolled:       95.000
U of U Units Earned:              95.000
Total Transfer Units:             71.500
Total Test Credit:                0.000
Total Other Credit:               0.000

Cumulative Units                  166.500
           END OF UNDERGRADUATE SEMESTER CAREER

000042

11/10/2015                         Utah Valley University - UVLink





                                                Wolverine
                                    Canvas    Track      E-mail



                                    Bryan W. Messenger
                                    Nov 10, 2015 02:02 pm

# Display Transcript

i  This is NOT an official transcript. Courses which are in progress may also
   be included on this transcript.

[Transfer Credit](#)    [Institution Credit](#)    [Transcript Totals](#)

### *Transcript Data*
### STUDENT INFORMATION

Name :           Bryan W. Messenger

### Curriculum Information

Current Program

| | |
|---|---|
| College: | Coll Technology and Computing |
| Major and Department: | Emergency Services, Emergency Services |
| Major Concentration: | Firefighter/Emergency Care |

***Transcript type:U is NOT Official ***

### DEGREES AWARDED

Graduated: Associate in     Degree Date:    Apr 28, 2005
           Science

### Curriculum Information

Primary Degree
Major:           Individualized

### TRANSFER CREDIT ACCEPTED BY INSTITUTION    -Top-

Dixie State University

| Subject | Course | Title | Grade | Credit Hours | Quality Points |
|---|---|---|---|---|---|
| BIOL | 1010 | General Biology BB | TC | 2.000 | 0. |
| BIOL | 1020 | General Biology Lab | TC | 1.000 | 0. |
| DT | 1040 | C A D - Autocad | TA- | 4.000 | 0. |
| EL | 1900 | General Elective | T3 | 0.500 | 0. |
| EL | 1900 | General Elective | TA | 3.000 | 0. |
| MATH | 1100 | Intro To Calculus MM | TC | 3.000 | 0. |
| PES | 1350 | Golf I GE | TA | 1.000 | 0. |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points |
|---|---|---|---|---|---|

000043

11/10/2015                         Utah Valley University - UVLink

000044



1078500      0-943-207-1
Martinelli, E. 12/23/11-E

Utah TestEd · Edward A. Martinelli, Jr., Ph.D. – Licensed Psychologist

## Psycho-Educational Evaluation Summary
## CONFIDENTIAL

Name:                    Messenger, Bryan
Date of Birth:
Chronological Age:       30 years   months
Report Date:             December 23, 2011
Grade:                   College Graduate
Examiner:                Edward A. Martinelli, Jr., Ph.D. (UT #5960330-2501)

### ASSESSMENT PROCEDURES

| | |
|---|---|
| Initial Interview: | December 20, 2011 |
| Wechsler Adult Intelligence Scale – 4th Edition (WAIS-IV) | December 2 , 20 1 |
| Woodcock-Johnson Psycho-Educational Battery, 3rd Edition (WJ-III): | |
| Tests of Achievement | December 22  011 |
| Hawthorne Adult Attention Deficit Disorders Evaluation Scale (A-ADDES): | December  2, 2  1 |
| DSM-IV Attention-Deficit/Hyperactivity Disorder Criteria Review | December  0  201 |

### REFERRAL QUESTION

An assessment for possible learning disorders was undertaken due to Bryan's concerns that his difficulties with reading and timed tests may affect his measured performance in medical school

### BACKGROUND

#### Educational History:

Bryan is a married 30 year-old Caucasian male who is entering medical school in January 2012. He could not remember being tested for learning difficult  , but placed in resource classes for reading problems from the 2nd to 10th grades. He was never held back a grade. He described English and history as his most difficult courses and math as his easiest. He also described difficulty with memorization. He graduated from high school in 2000 and then attended Dixie State College, Utah Valley State College (where he received an Associate's Degree), and finally graduated from the University of Utah in 2008 with a Bachelor's degree. He reported a college GPA of 3.2  He did not receive services in college, but described working longer and harder than others to succeed  He took the MCAT four times and received scores of about 26-27  He had hoped for score more towards a 30. He stated that the verbal reasoning and essay sections "killed me." He reported that on a scale of 1-15 on the Verbal Reasoning, he received a 6-9 and was at the bottom of the essay sections

#### Family History:

Bryan is the third of five boys. He reported that a younger brother had been diagnosed with ADD and with a mild form of autism. None of his siblings has been treated for emotional concerns. His mother and father both graduated from college, his mother received a bachelor's degree and his father, now

Utah TestEd · 800 W  Univ    l  Parkway on the  VU Campus | Orem, UT  84058-5999
Phone  801   28  8411    F   (801  86   8377 | www.utahtested.com

deceased, received a master's degree. Neither parent had any learning or emotional concerns according to his report.

Medical/Psychological History:

Bryan's medical history was unremarkable. He denied any complications with his pregnancy, and no delays meeting developmental milestones. He denied any high fevers, seizures, serious fall concussions, or head injuries growing up. He also denied any serious illnesses, medical problems, or prolonged hospitalizations. He denied any current medical conditions or emotional concerns that might affect his learning. He denied ever being treated for emotional concerns, taking any medications currently, any substance abuse, or exposure to toxic materials.

CAVEAT

*Results of psychological testing should always be regarded with caution. Situational and environmental factors may influence an individual's responses and performance. Items may produce findings that reflect current variables more accurately than enduring traits and abilities. Because of a) limitations of scientific and psychological methodology, b) intervening variables, and c) human factors such as adaptability, maturation, and the capacity for change it is impossible to make absolute predictions about future behavior, abilities, or prognosis. Given the above the results of this assessment should not be considered valid into the indefinite future, especially beyond one year.*

PRE-ASSESSMENT AND RELEVANT OBSERVATIONS

Pre-assessment: On the pre-assessment Learning and Attention Concern Survey he endorsed 50% or more of the items in the following concern areas: Reading Concerns, Writing Concerns, Spelling Concerns, and Speaking Concerns.

Behavioral Observations: Bryan was pleasant and cooperative throughout the administration. His level of conversational proficiency was typical for someone his age. He generally appeared attentive to the tasks at hand. Bryan was careful with his responses. He was persistent in working with difficult tasks. His level of activity was typical for someone his age. He appeared comfortable and at ease during the administration of the measures. This administration appears to be a valid and reliable measure of his current abilities. No other significant behaviors were observed, except as noted on the individual tests.

TEST RESULTS AND INTERPRETATION
Wechsler Adult Intelligence Scale – Fourth Edition (WAIS-IV):

| Index | Score | Range | Description | Index | Score | Range | Description |
|---|---|---|---|---|---|---|---|
| Verbal Comprehension | 120 | 114-125 | Superior | Perceptual Reasoning | 131 | 123-136 | Very Superior |
| Working Memory | 119 | 111-125 | High Average | Processing Speed | 97 | 89-106 | Average |
| FSIQ | 123 | 118-127 | Superior | GAI | 130 | 124-134 | Very Superior |

| Index Level Discrepancy Comparisons | | | | | | |
|---|---|---|---|---|---|---|
| Comparison | Score 1 | Score 2 | Difference | Critical Value | Significant Difference | Base Rate |
| VCI – PRI | 120 | 131 | -11 | 8.32 | Y | 21.6 |
| VCI – WMI | 120 | 119 | 1 | 8.81 | N | 48.1 |
| VCI – PSI | 120 | 97 | 23 | 12.12 | Y | 8.0 |
| PRI – WMI | 131 | 119 | 12 | 8.81 | Y | 18.4 |
| PRI – PSI | 131 | 97 | 34 | 12.12 | Y | 1.3 |
| WMI – PSI | 119 | 97 | 22 | 12.47 | Y | 8.3 |
| FSIQ – GAI | 123 | 130 | -7 | 6.58 | Y | 8.1 |

| Verbal Comprehension Subtests Summary | | |
|---|---|---|
| Subtest | Scaled Score | Percentile Rank |
| Similarities | 14 | 91 |
| Vocabulary | 13 | 84 |
| Information | 14 | 91 |

| Perceptual Reasoning Subtests Summary | | |
|---|---|---|
| Subtest | Scaled Score | Percentile Rank |
| Block Design | 15 | 95 |
| Matrix Reasoning | 14 | 91 |
| Visual Puzzles | 17 | 99 |

| Working Memory Subtests Summary | | |
|---|---|---|
| Subtest | Scaled Score | Percentile Rank |
| Digit Span | 8 | 25 |
| Arithmetic | 19 | 99.9 |

| Processing Speed Subtests Summary | | |
|---|---|---|
| Subtest | Scaled Score | Percentile Rank |
| Symbol Search | 9 | 37 |
| Coding | 10 | 50 |

| Subtest Level Discrepancy Comparisons | | | | | |
|---|---|---|---|---|---|
| Subtest Comparison | Score 1 | Score 2 | Difference | Critical Value | Significant Difference |
| Digit Span - Arithmetic | 8 | 19 | -11 | 2.57 | Y |
| Symbol Search - Coding | 9 | 10 | -1 | 3.41 | N |

*Composite Score Summaries*

Administration of the Wechsler Adult Intelligence Scale-Fourth Edition (WAIS-IV) on December 20, 2011 yielded a Full Scale IQ score of $123 \pm 4$ that corresponds to the Superior range and the 94th percentile. Overall, the indexes that contribute to the FSIQ were tightly related to the overall composite score, except for Processing Speed which was two standard deviations below the mean. His General Ability Index, a composite summary measure less sensitive to the influences of working memory and processing speed, was 130 (98th percentile) and in the Very Superior range.

His Verbal Comprehension Composite Scale score of 120 (91st percentile) was in the Superior range This is a measure of verbal concept formation, verbal reasoning, and knowledge acquired from one's environment. His Perceptual Reasoning Composite Scale score of 131 (98th percentile) fell in the Very Superior range. This is a measure of perceptual and fluid reasoning, spatial processing, and visual-motor integration. Emphasis is placed on analysis, synthesis, and nonverbal reasoning His Working Memory Composite Scale score of 119 (90th percentile) was in the High Average range. This is a measure of the ability to temporarily retain information in memory, perform some mental operation on, or manipulation of, it and produce a result. Working memory involves attention, concentration, mental control, and reasoning. Finally, his Processing Speed Composite Scale score f 97 (42nd percentile) was in the Average range. This is a measure of the ability to quickly and correctly scan, sequence, or discriminate simple visual information. It also measures short-term visual memory, attention, and visual-motor coordination. The subtests that contribute to thi index are not measures of simple reaction time or simple visual discrimination, as cognitive decision-making or learning components are involved in these tasks.

*Index-Level Discrepancy Comparisons*

There were significant differences between the VCI-PRI, VCI-PSI, PRI-WMI, PRI-PSI, WMI-PSI and FSIQ-GAI indexes, and all but the differences between VCI-PRI and PRI-WMI were statistically meaningful. This means that while there were differences between the aforementioned indexes, the VCI-PSI, PRI-PSI, WMI-PSI, and FSIQ-GAI differences were uncommon in the normative sample. This indicates both the well-developed Perceptual Reasoning skills and intra-individual weakness in Processing Speed that Bryan has There was a significant difference between the Digit Span and Arithmetic subtest score, and this difference was meaningful, which appears to be indicative of his difficulty to respond to the items after one exposure to the stimulus and Bryan's well-developed mathematical skills.

*Strengths and Weaknesses*

Amongst the various subtests, Bryan showed significant strength in the Arithmetic and Visual Puzzles sections, and these were large differences, given that less than 1% and 5-10% of the normative sample showed a similar or greater difference, respectively. However, the Digit Span, Symbol Search, and Coding subtests were of particular weakness, and only 1-10% of the normative sample had a greater difference on the first two scales listed, but nearly 15% of the normative sample had a greater difference on the Coding subtest from the overall scaled score.

APR 1 7 2014

isability Services

*Behavioral Observations*

There were not many particularly notable behavioral observations on the WAIS. Two things of note emerged as Bryan completed the test. First, as items became more difficult, they tended to take more time. Second, on the Digit Span subtest, Bryan scored lowest on the Digits Backwards task, but of those he missed, he had all the right digits, but didn't get them in the right order.

Woodcock-Johnson III Tests of Achievement (WJ-III):

Age-based norms

| Cluster | SS | 95% Confidence Interval | Percentile Rank | Classification |
|---|---|---|---|---|
| Achievement Clusters | | | | |
| Total Achievement | 103 | 100-107 | 59 | Average |
| Oral Language--- Standard | 118 | 107-129 | 89 | High Average |
| Broad Reading | 94 | 92-97 | 35 | Average |
| --Basic Reading Skills | 91 | 88-93 | 27 | Average |
| Broad Math | 122 | 117-128 | 93 | Superior |
| --Math Calculation Skills | 127 | 120-135 | 97 | Superior |
| Broad Written Language | 99 | 96-103 | 48 | Average |
| --Written Expression | 106 | 97-115 | 65 | Average |
| Academic Skills | 103 | 98-107 | 57 | Average |
| Academic Fluency | 94 | 90-98 | 35 | Average |
| Academic Applications | 114 | 107-121 | 83 | High Average |
| Phoneme/Grapheme Knowledge | 91 | 87-96 | 29 | Average |

Grade-based norms (16 0)

| Cluster | SS | 95% Confidence Interval | Percentile Rank | Classification |
|---|---|---|---|---|
| Achievement Clusters | | | | |
| Total Achievement | 95 | 90-100 | 36th | Average |
| Oral Language--- Standard | 115 | 100-129 | 84th | High Average |
| Broad Reading | 83 | 77-88 | 12th | Low Average |
| --Basic Reading Skills | 80 | 82-96 | 24th | Low Average |
| Broad Math | 119 | 112-125 | 89th | High Average |
| --Math Calculation Skills | 119 | 111-127 | 90th | High Average |
| Broad Written Language | 89 | 82-96 | 24th | Low Average |
| --Written Expression | 98 | 88-108 | 44th | Average |
| Academic Skills | 95 | 89-101 | 38th | Average |
| Academic Fluency | 78 | 71-85 | 7th | Low |
| Academic Applications | 112 | 103-120 | 78th | High Average |
| Phoneme/Grapheme Knowledge | 80 | 74-87 | 10th | Low Average |

**WJ-III Summary:**

The Woodcock-Johnson Psycho-Educational Battery consists of two batteries, achievement and cognitive abilities. Each battery is composed of between 10-22 subtests yielding information across a wide variety of areas. General ability and achievement scores are supplemented with cluster scores to give a comprehensive look at an individual's overall abilities. Subtests are comprised of timed and untimed items, typically increasing in difficulty. Individual scores are compared to others the same age.

Both age- and grade-based norms were evaluated due to the differences in reported scores as individuals age past 30 years old. Bryan's age-based scores are all in the average range, although his basic reading scores are at the low end of the average range due to low average scores in Reading Fluency and Word Attack. His Spelling and Spelling of Sounds scores were also at the low end of the average range, indicating that Bryan likely has difficulty with phonemes and graphemes, the basic building blocks of reading skills. His auditory memory and math skills were well developed, being in the high average to superior range, respectively.

However, on Bryan's grade-based norms he scored almost a standard deviation lower than his age-based scores. This may be helpful in understanding his reported difficulties and how he may experience his academic work compared to the others he will be in classes with. It also lends some explanation as to why he was diagnosed with reading problems as a child. In these scores, Bryan showed difficulties in both reading and writing. His reading scores were at the low end of the low average range, and his writing scores were at the high end of the low average range. His math scores remain elevated and consistent with his cognitive abilities.

Bryan showed difficulties in the his approach to the Letter-Word Identification subtest that suggests a "sight-reading" approach where he has learned to recognize words rather than sound them out. This was evidenced by his reading "conspicuous" as "suspicious," "ubiquitous" as "ambidextrous," and "indissolubly" as "indissoluble." It did not appear that these errors were due to a cavalier approach to the items, since he took considerable time (5-10 seconds) before giving his response. On the Reading Fluency subtest Bryan was slower in his approach and it was evident that he had to read a number of items twice before responding and even then had at least two items that he had to go back and correct. During the Story Recall subtest, custodial personnel entered the outside offices and started vacuuming, but this seemed to present no difficulties as this was his strongest subtest.

Bryan's math subtests were all very strong and even in the untimed Calculation subtest he only took about 15 minutes to complete the items and scored in the superior range compared to his age- and grade- peers. He was unable to complete the last two sets of the Spelling items. Overall, his approach was very similar to his peers except that he moved slower on reading tasks, and had difficulty with spelling items.

**Hawthorne Adult Attention Deficit Disorders Evaluation Scale (A-ADDES):**
Bryan filled out the Self-Report version of the A-ADDES. The A-ADDES is a rating scale with age-based norms used to provide further documentation of Attention-Deficit/Hyperactivity Disorder. It has three forms or versions: Self-Report, Home, and Work. Scores are based on a 20 point scale with

a mean of 10 and a standard deviation of three. A score below seven represents an attentional concern, while a score below four represents a serious attentional concern. On the Self-Report version Bryan scored a 10 for the Inattentive subscale and a 12 for the Hyperactive-Impulsive subscale. His scores indicated no significant attention difficulties.

**DSMIV Attention-Deficit/Hyperactivity Disorder Criteria Review:**

A review of the criteria listed in the American Psychiatric Association's *Diagnostic and Statistical Manual of Mental Disorders (DSMIV-TR)* indicated that Bryan does not meet the criteria for Attention-Deficit/Hyperactivity Disorder. He did not endorse but one of the childhood symptoms and did not endorse any current difficulties.

**CONCLUSION**

Bryan came in because of concerns he had about his entrance into medical school, given his prior history of receiving resource services in elementary and junior high school. He also was disappointed with his MCAT scores which were below average and lower than he expected his abilities to be. While not having used services in college, he described himself as working harder and longer than others to get through school.

Bryan's cognitive ability scores were well developed, except for processing speed which was in the average range. Most of his scores were in the High Average to Superior range, with some scores in the Very Superior range. He did not appear to have any attention or emotional concerns that would affect his abilities.

Bryan's achievement scores, however, were more in the average to high average range with his reading scores in the low end of the average range compared to his same-age peers. His math scores were well developed. His spelling and phonetic skills were depressed compared to his other scores. On grade-based norms, his scores dropped about one standard deviation from his age-based scores and more pointedly indicate the difficulties with reading and spelling.

There are two ways of looking at Bryan's scores to discern whether there is a specific learning disability present. One way is through the discrepancy model, where substantial differences between one's cognitive abilities and achievement scores demonstrate significant learning issues. Bryan meets criteria for the discrepancy model with the difference between his cognitive ability scores and his reading scores being two standard deviations. The other way of looking at the scores is through an average person model where average or higher cognitive abilities are compared to achievement scores which must fall below the average range to demonstrate a learning difficulty. Bryan is close to meeting criteria for an average person model for Basic Reading Skills and Phoneme/Grapheme Knowledge on age-based norms. Given that it is harder for a person over 30 to show substantial deficits in achievement areas while still in school (since peers are "losing" abilities having been out of school for so long, while the individual is continuing to gain or hold on to skills while they are still in the academic environment), it is sometimes helpful to look at grade-based norms. Grade-based norms simply confirm the difficulties that were seen and highlight the nearly two to three standard deviation difference between Bryan's cognitive abilities and his academic achievement

Some may wonder if he would meet the description of a "bright LD", where the differences are present for a discrepancy model diagnosis, but the achievement scores demonstrate above average abilities. This does not appear to be the case for Bryan in areas of reading, since his scores are at the low end of the average range, not higher. While Bryan also has similar scores with writing, these appear to be best explained by difficulties with spelling. Difficulties with spelling are insufficient to diagnose a writing disorder (per DSM-IV-TR description) and there appeared to be no other issues related to writing to justify a diagnosis of Disorder of Written Expression.

Consequently, it is the evaluator's determination that given all the data points that show past and current difficulties with reading, particularly as the vocabulary and information become more novel and difficult, that Bryan does meet the criteria and description for a Reading Disorder.

## DIAGNOSIS

315.00        Reading Disorder

## FUNCTIONAL LIMITATIONS

Bryan is likely to experience significant difficulties with reading and spelling, particularly as words become more new and difficult for him. His reading speed is likely to be affected as well and he may need more time to move through print material. It does not appear that he will be unable to process the information, but it may take longer for it to be encoded.

## RECOMMENDATIONS

It is initially recommended that Bryan meet with campus disabilities officials in order to discuss the results of this assessment and to set up potential appropriate accommodations. The following recommendations may be open to Bryan because of his diagnosis. These specific services may be available through a university disability office:

- **Textbooks on tape or scanned books.** This will allow him to have the added input of hearing the words he reads as he follows along in the textbook.

- **Volunteer note-takers.** This service gives him the opportunity of double-checking the accuracy of the class notes that he does take with someone else's notes.

- **Extra time on tests.** It is recommended that he be allowed to have additional time in order to take tests. In his specific situation, it is recommended that he be given time and a half.

- **Use of a digital recorder in taping lectures.** It is recommended that he be allowed to tape lectures for later playback to allow for completing notes that may be affected by his processing speed.

- **Copies of overhead transparencies and/or PowerPoint presentations.** It is recommended that he be given copies ahead of time to facilitate reading the material and/or taking notes on the material that would be hampered by his difficulties in reading the material or in taking notes.

- **Reader for tests.** Due to the functional limitations of the disabling condition, the student will need tests administered by a reader or in a comparable audio format (taped). This is not meant to provide explanations of the material; it is simply to put the material in an audio rather than visual format.

- **Letters to professors.** It may be of assistance to let his professors know of his disability. In order to do so he will need to sign a specific "Release of Information" form (available through a University Accessibility or Disability Center) for each specific teacher, class, and semester.

The following recommendations are items that Bryan may consider in order to assist with his academic concerns, and represent activities that he can do. It should be noted that the areas represent coping mechanisms that he may have already developed in order to manage the concerns he has expressed.

- **Be pro-active.** Communicate with your teachers when you do not understand

- Remember you may need more time than others to do your work. Consider taking a **limited number of classes** each semester so you can devote more time to each class

- Register for sections of courses that have a **lower teacher/student ratio** to allow for greater individual contact with the teacher and other students. Consider sitting close to the instructor and working with study groups outside of class.

- Where possible, **tape record in-class lectures** for your own personal review. Use a tape recorder with a counter so you can write down the tape number of the important parts of the lecture.

- Try to experience information in two or three **different formats** to increase your understanding.

- Remember it may take you longer to write papers or do essay exams. **Learn strategies** that help make writing more efficient, such as, outlining responses and organizing thoughts before beginning to write.

- Find study areas that are as **free as possible from distractions.**

- Improve your **time management.** Try a day planner or a "to do" list. Find a system that works best for you.

- Review your **basic writing skills** (spelling, punctuation, capitalization, writing speed etc.) through taking a class or workshop on the subject.

- Become acquainted with **computer assisted technology** and software (such as a spell-checking, or grammar-checking programs).

- Get a **personal tutor** for specific courses.

- Work in study groups or with others to facilitate working "smarter not harder".

Edward A. Martinelli, Jr., Ph.D.
Licensed Psychologist
Utah License UT #5960330-2501

 **WAIS-IV**

## Score Report

| | | | |
|---|---|---|---|
| Examinee Name | Bryan Messenger | Date of Report | 12/22/2011 |
| Examinee ID | 11-34 | Grade | 16 |
| Date of Birth | | Home Language | English |
| Gender | Male | Handedness | Right |
| Race/Ethnicity | White | Examiner Name | Edward Martinell |

Test Administered  WAIS-IV (12/20/2011)   Age at Testing  30 years   months      Retest   No

WAIS-IV Comments

### Composite Score Summary

| Scale | Sum of Scaled Scores | Composite Score | | Percentile Rank | 95% Confidence Interval | Qualitative Description |
|---|---|---|---|---|---|---|
| Verbal Comprehension | 41 | VCI | 120 | 91 | 114-125 | Superior |
| Perceptual Reasoning | 46 | PRI | 131 | 98 | 123-136 | Very Superior |
| Working Memory | 27 | WMI | 119 | 90 | 111-125 | High Average |
| Processing Speed | 19 | PSI | 97 | 42 | 89-106 | Average |
| Full Scale | 133 | FSIQ | 123 | 94 | 118-127 | Superior |
| General Ability | 87 | GAI | 130 | 98 | 124-134 | Very Superior |

Confidence Intervals are based on the Overall average SEMs. Values reported in the SEM column are based on the examinee's age.

The GAI is an optional composite summary score that is less sensitive to the influence of working memory and processing speed. Because working memory and processing speed are vital to a comp[...] noted that the GAI does not have the breadth of construct coverage as the [...]

Received

Disability Services

Scores based on U.S. normative data copyright © 2008 by NCS Pearson, Inc.
All rights reserved.  Produced in the United States of America

## WAIS-IV

### Composite Score Profile



The vertical bars represent the standard error of measurement (1 SEM)

### Composite Scores and Standard Error of Measurement

| Composite | Score | SEM |
|-----------|-------|------|
| VCI | 120 | 3 |
| PRI | 131 | 3 |
| WMI | 119 | 3.35 |
| PSI | 97 | 5.41 |
| FSIQ | 123 | 2.12 |
| GAI | 130 | 2.6 |

## Analysis

### Index Level Discrepancy Comparisons

| Comparison | Score 1 | Score 2 | Difference | Critical Value .05 | Significant Difference Y / N | Base Rate Overall Sample |
|------------|---------|---------|-----------|--------------------|------------------------------|--------------------------|
| VCI - PRI | 120 | 131 | -11 | 8.32 | Y | |
| VCI - WMI | 120 | 119 | 1 | 8.81 | N | 4 |
| VCI - PSI | 120 | 97 | 23 | 12.12 | Y | |
| PRI - WMI | 131 | 119 | 12 | 8.81 | Y | 1 4 |
| PRI - PSI | 131 | 97 | 34 | 12.12 | Y | 1 3 |
| WMI - PSI | 119 | 97 | 22 | 12.47 | Y | 8 3 |
| FSIQ - GAI | 123 | 130 | -7 | 6.58 | Y | 8 1 |

Base rate by overall sample.
Statistical significance (critical value) at the .05 level.

Version 1.0.0      Scores based on U.S. normative data copyright © 2008 by NCS Pearson, Inc.
All rights reserved.  Produced in the United States of America.

Bryan Messenger
Page 2 of 5

# WAIS-IV

## Verbal Comprehension Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Similarities | 32 | 14 | 91 | 14 | 1.08 |
| Vocabulary | 46 | 13 | 84 | 13 | 0.79 |
| Information | 19 | 14 | 91 | 14 | 0.9 |

## Perceptual Reasoning Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Block Design | 61 | 15 | 95 | 15 | 0.9 |
| Matrix Reasoning | 23 | 14 | 91 | 14 | 0.9 |
| Visual Puzzles | 25 | 17 | 99 | 17 | 0.95 |

## Working Memory Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Digit Span | 25 | 8 | 25 | 8 | 0.73 |
| Arithmetic | 22 | 19 | 99.9 | 19 | 0.95 |

## Processing Speed Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Symbol Search | 30 | 9 | 37 | 9 | 1.56 |
| Coding | 71 | 10 | 50 | 10 | 1.2 |

## Subtest Level Discrepancy Comparisons

| Subtest Comparison | Score 1 | Score 2 | Difference | Critical Value .05 | Significant Difference Y / N | Base Rate |
|---|---|---|---|---|---|---|
| Digit Span - Arithmetic | 8 | 19 | -11 | 2.57 | Y | 0 |
| Symbol Search - Coding | 9 | 10 | -1 | 3.41 | N | 40.1 |

Statistical significance at the .05 level

Version 1.0.5

Scores based on U.S. normative data copyright © 2008 by NCS Pearson, Inc.
All rights reserved. Produced in the United States of America.

Bryan Messenger
Page 1 of 5



# WAIS-IV

## Subtest Scaled Score Profile

## Determining Strengths and Weaknesses

### Differences Between Subtest and Overall Mean of Subtest Scores

| Subtest | Subtest Scaled Score | Mean Scaled Score | Difference | Critical Value .05 | Strength or Weakness | Base Rate |
|---|---|---|---|---|---|---|
| Block Design | 15 | 13.30 | 1.7 | 2.85 | | >25% |
| Similarities | 14 | 13.30 | 0.7 | 2.82 | | >25% |
| Digit Span | 8 | 13.30 | -5.3 | 2.22 | W | 1-2% |
| Matrix Reasoning | 14 | 13.30 | 0.7 | 2.54 | | >25% |
| Vocabulary | 13 | 13.30 | -0.3 | 2.03 | | >25% |
| Arithmetic | 19 | 13.30 | 5.7 | 2.73 | S | <1% |
| Symbol Search | 9 | 13.30 | -4.3 | 3.42 | W | 5-10% |
| Visual Puzzles | 17 | 13.30 | 3.7 | 2.71 | S | 5-10% |
| Information | 14 | 13.30 | 0.7 | 2.19 | | >25% |
| Coding | 10 | 13.30 | -3.3 | 2.97 | W | 15% |

Overall: Mean = 13.3, Scatter = 11, Base rate = 4.2
Base Rate for Intersubtest Scatter is reported for 10 Full Scale Subtests
Statistical significance (critical value) at the .05 level.

Version 1.0.0                 Scores based on U.S. normative data copyright © 2008 by NCS Pearson, Inc.          Bryan Messenger
                              All rights reserved. Produced in the United States of America.                     Page 4 of 5

## WAIS-IV

### Process Analysis

#### Perceptual Reasoning Process Score Summary

| Process Score | Raw Score | Scaled Score | Percentile Rank | SEM |
|---|---|---|---|---|
| Block Design No Time Bonus | 48 | 14 | 91 | 0.9 |

#### Working Memory Process Score Summary

| Process Score | Raw Score | Scaled Score | Percentile Rank | Base Rate | SEM |
|---|---|---|---|---|---|
| Digit Span Forward | 9 | 8 | 25 | - | 1.49 |
| Digit Span Backward | 7 | 8 | 25 | -- | 1.2 |
| Digit Span Sequencing | 9 | 10 | 50 | -- | 1.34 |
| Longest Digit Span Forward | 6 | - | -- | 82.5 | - |
| Longest Digit Span Backward | 4 | -- | -- | 90 | - |
| Longest Digit Span Sequence | 6 | -- | -- | 68.5 | - |

#### Process Level Discrepancy Comparisons

| Process Comparison | Score 1 | Score 2 | Difference | Critical Value .05 | Significant Difference Y / N | Base Rate |
|---|---|---|---|---|---|---|
| Block Design - Block Design No Time Bonus | 15 | 14 | 1 | 3.08 | N | 21.5 |
| Digit Span Forward - Digit Span Backward | 8 | 8 | 0 | 3.65 | N | |
| Digit Span Forward - Digit Span Sequencing | 8 | 10 | -2 | 3.6 | N | 31.7 |
| Digit Span Backward - Digit Span Sequencing | 8 | 10 | -2 | 3.56 | N | 28 |
| Longest DS Forward - Longest DS Backward | 6 | 4 | 2 | -- | -- | 57 |
| Longest DS Forward - Longest DS Sequence | 6 | 6 | 0 | -- | -- | |
| Longest DS Backward - Longest DS Sequence | 4 | 6 | -2 | -- | -- | 33 |

Statistical significance (critical values) at the .05 level

Scores based on U.S. normative data copyright © 2008 by NCS Pearson, Inc. All rights reserved. Produced in the United States of America.

Bryan Messenger
Page 5 of 5

000060

Summary and Score Report
11-34, Bryan
December 22 2011

TABLE OF SCORES
*Woodcock-Johnson III Normative Update Tests of Achievement (Form A)*
WJ III NU Compuscore and Profiles Program, Version 3 1
Norms based on grade 16 0 (4-year university)

| CLUSTER/Test | Raw | W | GE | EASY | to | DIFF | RPI | SS (95% Band) | PR |
|---|---|---|---|---|---|---|---|---|---|
| ORAL LANGUAGE (Std) | – | 19 | ~18 | / | 11.0 | >18.0 | 95/90 | 115 (100–129) | |
| BRIEF ACHIEVEMENT | – | 44 | 13.2 | 10.1 | | 15.4 | 73.90 | 90 (85–9 | 2 |
| TOTAL ACHIEVEMENT | 1 | 536 | 13.0 | 10.6 | | | | 0.1 | 4 |
| BROAD READING | – | 526 | 9.7 | 7.1 | | | | 82 77–8 | |
| BROAD MATH | – | 557 | >18.0 | >18.0 | | | | (112– | |
| BROAD WRITTEN LANG | + | 526 | 13.0 | 7.9 | | | | 89 (83–9 | |
| BRIEF READING | – | 537 | 12.6 | 8.9 | | | | 85–9 | |
| BASIC READING SKILLS | – | 521 | 7.1 | 5.6 | | | | 175–8 | |
| BRIEF MATH | – | 575 | >18.0 | >18.0 | | | | 124 | |
| MATH CALC SKILLS | – | 552 | >18.0 | >18.0 | | | | 111 | 4 |
| BRIEF WRITING | – | 537 | 13.0 | 8.6 | | | | 734 | |
| WRITTEN EXPRESSION | – | 526 | 13.2 | 8.7 | | | | 788 | |
| ACADEMIC SKILLS | – | 549 | 13.1 | 12.3 | | | | (89– | |
| ACADEMIC FLUENCY | – | 516 | 9.1 | 6.5 | | | | (71– | |
| ACADEMIC APPS | – | 543 | >18.0 | 14.5 | | | | (103 | |
| PHON/GRAPH KNOW | – | 508 | 5.9 | 3.8 | | | | (74–7 | |
| Letter-Word Identification | 65 | 539 | 9.5 | 7.8 | | | | (80– | 17 |
| Reading Fluency | 50 | 504 | 6.6 | 4. | | 8.7 | 19/90 | 70 (64 76) | |
| Story Recall | – | 523 | >13.0 | >13.0 | | >13.0 | 98/90 | 137 (116–157) | 99 |
| Understanding Directions | – | 514 | 13.0 | 6.8 | | >18.0 | 88/90 | 97 (83–111) | 4 |
| Calculation | 42 | 582 | >18.0 | 8.0 | | >18.0 | 100/90 | 124 (115–133) | 9 |
| Math Fluency | 131 | 522 | 14.8 | 9.1 | | >18.0 | 88/90 | 97 (92–103) | 4 |
| Spelling | 43 | 526 | 9.3 | 6.8 | | 13.0 | 82/90 | 83 (76–90) | 1 |
| Writing Fluency | 26 | 523 | 9.9 | 7.0 | | >16.0 | 79/90 | 91 (80–103) | 29 |
| Passage Comprehension | 41 | 534 | >18.0 | 11.0 | | >18.0 | 95/90 | 106 (95–116) | 65 |
| Applied Problems | 57 | 568 | >18.0 | >18.0 | | >18.0 | 98/90 | 111 (102–119) | 76 |
| Writing Samples | 17–E | 529 | >18.0 | 13.0 | | >18.0 | 94/90 | 106 (94–118) | 65 |
| Word Attack | 22 | 502 | 4.5 | 3.4 | | 6.5 | 25/90 | 77 (70–84) | |
| Spelling of Sounds | 34 | 514 | 11.6 | 1 | | >18.0 | 81/90 | 90 (77–103) | 26 |

| VARIATIONS | STANDARD SCORES | | | VARIATION | | Significant at |
|---|---|---|---|---|---|---|
| Intra-Achievement (Std) | Actual | Predicted | Difference | PR | SD | + or – 1.50 SD (SEE) |
| BROAD READING | 83 | 106 | –23 | 2 | –2.11 | Yes |
| BROAD MATH | 119 | 98 | 21 | 93 | +1.51 | Yes |
| BROAD WRITTEN LANG | 89 | 104 | –1 | 0 | –1.36 | No |
| ORAL LANGUAGE (Std) | 115 | 98 | 1 | 92 | +1.38 | No |

RECEIVED
APR
Disability

Summary and Score Report                                                    Page 2
11-34  Bryan
December 22, 2011

TABLE OF SCORES
*Woodcock-Johnson III Normative Update Tests of Achievement (Form A)*
WJ III NU Compuscore and Profiles Program, Version 3 1
Norms based on age 30

| CLUSTER/Test | Raw | W | AE | EASY to DIFF | | | |
|---|---|---|---|---|---|---|---|
| ORAL LANGUAGE (Std) | | | | | | | |
| BRIEF ACHIEVEMENT | | | | | | | |
| TOTAL ACHIEVEMENT | | | | | | | |
| BROAD READING | | | | | | | |
| BROAD MATH | | | | | | | |
| BROAD WRITTEN LANG | | | | | | | |
| BRIEF READING | | | | | | | |
| BASIC READING SKILLS | | | | | | | |
| BRIEF MATH | | | | | | | |
| MATH CALC SKILLS | | | | | | | |
| BRIEF WRITING | | | | | | | |
| WRITTEN EXPRESSION | | | | | | | |
| ACADEMIC SKILLS | | | | | | | |
| ACADEMIC FLUENCY | | | | | | | |
| ACADEMIC APPS | | | | | | | |
| PHON/GRAPH KNOW | | | | | | | |
| Letter-Word Identification | | 519 | 15-7 | 11-1 | | | |
| Reading Fluency | 50 | 504 | 12-0 | 9-8 | | | |
| Story Recall | | 523 | >20 | >20 | | | |
| Understanding Directions | | 514 | >21 | 12-2 | | | |
| Calculation | 42 | 582 | >23 | >23 | | | |
| Math Fluency | 131 | 522 | >25 | 14-9 | | | |
| Spelling | 43 | 526 | 14-9 | 12-3 | | | |
| Writing Fluency | 26 | 523 | 15-5 | 12-4 | | | |
| Passage Comprehension | 41 | 534 | >30 | 30 | | | |
| Applied Problems | 57 | 568 | >30 | >30 | | | |
| Writing Samples | 17-E | 529 | >30 | 24 | | | |
| Word Attack | 22 | 502 | 9-10 | 8-9 | | | |
| Spelling of Sounds | 34 | 514 | 17-2 | 10-6 | | | |

| VARIATIONS | STANDARD SCORES | | | VARIATIONS | | Significant at |
|---|---|---|---|---|---|---|
| | Actual | Predicted | Difference | | | |
| Intra-Achievement (Std) | | | | | | |
| BROAD READING | 94 | 112 | -18 | | | |
| BROAD MATH | 122 | 103 | 19 | | | |
| BROAD WRITTEN LANG | 99 | 110 | -11 | | | |
| ORAL LANGUAGE (Std | 118 | 104 | 14 | | | |

RECEIVED
APR 1 2 2014
Disability Services

000062

Application                                    Bryan Messenger 0-943-207-1



1078501                    0-943-207-1
St. George's Univ. Accomm

UNITED STATES MEDICAL LICENSING EXAMINATIONS (USMLE)

CERTIFICATION OF PRIOR TEST ACCOMMODATIONS

April 8th, 2014
Page 2
Re: Bryan Messenger

Brian Messenger was tested for a Reading disorder by Edward A. Martinelli, Jr., Ph.D., Licensed
Psychologist Utah License UT#5960330-2501.
It was recommended that Bryan Messenger be allowed extra time. Therefore, St. George's University
has provided him with extra time on all exams including the standardized examinations of the
University.

C.V. Rao, Ph.D.
DEAN OF STUDENTS
St. George's University
University Center, True Blue,
St. George's, Grenada, West Indies

RECEIVED
APR 1 7 2014
Disability Services

000064