# EXHIBIT D



1105121          0-943-207-1
Step 2 CK Request Form

## United States Medical Licensing Examination® (USMLE®)

### REQUEST FOR TEST ACCOMMODATIONS
*Use this form if you are requesting accommodations on USMLE for the first time*

---

**The National Board of Medical Examiners® (NBME®) processes requests for test accommodations on behalf of the USMLE program**

If you have a documented disability covered under the Americans with Disabilities Act (ADA), you must notify the USMLE in writing each time you apply for a Step examination for which you require test accommodations. Submitting this form constitutes your official notification.

- Review the USMLE Guidelines for Test Accommodations at www.usmle.org for a detailed description of how to document a need for accommodation.

- Complete all sections of this request form and submit it together with all required documentation at the same time you submit your Step exam application.

- Incomplete, illegible, or unsigned request forms and/or insufficient supporting documentation will delay processing of your request.

- Do not send originals. Please retain the originals of all documentation that you submit as we are unable to return submissions or provide duplicate copies to third parties.

- Submitting duplicate and/or bound documentation may delay processing of your request.

NOV 0 7 2016

Disability Services

- NBME will acknowledge receipt of your request by e-mail and audit your submission for completeness. If you do not receive an e-mail acknowledgement within a few days of submitting your request, please contact Disability Services at 215-590-9700. You may be asked to submit additional documentation to complete your request.

- Requests are processed in the order in which they are received. Allow at least 60 days for processing of your request. Processing cannot begin until sufficient information is received by NBME and your Step exam registration is complete.

- The outcome of our review will not be released via telephone. All official communications regarding your request will be made in writing. If you wish to modify or withdraw a request for test accommodations, contact Disability Services by e-mail at disabilityservices@nbme.org or by telephone at 215-590-9700.

---

**You MUST provide supporting documentation verifying your current functional impairment.**

In order to document your need for accommodation, **submit** the following with this form:

✓ A **personal statement** describing your disability and its impact on your daily life and educational functioning.

✓ **Supporting documentation** such as psychoeducational evaluations; medical records; copies of report cards, academic and score transcripts; faculty or supervisor feedback; job performance evaluations; clerkship/clinical course evaluations; verification of prior academic/test accommodations; etc.

✓ A **complete and comprehensive evaluation**. Reports from qualified professionals must be typewritten on letterhead, signed and include the professional's qualifications.

000001

USMLE® Request for Test Accommodations

## Section A: Exam Information

Place a check next to the examination(s) for which you are currently registered and requesting test accommodations: (Check all that apply)

- ☐ Step 1
- ☒ Step 2 CK (Clinical Knowledge)
- ☐ Step 2 CS (Clinical Skills)
- ☐ Step 3

## Section B: Biographical Information
Please type or print.

**B1.** Name:     Messenger          Bryan          W
                 Last                       First                Middle Initial

**B2.** Gender:    ☒ Male     ☐ Female

**B3.** Date of Birth: _____

**B4.** USMLE # 0 - 9 4 3 - 2 0 7 - 1 (required)

**B5.** Address:
       1113 Magnolia Lane
Street
     Branchburg              New Jersey         08876
City                            State/Province         Zip/Postal Code
     United States of America
Country
     385-329-6781
Daytime Telephone Number

Alternate Telephone Number

     messenger.bryan@gmail.com
E-mail address

**B6.** Medical School Name:    St. George's University

Country of Medical School:    Grenada          Date of Medical School Graduation:   March 2017

000002

USMLE® Request for Test Accommodations

## Section C: Accommodations Information

**C1.** Do you require wheelchair access at the examination facility? ☐ Yes ☒ No
If yes, and you require an adjustable height computer table, indicate the number of inches required from the bottom of the table to the floor: _____

**C2.** Describe the accommodation(s) you are requesting. Accommodations must be appropriate to the impairment within the context of the examination task and setting:

Extra time to take the test.

**C3.** Check **ONLY ONE** box for the exam(s) for which you are registered.

### STEP 1:
**Additional Break Time**
☐ Additional break time over 1 day
☐ Additional break time over 2 days

**Additional Testing Time**
☐ 25% Additional test time (Time and 1/4) over 2 days
☐ 50% Additional test time (Time and 1/2) over 2 days
☐ 100% Additional test time (Double time) over 2 days

☐ Additional break time **and** 50% Additional test time (Time and 1/2) over 2 days

### STEP 2 CK:
**Additional Break Time**
☐ Additional break time over 2 days

**Additional Testing Time**
☐ 25% Additional test time (Time and 1/4) over 2 days
☒ 50% Additional test time (Time and 1/2) over 2 days
☒ 100% Additional test time (Double time) over 2 days

☐ Additional break time **and** 50% Additional test time (Time and 1/2) over 2 days

### STEP 3:
**Additional Break Time**
☐ Additional break time over 4 days

**Additional Testing Time**
☐ 25% Additional test time (Time and 1/4) over 3 days
☐ 50% Additional test time (Time and 1/2) over 4 days
☐ 100% Additional test time (Double time) over 5 days

☐ Additional break time **and** 50% Additional test time (Time and 1/2) over 4 days

### STEP 2 CS:
Describe the accommodations you are requesting for each section of Step 2 CS (i.e., patient encounter, patient note). If you are requesting additional time, state the **amount** of additional time you require in **minutes per encounter/note**.

☐ Patient Encounter: _____
☐ Patient Note: _____

000003

USMLE® Request for Test Accommodations

## Section D: Information About Your Impairment

**D1.** Check the box that best describes the **nature of your impairment** and list the **year** it was first diagnosed by a qualified professional.  Check only those for which you are requesting accommodations.

| | Year first diagnosed |
|---|---|
| **Sensory** | |
| ☐ Hearing | _____ |
| ☐ Vision | _____ |
| ☐ Other (specify): _____ | _____ |
| **Learning** | |
| ☒ Reading | 2011 |
| ☐ Writing | _____ |
| ☐ Mathematics | _____ |
| ☐ Other (specify): _____ | _____ |
| **Language** | |
| ☐ Expressive | _____ |
| ☐ Receptive | _____ |
| ☐ Other (specify): _____ | _____ |
| **Physical** | |
| ☐ Mobility/motor | _____ |
| ☐ Endocrine | _____ |
| ☐ Neurological | _____ |
| ☐ Other (specify): _____ | _____ |
| **Psychiatric** | |
| ☐ Anxiety Disorder | _____ |
| ☐ Depression/Mood Disorder | _____ |
| ☐ Attention Deficit/Hyperactivity Disorder | _____ |
| ☐ Other (specify): _____ | _____ |
| **Other Impairment** (specify) _____ | _____ |

**D2.** List your **current** DSM/ICD diagnosis/diagnoses for which you are requesting accommodations:
___Dyslexia_____

_____

_____

**D3. Personal Statement**

✎ **Attach a signed and dated personal statement describing your impairments(s) and their impact on daily life.**  Narratives should **not** be confined to standardized test performance.  The personal statement is your opportunity to tell us how your physical or mental impairment(s) substantially limit your current functioning in a major life activity. In your own words, discuss how your impairment(s) would interfere with your access to the relevant USMLE Step and how the specific accommodation(s) you are requesting will alleviate this impact.

000004

USMLE® Request for Test Accommodations

## Section E:  Accommodation History

### STANDARDIZED EXAMINATIONS

**E1.** List accommodations you received for all standardized examinations such as college, graduate and professional school admissions tests and professional licensure and certification examinations.  If no accommodations were provided, write NONE.

✎ **Attach copies of official documentation from each testing agency confirming the test accommodations they provided.**

✎ **Attached a copy of your official examination score report(s).**

|  | DATE(S) ADMINISTERED | ACCOMMODATION(S) PROVIDED |
|---|---|---|
| ☐ SAT®, ACT® | 04/99, 12/99 | None |
| ☐ MCAT® | 4/2007, 8/2007, 9/2008, 5/2010 | None |
| ☐ GRE® | | |
| ☐ GMAT® | | |
| ☐ LSAT® | | |
| ☐ DAT® | | |
| ☐ COMLEX® | | |
| ☐ Bar Examination(s) | | |
| ☐ Other(s) | | |

### POSTSECONDARY EDUCATION

**E2.** List each school and all formal accommodations you receive/received, and the dates accommodations were provided:

✎ **Attach copies of official records from the school(s) listed confirming the accommodations they provided.**

| | SCHOOL | ACCOMMODATIONS PROVIDED | DATES PROVIDED |
|---|---|---|---|
| **Medical/Graduate/ Professional School** | St George's University | Double time. | Jan 2012 to May 2014 |
| | | | |
| **Undergraduate School** | | | |

### E3.  Certification of Prior Test Accommodations

✎ If you receive/received accommodations in medical school and/or residency, the appropriate official at your medical school/residency must complete and submit the **Certification of Prior Test Accommodations** form available at **www.usmle.org.**

000005

USMLE® Request for Test Accommodations

## PRIMARY AND SECONDARY SCHOOL

E4.  List each school and all formal accommodations you received, and the dates accommodations were provided:

✎ Attach copies of official records from the school(s) listed confirming the accommodations they provided.

| | SCHOOL | ACCOMMODATIONS PROVIDED | DATES PROVIDED |
|---|---|---|---|
| High School | Timpview HS | IEP | 1996 -2000 |
| | | Reading Class | 1996 |
| Middle School | Farrer Middle School | IEP | 1994 - 1996 |
| | | Resource classes | |
| Elementary School | Canynon Crest | IEP | 1989 - 1994 |
| | | Resourse classes | |

## Section F:  Certification and Authorization

To the best of my knowledge and belief, the information recorded on this request form is true and accurate.  I understand that my request for accommodations, including this form and all supporting documentation, must be received by the NBME sufficiently in advance of my anticipated test date in order to provide adequate time to evaluate and process my request.

I acknowledge and agree that any information submitted by me or on my behalf may be used by the USMLE program for the following purposes:

- Evaluating my eligibility for accommodations.  When appropriate, my information may be disclosed to qualified independent reviewers for this purpose.
- Conducting research.  Any disclosure of my information by the USMLE program will not contain information that could be used to identify me individually; information that is presented in research publications will be reported only in the aggregate.

I authorize the National Board of Medical Examiners (NBME) to contact the entities identified in this request form, and the professionals identified in the documentation I am submitting in connection with it, to obtain further information.  I authorize such entities and professionals to provide NBME with all requested further information.

I further understand that the USMLE reserves the right to take action, as described in the Bulletin of Information (see "Indeterminate Scores and Irregular Behavior"), if it determines that false information or false statements have been presented on this request form or in connection with my request for test accommodations.

Name (print):  Bryan Messenger

Signature:  _Bryan Messenger_          Date:  10/21/2016

000006

USMLE® Request for Test Accommodations

## What to Submit

✓ Legible copies of all documents, not originals

✓ Typewritten and signed letters and reports from professionals on their letterhead

✓ Complete reports with all pages including test scores

✓ All documents in English. You are responsible for providing certified English translations of all non-English documentation

✓ Childhood records - if your request is based on a developmental disorder (e.g., LD, dyslexia, ADHD)

✓ Official transcripts and standardized test score reports

✓ Documentation beyond self-report of your functional impairment

✓ Documentation of your functional impairment in activities other than test-taking

## What NOT to Submit

✗ Original documents

✗ Handwritten or unsigned letters from physicians or evaluators

✗ Copies of reports with redactions or missing pages

✗ Multiple copies of documentation (i.e., faxed and mailed copies of a document)

✗ Duplicate documentation previously submitted to Disability Services

✗ Previous correspondence from Disability Services

✗ Research articles, your résumé or curriculum vita

✗ Staples, binders, page protectors, folders, or similar items

**Mail, fax or e-mail (as a pdf) your completed request form and supporting documents to the address below at the same time you submit your Step examination application.**

**Disability Services**
**National Board of Medical Examiners**
**3750 Market Street**
**Philadelphia, PA 19104-3190**
**Telephone: (215) 590-9700**
**Facsimile: (215) 590-9422**
**E-mail: disabilityservices@nbme.org**

000007

000008

ACT Scores - Test Scores (
1106651
0-943-207-1

NSC 450-326
80700-000168712S



RECEIVED
NOV 1 6 2016
Disability Services

0001687

MESSENGER BRYAN M
79 N 4500 N
PROVO UT 84604-5518-

# ACT

## ACT ASSESSMENT STUDENT REPORT

(For more information, see *Using Your ACT Assessment Results*.)

TYPE OF TESTING: NATIONAL

MESSENGER BRYAN M
79 N 4500 N
PROVO UT 84604-5518

**YOUR ACT TEST SCORES**    Your 04/99 ACT scores, listed below, provide one way to estimate your level of educational development. The ranks show how your scores compare with those of college-bound students who took the ACT on a national test date. For instance, your MATHEMATICS score (24) has a rank of 75. This means that 75% of the college-bound students scored at or below your MATHEMATICS score. The rank of your Composite (average) score indicates that your overall educational development is likely in the lower quarter of ACT-tested college-bound students. Compared with all high school students (not just college-bound) your ranks would be higher.

To emphasize that test scores are only estimates, bands are drawn around your ranks. Check the bands for the four tests (English, Math, Reading, Science Reasoning). If bands for two tests do not overlap, your ranks probably differ. For three of the tests, additional scores (subscores) are provided. Check the subscore bands for English, then Math, then Reading. If the subscore bands for a test do not overlap, your ranks probably differ. Use the bands to identify knowledge and skill areas you may want to work on. The areas are described in *Using Your ACT Assessment Results*.

If you feel your scores are low, don't be discouraged. Many students with similar scores succeed in the college programs they choose. The College Planning section can help you explore your options.

| KNOWLEDGE AND SKILL AREAS | SCORES (1-36) (1-18) | 1 | 10 | 25 | 50 | 75 | 90 | 99 |
|---|---|---|---|---|---|---|---|---|
| **ENGLISH** | 11 | | | | | | | |
| Usage/Mechanics | 04 | | | | | | | |
| Rhetorical Skills | 07 | | | | | | | |
| **MATHEMATICS** | 24 | | | | | | | |
| Pre-Algebra/Elem. Alg. | 13 | | | | | | | |
| Alg/Coord Geometry | 11 | | | | | | | |
| Plane Geometry/Trig. | 13 | | | | | | | |
| **READING** | 14 | | | | | | | |
| Soc. Studies/Sciences | 06 | | | | | | | |
| Arts/Literature | 07 | | | | | | | |
| **SCIENCE REASONING** | 20 | | | | | | | |
| **COMPOSITE (Average)** | 17 | | | | | | | |

H.S. GPA computed from grades you reported in English, Math, Natural Sciences & Social Studies (4.0 Scale) = 3.51

**YOUR COLLEGE PLANNING**    Admissions standards differ among colleges and, sometimes, among programs of study within a college. A list of typical class ranks and ACT composite scores at colleges with different admissions policies is provided on the back of this report. Check with the admissions office at the college of your choice if you have any questions.

The table below gives information about the colleges you listed when you registered for the ACT. For example, BRIGHAM YOUNG UNIV has a selective admissions policy. Your ACT composite score is estimated to rank in the lower tenth of entering students. The average high school GPA for freshmen is 3.70--higher than the 3.31 for the grades you reported. Students with ACT scores and grades like yours, if admitted to this college, would have about 9 chances in 10 of earning a "C" average or higher during the freshman year. Since you did not list a program of study when you registered for the ACT, that column contains dashes. The approximate cost of tuition/fees is $2700/year, which does not include housing, meals, books, transportation, etc. The percent of freshmen offered financial aid is not available.

000009

# ACT ASSESSMENT STUDENT REPORT

(For more information, see *Using Your ACT Assessment Results*.)

TYPE OF TESTING: NATIONAL

MESSENGER BRYAN W
79 W 4500 N
PROVO UT 84606-5518

HSC 650-326
90340-000126978S

**YOUR ACT TEST SCORES**   Your 12/99 ACT scores, listed below, provide one way to estimate your level of educational development. The ranks show how your scores compare with those of college-bound students who took the ACT on a national test date. For instance, your MATHEMATICS score (27) has a rank of 89. This means that 89% of the college-bound students scored at or below your MATHEMATICS score. The rank of your Composite (average) score indicates that your overall educational development is likely in the middle half of ACT-tested college-bound students. Compared with all high school students (not just college-bound) your ranks would be higher.

To emphasize that test scores are only estimates, bands are drawn around your ranks. Check the bands for the four tests (English, Math, Reading, Science Reasoning). If bands for two tests do **not** overlap, your ranks probably differ. For three of the tests, additional scores (subscores) are provided. Check the subscore bands for English, then Math, then Reading. If the subscore bands for a test do **not** overlap, your ranks probably differ. Use the bands to identify knowledge and skill areas you may want to work on. The areas are described in *Using Your ACT Assessment Results*.

If you feel your scores are low, don't be discouraged. Many students with similar scores succeed in the college programs they choose. The College Planning section can help you explore your options.

| KNOWLEDGE AND SKILL AREAS | SCORES (1-36) [1-18] | RANK: PERCENT OF COLLEGE-BOUND STUDENTS AT OR BELOW YOUR SCORE |
|---|---|---|
| | | 1    10    25    50    75    90    99 |
| **ENGLISH** | 18 | ---57--- |
| Usage/Mechanics | 08 | ---56--- |
| Rhetorical Skills | 09 | ---58--- |
| **MATHEMATICS** | 27 | ---89--- |
| Pre-Algebra/Elem. Alg. | 15 | ---84--- |
| Alg/Coord. Geometry | 13 | ---87--- |
| Plane Geometry/Trig. | 14 | |
| **READING** | 16 | ---17--- |
| Soc. Studies/Sciences | 07 | ---23--- |
| Arts/Literature | 08 | ---16--- |
| **SCIENCE REASONING** | 20 | ---60--- |
| **COMPOSITE** (Average) | 20 | |

H.S. GPA computed from grades you reported in English, Math,
Natural Sciences & Social Studies (4.0 Scale) = 3.51

**YOUR COLLEGE PLANNING**   Admissions standards differ among colleges and, sometimes, among programs of study within a college. A list of typical class ranks and ACT composite scores at colleges with different admissions policies is provided on the back of this report. Check with the admissions office at the college of your choice if you have any questions.

The table below gives information about the colleges you listed when you registered for the ACT. For example, BRIGHAM YOUNG UNIV has a selective admissions policy. Your ACT composite score is estimated to rank in the lower tenth of entering students. The average high school GPA for freshmen is 3.70--higher than the 3.51 for the grades you reported. Students with ACT scores and grades like yours, if admitted to this college, would have about 9 chances in 10 of earning a "C" average or higher during the freshman year. Since you did not list a program of study when you registered for the ACT, that column contains dashes. The approximate cost of tuition/fees is $2800/year, which does not include housing, meals, books, transportation, etc. The percent of freshmen offered financial aid is not available.

000326978

MESSENGER BRYAN W
79 W 4500 N
PROVO UT 84606-5518

# Timpview High School
## Transcript

3570 N 650 E          Provo, Utah          801.221.9720     Fax > 801.374.4880          AUG 9, 2005

## BRYAN W MESSENGER

|  |  |
|---|---|
| Birthdate > | STD# > 873474 |
| Guardian > KENT D MESSENGER | SS# > |
| Address > 79 W 4500 N | Entry > 07/01/1996 |
| > PROVO, UT  84604 | Withdrawl date >  / / |

**\*\* Grade 9    (1996-1997)**

| Subject | t1 | t2 | t3 | t4 | Crd | Alt |
|---|---|---|---|---|---|---|
| Information Processing | C- | B+ |  |  | .50 |  |
| English 9 |  |  | B- | B | .50 |  |
| Reading | A | A- |  |  | .50 |  |
| Tech Prep Algebra 1B | A | A | A | A | 1.00 |  |
| Concert Band | A | A | A | A | 1.00 |  |
| SS-Marching Band |  | A |  |  | .25 |  |
| Fall Marching Band | A |  |  |  | .25 |  |
| Bpe/Skill & Tech |  |  | A- | A | .50 |  |
| Geography | A | A | A | A | 1.00 |  |
| Res Study Skills | A | A | A | A | 1.00 |  |

**\*\* Grade 10    (1997-1998)**

| Subject | t1 | t2 | t3 | t4 | Crd | Alt |
|---|---|---|---|---|---|---|
| Driver Education / Auto | A |  |  |  | .25 |  |
| Auto / Maintanence Tech |  | B+ |  |  | .25 |  |
| English 10 | C | C | B | B+ | 1.00 |  |
| SS-Algebra 2 | B+ | B |  |  | .50 | THSS |
| Algebra 2AB | C+ | D | B | C | 1.00 |  |
| Symphonic Band | A | A- | A | A | 1.00 |  |
| SS-Band | A |  |  |  | .25 | THSS |
| Fall Marching Band | A | N |  |  | .25 |  |
| Health |  |  | B | A | .50 |  |
| Biology | A- | B+ | B+ | A- | 1.00 |  |
| US History | B | C | B+ | B+ | 1.00 |  |

**\*\* Grade 11    (1998-1999)**

| Subject | t1 | t2 | t3 | t4 | Crd | Alt |
|---|---|---|---|---|---|---|
| Commerical Photo 1 | A | A |  |  | .50 |  |
| Commercial Photo 2 |  |  | A | A | .50 |  |
| English 11 | B- | B- | C- | C | 1.00 |  |
| Geometry Honors | A | A- |  |  | .50 |  |
| Trigonometry Honors |  |  | B | A- | .50 |  |
| Symphonic Band | A- | A | A | A | 1.00 |  |
| SS-Marching Band | A |  |  |  | .25 | THSS |
| Fall Marching Band | A | A |  |  | .50 |  |
| Physics | C+ | C+ | C | C+ | 1.00 |  |
| Ancient World | A |  |  |  | .50 |  |
| Psychology |  |  | B | A | .50 |  |

**\*\* Grade 12    (1999-2000)**

| Subject | t1 | t2 | t3 | t4 | Crd | Alt |
|---|---|---|---|---|---|---|
| Commercial Photo 2 |  |  | A | A | .50 |  |
| Yearbook | A | A | B |  | .75 |  |
| English 12 | C+ | B+ | C- | B+ | 1.00 |  |
| Calculus AP-AB | C | B | B+ | B- | 1.00 |  |
| Symphonic Band | A | A | A | A | 1.00 |  |
| SS-Marching Band | A |  |  |  | .25 | THSS |
| Release Time |  |  |  |  | .00 |  |
| Internship |  |  |  | P | .25 |  |
| Internship | A | A | P | P | 1.00 |  |
| Internship | A | A | P |  | .75 |  |
| Teacher assistant | P | P |  |  | .50 |  |

### Grade Point Average / Credit earned

| Grade | Term1 | Term2 | Term3 | Term4 | Year | Credit |
|---|---|---|---|---|---|---|
| 9 | 3.671 | 3.871 | 3.733 | 3.833 | 3.777 | 6.50 |
| 10 | 3.389 | 2.643 | 3.300 | 3.417 | 3.189 | 7.00 |
| 11 | 3.600 | 3.400 | 2.950 | 3.350 | 3.348 | 6.75 |
| 12 | 3.486 | 3.733 | 3.220 | 3.525 | 3.500 | 7.00 |
| Overall |  |  |  |  | 3.446 | 27.25 |

| Current Class Standing |  |
|---|---|
| Overall G.P.A. | 3.446 |
| Class rank | 191 |
| Class size | 464 |

### Standardized Test Results

| American College Test |  | ENGL | MATH | READ | S.R. | COMP |
|---|---|---|---|---|---|---|
| 1999-04 | SCORE | 11 | 24 | 14 | 20 | 17 |
| 1999-12 | SCORE | 18 | 27 | 16 | 20 | 20 |

| Advanced Placement | Date | Score | Test description |
|---|---|---|---|
|  | 2000.05 | 2 | Mathematics: Calculus AB |

School Official / Registrar

(unofficial unless signed and stamped)

(High School) May 26, 2000
Graduation / Date

RECEIVED

NOV 1 6 2016

Disability Services

1105652    0-943-207-1
HS transcripts -School Re

000012

000013

# STUDENT PROFILE

| | |
|---|---|
| DISTRICT/AREA PROVO | TEST ELEM READING GRADE THREE |
| SCHOOL/CLASS CANYON CREST E/BITTS | |
| STUDENT/REPORT MESSENGER, BRYAN W | |
| I.D. 2873474 | |

GRADE LEVEL 03
TEST NUMBER 00000RD0303-A
DATE OF TESTING APRIL 30, 1991
NUMBER TESTED 785

UTAH PUBLIC SCHOOLS

| STANDARDS OR CONCEPTS | Percent (%) Correct | Minimum Expected % Correct | Above/Below Expected % | Class | School | Area | District | State |
|---|---|---|---|---|---|---|---|---|
| STRUCTURAL ANALYSIS | 80 | 80 | + | 94 | 86 | | 81 | |
| COMPOUND WORDS | 67 | 67 | + | 94 | 83 | | 73 | |
| PLURALS | 50 | 50 | + | 80 | 61 | | 62 | |
| WORD ENDINGS | 100 | 50 | + | 100 | 99 | | 96 | |
| COMPARISON | 100 | 67 | + | 100 | 96 | | 92 | |
| VOCABULARY | 75 | 75 | + | 92 | 87 | | 79 | |
| LEVEL WORD DEFINITIONS | 80 | 80 | + | 93 | 91 | | 80 | |
| CONTEXT | 80 | 80 | + | 93 | 92 | | 83 | |
| SYNONYMS | 40 | 60 | – | 85 | 72 | | 65 | |
| ANTONYMS | 100 | 80 | + | 96 | 92 | | 86 | |
| COMPREHENSION | 67 | 73 | – | 88 | 87 | | 78 | |
| DETAIL | 80 | 70 | + | 89 | 86 | | 77 | |
| SEQUENCE | 60 | 80 | – | 94 | 92 | | 82 | |
| MAIN IDEA | 100 | 80 | + | 87 | 84 | | 74 | |
| INFERENCE | 40 | 70 | – | 86 | 87 | | 78 | |
| TOTAL TEST | 72 | | | 90 | 87 | | 79 | |

STUDENT PERCENT CORRECT COMPARED TO MINIMUM EXPECTED PERCENT CORRECT
% Points Below Expected — Minimum Expected % Correct — % Points Above Expected
< 45   30   15   ↓   15   30   45 >

| Objectives | Number Correct/Possible | Percent Correct |
|---|---|---|
| STRUCTURAL ANALYSIS | 8/10 | 80 |
| COMPOUND WORDS | 2/3 | 67 |
| PLURALS | 1/2 | 50 |
| WORD ENDINGS | 2/2 | 100 |
| COMPARISON | 3/3 | 100 |
| VOCABULARY | 15/20 | 75 |
| LEVEL WORD DEFINITIONS | 4/5 | 80 |
| CONTEXT | 4/5 | 80 |
| SYNONYMS | 2/5 | 40 |
| ANTONYMS | 5/5 | 100 |
| COMPREHENSION | 20/30 | 67 |
| DETAIL | 8/10 | 80 |
| SEQUENCE | 3/5 | 60 |
| MAIN IDEA | 5/5 | 100 |
| INFERENCE | 4/10 | 40 |

1105655   0-943-207-1
qrds. 3-5   transcripts -S

RECEIVED
NOV 1 8 2010
Disability Services

©COPYRIGHTED BY UTAH STATE OFFICE OF EDUCATION

# STUDENT PROFILE

DISTRICT/AREA  **PROVO**          TEST  **ELEM MATH GRADE THREE**          GRADE LEVEL  **03**

TEST NUMBER  **00000MA0303-A**

SCHOOL/CLASS  **CANYON CREST E/BITTS**          DATE OF TESTING  **APRIL 30, 1991**

STUDENT/REPORT  **MESSENGER, BRYAN W**          UTAH PUBLIC SCHOOLS          NUMBER TESTED  **786**

I.D.  **2873474**

| STANDARDS OR CONCEPTS | Percent (%) Correct | Minimum Expected % Correct | Above/Below Expected % | Class | School | Area | District | State |
|---|---|---|---|---|---|---|---|---|
| WHOLE NUMBERS | 100 | 60 | + | 88 | 86 | | 75 | |
| PLACE VALUE | 100 | 80 | + | 94 | 89 | | 74 | |
| ADD/SUB NO REGROUPING | 100 | 80 | + | 93 | 95 | | 89 | |
| ADD 3 DIGIT NUMBERS | 80 | 80 | + | 85 | 86 | | 79 | |
| SUBTRACT WITH REGROUPING | 80 | 60 | + | 73 | 78 | | 67 | |
| MULTIPLICATION FACTS | 80 | 80 | + | 89 | 91 | | 83 | |
| DIVISION FACTS | 100 | 80 | + | 92 | 90 | | 79 | |
| FRACTIONS | 100 | 80 | + | 95 | 95 | | 86 | |
| GEOMETRY | 60 | 60 | + | 87 | 90 | | 72 | |
| MEASUREMENT | 90 | 60 | + | 87 | 79 | | 70 | |
| PROBLEM SOLVING | 50 | 50 | + | 77 | 74 | | 61 | |
| GRAPH | 100 | | | 96 | 96 | | 83 | |
| | | | | | | | | |
| TOTAL TEST | 87 | | | 88 | 86 | | 76 | |

STUDENT PERCENT CORRECT COMPARED TO MINIMUM EXPECTED PERCENT CORRECT

| Objectives | NUMBER CORRECT/POSSIBLE | PERCENT CORRECT |
|---|---|---|
| WHOLE NUMBERS | 5/5 | 100 |
| PLACE VALUE | 5/5 | 100 |
| ADD/SUB NO REGROUPING | 5/5 | 100 |
| ADD 3 DIGIT NUMBERS | 4/5 | 80 |
| SUBTRACT WITH REGROUPING | 4/5 | 80 |
| MULTIPLICATION FACTS | 4/5 | 80 |
| DIVISION FACTS | 5/5 | 100 |
| FRACTIONS | 5/5 | 100 |
| GEOMETRY | 3/5 | 60 |
| MEASUREMENT | 9/10 | 90 |
| TIME | 3/3 | 100 |
| MONEY | 2/2 | 100 |
| LENGTH | 2/3 | 67 |
| MASS | 1/1 | 100 |
| CAPACITY | 1/1 | 100 |
| PROBLEM SOLVING | 2/4 | 50 |
| GRAPH | 1/1 | 100 |

©COPYRIGHTED BY UTAH STATE OFFICE OF EDUCATION

FORM 7180

# STUDENT PROFILE

DISTRICT/AREA  PROVO          TEST  ELEM MATH GRADE FOUR

GRADE LEVEL  04
TEST NUMBER  00000MA0404-A
DATE OF TESTING   APRIL 30, 1992
NUMBER TESTED   713

SCHOOL/CLASS  CANYON CREST E
STUDENT/REPORT  MESSENGER, BRYAN W
I.D.   2873474

UTAH
PUBLIC
SCHOOLS

| STANDARDS OR CONCEPTS | Percent (%) Correct | Minimum Expected % Correct | Above/Below Expected % | Class | School | Area | District | State | % Points Below Expected < 45 | 30 | 15 | ↓ | 15 | 30 | % Points Above Expected 45 > |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WHOLE NUM/PLACE VALUE | 100 | 60 | + | | 93 | | 80 | | | | | ++++++++++++ | | | |
| COMPARISON/ROUNDING | 100 | 60 | + | | 92 | | 81 | | | | | ++++++++++++ | | | |
| ADDITION/SUBTRACTION | 100 | 60 | + | | 88 | | 80 | | | | | ++++++++++++ | | | |
| MULTIPLICATION/FACTS | 100 | 60 | + | | 97 | | 91 | | | | | ++++++++++++ | | | |
| MULTIPLI/REGROUPING | 100 | 60 | + | | 91 | | 85 | | | | | ++++++++++++ | | | |
| DIVISION FACTS | 100 | 60 | + | | 95 | | 91 | | | | | ++++++++++++ | | | |
| DIV/DIGIT DIVISOR | 100 | 60 | + | | 92 | | 77 | | | | | ++++++++++++ | | | |
| FRACTIONS/CONCEPT OF | 100 | 60 | + | | 97 | | 93 | | | | | ++++++++++++ | | | |
| FRACTIONS/ADD/SUBTRACT | 100 | 60 | + | | 95 | | 75 | | | | | ++++++++++++ | | | |
| GEMOMETRY | 100 | 60 | + | | 88 | | 69 | | | | | ++++++++++++ | | | |
| MEASUR/LENGTH/AREA/TIM | 100 | 60 | + | | 77 | | 67 | | | | | ++++++++++++ | | | |
| PROBLEM SOLVING | 100 | 50 | + | | 79 | | 66 | | | | | ++++++++++++ | | | |
| GRAPH | 100 | | | | 81 | | 68 | | | | | | | | |
| | | | | | | | | | | | | | | | |
| TOTAL TEST | 100 | | | | 90 | | 80 | | | | | | | | |

STUDENT PERCENT CORRECT
COMPARED TO MINIMUM EXPECTED PERCENT CORRECT

| Objectives | NUMBER CORRECT/POSSIBLE | PERCENT CORRECT | Objectives | NUMBER CORRECT/POSSIBLE | PERCENT CORRECT |
|---|---|---|---|---|---|
| WHOLE NUM/PLACE VALUE | 5/5 | 100 | | | |
| COMPARISON/ROUNDING | 5/5 | 100 | | | |
| ADDITION/SUBTRACTION | 5/5 | 100 | | | |
| MULTIPLICATION/FACTS | 5/5 | 100 | | | |
| MULTIPLI/REGROUPING | 5/5 | 100 | | | |
| DIVISION FACTS | 5/5 | 100 | | | |
| DIV/DIGIT DIVISOR | 5/5 | 100 | | | |
| FRACTIONS/CONCEPT OF | 5/5 | 100 | | | |
| FRACTIONS/ADD/SUBTRACT | 5/5 | 100 | | | |
| GEMOMETRY | 5/5 | 100 | | | |
| MEASUR/LENGTH/AREA/TIM | 5/5 | 100 | | | |
| LENGTH | 3/3 | 100 | | | |
| AREA | 1/1 | 100 | | | |
| TIME | 1/1 | 100 | | | |
| PROBLEM SOLVING | 4/4 | 100 | | | |
| GRAPH | 1/1 | 100 | | | |

COPYRIGHTED BY UTAH STATE OFFICE OF EDUCATION

# STUDENT PROFILE

DISTRICT/AREA **PROVO**

TEST **ELEM READING GRADE FOUR**

GRADE LEVEL **04**
TEST NUMBER **00000RD0404-A**
DATE OF TESTING **APRIL 30, 1992**
NUMBER TESTED **712**

SCHOOL/CLASS **CANYON CREST E**
STUDENT/REPORT **MESSENGER, BRYAN W**
I.D. **2873474**

UTAH
PUBLIC
SCHOOLS

| STANDARDS OR CONCEPTS | Percent (%) Correct | Minimum Expected % Correct | Above/Below Expected % | Class | School | Area | District | State | % Points Below Expected | Minimum Expected % Correct | % Points Above Expected |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Group Average | | | | STUDENT PERCENT CORRECT COMPARED TO MINIMUM EXPECTED PERCENT CORRECT | | |
| STRUCTURAL ANALYSIS | 71 | 86 | – | | 82 | | 80 | | | | |
| COMPOUND WORDS | 100 | 67 | + | | 94 | | 93 | | | | ++++++++++ |
| PLURALS | 50 | 75 | – | | 78 | | 70 | | | | |
| VOCABULARY | 78 | 74 | + | | 87 | | 79 | | | | ++ |
| TRANSITION WORDS | 100 | 67 | + | | 94 | | 92 | | | | +++++++++ |
| DEFINITIONS | 100 | 80 | + | | 93 | | 85 | | | | +++++++ |
| CONTEXT | 80 | 80 | + | | 97 | | 91 | | | | + |
| SYNONYMS | 100 | 67 | + | | 85 | | 79 | | | | ++++++++++ |
| ANTONYMS | 100 | 50 | + | | 70 | | 61 | | | | ++++++++++ |
| MULTI MEANING WORDS | 20 | 60 | – | | 75 | | 61 | | | | |
| COMPREHENSION | 73 | 70 | + | | 87 | | 78 | | | | ++ |
| DETAIL | 90 | 80 | + | | 93 | | 84 | | | | ++++ |
| SEQUENCE | 100 | 80 | + | | 91 | | 80 | | | | ++++++ |
| MAIN IDEA | 20 | 60 | – | | 81 | | 72 | | | | |
| INFERENCE | 70 | 70 | + | | 82 | | 74 | | | | + |
| | | | | | | | | | | | |
| TOTAL TEST | 75 | | | | 86 | | 79 | | | | |

| Objectives | NUMBER CORRECT/POSSIBLE | PERCENT CORRECT | | Objectives | NUMBER CORRECT/POSSIBLE | PERCENT CORRECT |
|---|---|---|---|---|---|---|
| STRUCTURAL ANALYSIS | 5/7 | 71 | | | | |
| COMPOUND WORDS | 3/3 | 100 | | | | |
| PLURALS | 2/4 | 50 | | | | |
| VOCABULARY | 18/23 | 78 | | | | |
| TRANSITION WORDS | 3/3 | 100 | | | | |
| DEFINITIONS | 5/5 | 100 | | | | |
| CONTEXT | 4/5 | 80 | | | | |
| SYNONYMS | 3/3 | 100 | | | | |
| ANTONYMS | 2/2 | 100 | | | | |
| MULTI MEANING WORDS | 1/5 | 20 | | | | |
| COMPREHENSION | 22/30 | 73 | | | | |
| DETAIL | 9/10 | 90 | | | | |
| SEQUENCE | 5/5 | 100 | | | | |
| MAIN IDEA | 1/5 | 20 | | | | |
| INFERENCE | 7/10 | 70 | | | | |

©COPYRIGHTED BY UTAH STATE OFFICE OF EDUCATION

FORM 2155

000017

| DISTRICT/AREA | PROVO | TEST STANFORD ACHIEVEMENT TEST | GRADE LEVEL FIFTH FALL |
|---|---|---|---|

LEVEL INTERMEDIATE 1
FORM J

SCHOOL CANYON CREST ELEM   # 114   UTAH
STUDENT/REPORT MESSENGER, BRYAN   PUBLIC
I.D. 2873474   SCHOOLS

DATE OF TESTING 10/92

THE STUDENT'S TEST SCORE WITHIN THE BAND IS A COMPARISON WITH STUDENTS TESTED NATIONALLY.

| SUB TESTS | RAW SCORE | SCALED SCORE | NCE | GRADE EQUIVALENT | NATL %TILE | NO. TESTED |
|---|---|---|---|---|---|---|
| READING VOCABULARY | 16 | 586 | 27 | | 14 | 988 |
| READ COMPREHENSION | 16 | 565 | 19 | | 7 | 988 |
| TOTAL READING | 32 | 574 | 19 | | 7 | 987 |
| CONCEPT OF NUMBERS | 26 | 651 | 63 | | 73 | 987 |
| MATH COMPUTATION | 28 | 621 | 53 | | 56 | 987 |
| MATH APPLICATIONS | 35 | 672 | 70 | | 83 | 989 |
| TOTAL MATH | 89 | 644 | 63 | | 73 | 986 |
| LANGUAGE MECHANICS | 20 | 616 | 43 | | 36 | 985 |
| LANGUAGE EXPRESSION | 16 | 606 | 40 | | 31 | 985 |
| TOTAL LANGUAGE | 36 | 611 | 40 | | 32 | 984 |
| SPELLING | 17 | 595 | 32 | | 19 | 985 |
| STUDY SKILLS | 20 | 628 | 47 | | 45 | 985 |
| LISTENING | 35 | 654 | 69 | | 82 | 986 |
| BAS. TOTAL BATTERY | 229 | 613 | 43 | | 36 | 976 |
| SCIENCE | 20 | 588 | 31 | | 18 | 987 |
| SOCIAL SCIENCE | 16 | 568 | 26 | | 13 | 986 |
| USING INFORMATION | 26 | 633 | 51 | | 52 | 976 |
| THINKING SKILLS | 37 | 628 | 55 | | 59 | 976 |

| CONCEPTS | BELOW AVG | AVG | ABOVE AVG | CONCEPTS | BELOW AVG | AVG | ABOVE AVG |
|---|---|---|---|---|---|---|---|
| READING VOCABULARY | *** | | | PUNCTUATION | | | *** |
| SYNONYMS | | *** | | APPLIED GRAMMAR | | | *** |
| VOCABULARY IN CONTEXT | *** | | | LANGUAGE EXPRESSION | | | *** |
| MULTIPLE MEANINGS | *** | | | SENTENCE CORRECTNESS | *** | | |
| READ COMPREHENSION | *** | | | SENTENCE EFFECTIVENESS | | | *** |
| RECREATIONAL READING | *** | | | SPELLING | | | |
| TEXTUAL READING | *** | | | STUDY SKILLS | | | *** |
| FUNCTIONAL READING | *** | | | LIBRARY/REFERENCE SKILLS | | | *** |
| LITERAL COMPREHENSION | *** | | | INFORMATION SKILLS | | | *** |
| INFERENTIAL COMPREHENSION | *** | | | THINKING SKILLS | | | *** |
| CRITICAL COMPREHENSION | | *** | | LISTENING | | | *** |
| THINKING SKILLS | *** | | | VOCABULARY | | | *** |
| CONCEPT OF NUMBERS | | *** | | LISTENING COMPREHENSION | | | *** |
| WHOLE NUMBERS | | | *** | THINKING SKILLS | | | *** |
| FRACTIONS | | | *** | SCIENCE | *** | | |
| DECIMALS | | | *** | PHYSICAL SCIENCE | | | *** |
| OPERATIONS AND PROPERTIES | | *** | | BIOLOGICAL SCIENCE | | *** | |
| THINKING SKILLS | | | *** | EARTH/SPACE SCIENCE | | | *** |
| MATHEMATICS COMPUTATION | | | *** | SCIENCE PROCESS SKILLS | | *** | |
| ADD & SUB WITH WHOLE NUMBERS | | | *** | INQUIRY SKILLS/USING INFO. | | *** | |
| MULTIPLY WITH WHOLE NUMBERS | | *** | | THINKING SKILLS | | *** | |
| DIVISION WITH WHOLE NUMBERS | | | *** | SOCIAL SCIENCE | | | *** |
| ADD & SUB. WITH DECIMALS | *** | | | GEOGRAPHY | | | *** |
| ADD & SUB. FRACTIONS | *** | | | HISTORY | | | *** |
| MATHEMATICS APPLICATIONS | | | *** | POLITICAL SCIENCE | | | *** |
| PROBLEM SOLVING | | | *** | ECONOMICS | | | *** |
| GRAPHS AND CHARTS | | | *** | PSYCH/SOCIO/ANTHRO | | | *** |
| GEOMETRY/MEASUREMENT | | *** | | INQUIRY SKILLS/USING INFO. | | *** | |
| THINKING SKILLS | | | *** | THINKING SKILLS | | | *** |
| LANGUAGE MECHANICS | | *** | | | | | |
| CAPITALIZATION | | *** | | | | | |

FORM 2147

# STUDENT PROFILE

DISTRICT/AREA **PROVO**   TEST **ELEM READING GRADE FIVE**

GRADE LEVEL 05
TEST NUMBER 00000RD0505-A
DATE OF TESTING MAY 03, 1993
NUMBER TESTED 738

SCHOOL/CLASS CANYON CREST E/NSWORT
STUDENT/REPORT MESSENGER, BRYAN W
I.D. 2873474

UTAH PUBLIC SCHOOLS

| STANDARDS OR CONCEPTS | Percent % Correct | Minimum Expected % Correct | Above/Below Expected % | Class | School | Area | District | State |
|---|---|---|---|---|---|---|---|---|
| STRUCTURAL ANALYSIS | 57 | 71 | - | 63 | 70 | | 68 | |
| COMPOUND WORDS | 67 | 67 | + | 71 | 77 | | 79 | |
| PLURALS | 50 | 50 | + | 68 | 71 | | 69 | |
| TENSE | 100 | | | 92 | 89 | | 83 | |
| COMPARISON | 00 | | | 4 | 32 | | 17 | |
| VOCABULARY | 74 | 65 | + | 70 | 77 | | 74 | |
| TRANSITION WORDS | 100 | 67 | + | 68 | 81 | | 76 | |
| CONTEXT | 40 | 60 | - | 79 | 85 | | 80 | |
| SYNONYMS | 80 | 60 | + | 54 | 66 | | 64 | |
| MULTI MEANING WORDS | 80 | 60 | + | 73 | 75 | | 70 | |
| ANALOGIES | 80 | 80 | | 78 | 81 | | 80 | |
| COMPREHENSION | 67 | 63 | + | 72 | 78 | | 75 | |
| DETAIL | 80 | 70 | + | 81 | 83 | | 80 | |
| SEQUENCE | 60 | 60 | + | 58 | 72 | | 69 | |
| MAIN IDEA | 80 | 60 | + | 77 | 82 | | 79 | |
| INFERENCE | 29 | 57 | - | 63 | 73 | | 69 | |
| FIGURATIVE LANGUAGE | 100 | 67 | + | 77 | 81 | | 76 | |
| TOTAL TEST | 68 | | | 70 | 77 | | 74 | |

| Objectives | Number Correct/Possible | Percent Correct | Objectives | Number Correct/Possible | Percent Correct |
|---|---|---|---|---|---|
| STRUCTURAL ANALYSIS | 4/7 | 57 | | | |
| COMPOUND WORDS | 2/3 | 67 | | | |
| PLURALS | 1/2 | 50 | | | |
| TENSE | 1/1 | 100 | | | |
| COMPARISON | 0/1 | 0 | | | |
| VOCABULARY | 17/23 | 74 | | | |
| TRANSITION WORDS | 3/3 | 100 | | | |
| CONTEXT | 2/5 | 40 | | | |
| SYNONYMS | 4/5 | 80 | | | |
| MULTI MEANING WORDS | 4/5 | 80 | | | |
| ANALOGIES | 4/5 | 80 | | | |
| COMPREHENSION | 20/30 | 67 | | | |
| DETAIL | 8/10 | 80 | | | |
| SEQUENCE | 3/5 | 60 | | | |
| MAIN IDEA | 4/5 | 80 | | | |
| INFERENCE | 2/7 | 29 | | | |
| FIGURATIVE LANGUAGE | 3/3 | 100 | | | |

COPYRIGHTED BY UTAH STATE OFFICE OF EDUCATION

000020



1105656   0-943-207-1
WICAT Reading scores 1/2/

RECEIVED

NOV 16 2016

PAGE 1

Disability Services

PROVO SCHOOL DISTRICT
CANYON CREST CUBS (10607)
STUDENT REPORT BY ACTIVITY

LEVEL:      WICAT Reading I 221/02; Tibbitts, Becke
REPORT RANGE: 01/02/91 to 03/13/91          REPORT DATE: 03/13/91, 9:32 am
SORTED BY:   Activity Type

STUDENT:     MESSENGER, BRYAN

| ACTIVITY TYPE Activity | * | RAW SCORE | TIME | DATE COMPL |
|---|---|---|---|---|
| PPE — Phonics: Phonograms — II | | | | |
| PPE2B3-+oot, ace+ | 100 | 7/7 | 0:04 | 01/02/91 |
| PPE2B4-+ee+, +unt | 100 | 5/5 | 0:03 | 01/02/91 |
| PPE2B5-+oi, +oom | 100 | 5/5 | 0:02 | 01/03/91 |
| PPE2B6 +w+, +eme | 100 | 6/6 | 0:03 | 01/03/91 |
| PPE2B7-+atch, +itch | 100 | 6/5 | 0:03 | 01/03/91 |
| PPE2B8 +ngth, +ance | 100 | 5/5 | 0:03 | 01/03/91 |
| PPE2B9  +ath, +ife | 100 | 5/5 | 0:03 | 01/04/91 |
| PPE2B90 +ov, +xit | 100 | 6/6 | 0:03 | 01/04/91 |
| PPE2B91  +n | 100 | 3/3 | 0:02 | 01/04/91 |
| PPE2B92-+are, + out | 100 | 5/5 | 0:03 | 01/07/91 |
| PPE2B93-+rd | 100 | 3/3 | 0:02 | 01/07/91 |
| PPE2B94-+eed, +ite | 100 | 7/7 | 0:04 | 01/07/91 |
| SWR — Sight Words: Recognition | | | | |
| SWR2B2 passing,emergency,exit | 100 | 4/4 | 0:02 | 01/02/91 |
| SWR2B3-reached,moving,wild | 100 | 5/5 | 0:02 | 01/02/91 |
| SWR2B4-caution,possible,explain | 88 | 7/8 | 0:04 | 01/02/91 |
| SWR2B5 practice,distance,gold | 100 | 5/5 | 0:03 | 01/03/91 |
| SWR2B6 center,size,although | 100 | 5/5 | 0:02 | 01/04/91 |
| SWR2B7-quite,simple,past | 100 | 5/5 | 0:02 | 01/04/91 |
| SWR2B8-poor,else,heart | 100 | 4/4 | 0:02 | 01/04/91 |
| SWR2B9 easy,area,miss | 100 | 4/4 | 0:02 | 01/07/91 |
| SWR290 carried,field,land+ | 100 | 4/4 | 0:02 | 01/07/91 |
| SWR301 points,music,buy | 100 | 4/4 | 0:01 | 01/07/91 |
| SWR302-window,single,passed | 100 | 4/4 | 0:02 | 01/08/91 |
| SWR303-travel,cities,circle | 100 | 4/4 | 0:01 | 01/08/91 |
| SWR304 miles,correct,straight | 100 | 5/5 | 0:02 | 01/08/91 |
| SWR305 color,numbers,yourself | 100 | 4/4 | 0:02 | 01/08/91 |
| SWR306  decided,nearly,moment | 88 | 8/9 | 0:04 | 01/09/91 |
| SWR307-bright,cent,present | 100 | 5/5 | 0:02 | 01/09/91 |
| SWR308 machine,information | 100 | 5/5 | 0:02 | 01/09/91 |
| SWR309 ... ill, might,suppose | 100 | 5/5 | 0:02 | 01/09/91 |
| SWR310  ocean,travel,couldn't | 100 | 4/4 | 0:02 | 01/09/91 |
| SWR311-table,month,middle | 100 | 5/5 | 0:02 | 01/10/91 |
| SWR312 build,strange,eggs | 100 | 4/4 | 0:02 | 01/10/91 |
| SWR313  raw,milk,choose | 100 | 4/4 | 0:02 | 01/10/91 |
| SWR314-discovered,famous,trouble | 80 | 8/10 | 0:05 | 01/11/91 |
| SWR315 interesting,necessary, | 100 | 4/4 | 0:02 | 01/11/91 |
| SWC — Sight Words: in Context | | | | |
| SWCXA1-Sight Word Sentences | 100 | 4/4 | 0:02 | 01/02/91 |
| SWCXB1-Sight Word Sentences | 100 | 4/4 | 0:02 | 01/02/91 |

* Optional, scores not included in averages
SCORE = #correct/#attempts                    % SCORE = #correct/#attempts

000021

STUDENT REPORT BY ACTIVITY (cont.)                                          PAGE

CLASS:          NICOL Reading I 231/02; Rabbits, Brent
REPORT RANGE: 01/01/91 to 03/13/91                    REPORT DATE: 03/13/91, 9:32 am
SORTED BY:     Activity Type


STUDENT:       MESSENGER, BRYAN (cont.)

| ACTIVITY REF | | | | |
| ACTIVITY | % | RAW SCORE | TIME | DATE COMPL |
| --- | --- | --- | --- | --- |
| VMM - Vocab: Multiple Meanings (cont.) | | | | |
| VMM308-roll, fire | 85 | 7/8 | 0:03 | 01/28/91 |
| VMM309-float, duck | 75 | 6/8 | 0:04 | 01/28/91 |
| VMM311-cross, bank | 100 | 6/6 | 0:03 | 01/28/91 |
| VMM312-bark, bat | 100 | 5/5 | 0:05 | 01/23/91 |
| VMM313-bear, ack | 75 | 8/11 | 0:06 | 01/23/91 |
| VMM314-ball, type | 80 | 8/10 | 0:04 | 01/24/91 |
| VMM315-pick, even | 100 | 6/6 | 0:05 | 01/25/91 |
| VMM316-handle, fine | 88 | 7/8 | 0:04 | 01/25/91 |
| VMM317-fit, light | 88 | 7/8 | 0:04 | 01/28/91 |
| VMM318-iron, wind | 88 | 7/8 | 0:04 | 01/29/91 |
| VMM319-gear, rest | 88 | 7/8 | 0:04 | 01/29/91 |
| VMM320-right, race | 100 | 5/5 | 0:04 | 01/29/91 |
| VMM321-point, press | 88 | 7/8 | 0:03 | 01/30/91 |
| VMM322-roast, raw | 80 | 8/10 | 0:03 | 01/30/91 |
| VMM323-ball, horn | 100 | 6/6 | 0:03 | 01/31/91 |
| VMM324-stain, can | 88 | 7/8 | 0:03 | 02/01/91 |
| VMM325-wash eye, pat | 88 | 7/8 | 0:04 | 02/01/91 |
| VMM326-lot, pack | 100 | 6/6 | 0:02 | 02/04/91 |
| VMM327-period, toilet | 88 | 7/8 | 0:03 | 02/04/91 |
| VMM328-blow, bell | 88 | 7/8 | 0:03 | 02/05/91 |
| VMM329-change, change | 100 | 6/6 | 0:04 | 02/06/91 |
| VMM330-saw, check | 88 | 7/8 | 0:03 | 02/15/91 |
| VMM331-clean, cheek | 100 | 6/6 | 0:01 | 02/18/91 |
| VMM332-slip, slid | 100 | 6/6 | 0:01 | 02/20/91 |
| VMM333-date, deal | 100 | 6/6 | 0:01 | 02/20/91 |
| VMM334-deck, diamond | 80 | 8/10 | 0:04 | 02/21/91 |
| VMM335-sharp, fair | 80 | 8/10 | 0:04 | 02/22/91 |
| VMM336-fan, felt | 80 | 8/10 | 0:04 | 02/25/91 |
| VMM337-fire, fix | 100 | 6/6 | 0:03 | 02/25/91 |
| VMM338-for, stamp | 80 | 8/10 | 0:03 | 02/26/91 |
| VMM339-state, stop | 100 | 6/6 | 0:03 | 02/27/91 |
| VMM340-stick, story | 100 | 6/6 | 0:02 | 02/28/91 |
| VMM341-strike, swallow | 80 | 8/10 | 0:03 | 02/28/91 |
| VMM342-rag, nut | 88 | 7/8 | 0:03 | 03/01/91 |
| VMM343-wrap, rock | 75 | 8/11 | 0:04 | 03/04/91 |
| VMM344-spring, saw | 80 | 8/10 | 0:04 | 03/05/91 |
| VMM345-second, set | 88 | 7/8 | 0:03 | 03/05/91 |
| VMM346-shade, short | 100 | 6/6 | 0:03 | 03/06/91 |
| VMM347-show, side | 100 | 6/6 | 0:02 | 03/06/91 |
| VMM348-sign, oil | 100 | 6/6 | 0:05 | 03/08/91 |
| VMM349-top, trust | 80 | 8/10 | 0:03 | 03/11/91 |
| VMM350-trip, turn | 100 | 6/6 | 0:04 | 03/12/91 |

* = Optional, scores not included in averages
RAW SCORE = Recurrent/Nattempts                        % SCORE = Recurrent/Nattempts

STUDENT REPORT BY ACTIVITY (cont.)                                    PAGE  2

CLASS:          NIGHT Reading I 831X02; Tibbitts, Becky
REPORT DATES: 01/02/91 to 03/13/91          REPORT DATE: 03/13/91, 9:33 am
SORTED BY:      Activity Type


STUDENT:        MESSENGER, BRYAN (cont.)


ACTIVITY TYPE
  ACTIVITY                                  #   RAW SCORE   TIME   DATE COMPL

VMM - Vocab: Multiple Meanings (cont.)
  VMM151-watch,part                         68    7/8      0:03    03/12/91
VCC   Vocab: Context Cue Analysis
  VCC301-Digging For Meaning                67    2/3      0:02    01/11/91
  VCC302-Digging For Meaning                25    2/5      0:10    01/16/91
  VCC303 Digging For Meaning                41    1/9      0:00    01/16/91
  VCC304-Digging For Meaning                40    2/5      0:08    01/17/91
  VCC305-Digging For Meaning                60    2/5      0:05    01/22/91
  VCC306-Digging For Meaning                29    2/7      0:08    01/23/91
  VCC307-Digging For Meaning                60    3/5      0:04    01/24/91
  VCC308-Digging For Meaning                13    1/8      0:07    01/25/91
  VCC309-Digging For Meaning                25    2/8      0:08    01/28/91
  VCC310-Digging For Meaning               100    3/3      0:04    01/29/91
  VCC311-Digging For Meaning                85    2/8      0:07    01/30/91
  VCC312-Digging For Meaning                19    3/16     0:14    01/31/91
  VCC313 Digging For Meaning                50    6/8      0:09    02/01/91
  VCC314-Digging For Meaning                55    6/11     0:11    02/04/91
  VCC315-Digging For Meaning                55    5/15     0:18    02/15/91
  VCC316-Digging For Meaning                38    5/13     0:16    02/19/91
  VCC317-Digging For Meaning                60    5/10     0:13    02/21/91
  VCC318-Digging For Meaning                56    5/9      0:16    02/22/91
  VCC319-Digging For Meaning                56    5/9      0:19    02/26/91
  VCC320-Digging For Meaning                45    6/13     0:17    02/28/91
  VCC321-Digging For Meaning                45    5/11     0:15    03/01/91
  VCC322-Digging For Meaning                43    6/14     0:14    03/04/91
  VCC323-Digging For Meaning                27    4/15     0:16    03/06/91
  VCC324-Digging For Meaning                13    2/15     0:00    03/08/91
  VCC325-Digging For Meaning                57    4/7      0:13    03/11/91
  VCC326-Digging For Meaning                     STARTED

    AVERAGE WITHIN DATE RANGE               62      ---      0:04      ---
      TOTAL WITHIN DATE RANGE              ---  1155/1927  12:56      ---

  # ACTIVITIES COMPLETED, WITHIN DATE RANGE:  180

# = optional, scores not included in averages
RAW SCORE = #correct/#attempts                    % SCORE = #correct/#attempts

STUDENT REPORT OF ACTIVITY (cont.)                                    PAGE

Class:          NIGHT Reading - 231/02; Tibbetts, Dacus
REPORT RANGE: 01/02/91 to 02/13/91                    REPORT DATE: 03/12/91, 4:10 pm
SORTED BY:    Activity Type

STUDENT:      MESSENGER, ERWIN (cont.)

| ACTIVITY | % | RAW SCORE | TIME | DATE COMPL |
|---|---|---|---|---|
| UNIT  Sight Words: In Context (cont.) | | | | |
| SWC283-Sight Word Sentences | 100 | 4/4 | 0:01 | 01/02/91 |
| SWC284-Sight Word Sentences | 100 | 4/4 | 0:01 | 01/03/91 |
| SWC285-Sight Word Sentences | 100 | 4/4 | 0:01 | 01/03/91 |
| SWC286-Sight Word Sentences | 100 | 4/4 | 0:01 | 01/04/91 |
| SWC287-Sight Word Sentences | 100 | 5/5 | 0:02 | 01/04/91 |
| SWC288-Sight Word Sentences | 100 | 4/4 | 0:01 | 01/04/91 |
| SWC289-Sight Word Sentences | 93 | 5/6 | 0:03 | 01/07/91 |
| SWC290-Sight Word Sentences | 100 | 5/5 | 0:02 | 01/07/91 |
| SWC291-Sight Word Sentences | 88 | 7/8 | 0:03 | 01/08/91 |
| SWC292-Sight Word Sentences | 100 | 4/4 | 0:02 | 01/08/91 |
| SWC293-Sight Word Sentences | 100 | 4/4 | 0:01 | 01/08/91 |
| SWC294-Sight Word Sentences | 89 | 8/9 | 0:04 | 01/08/91 |
| SWC295-Sight Word Sentences | 100 | 4/4 | 0:01 | 01/08/91 |
| SWC296-Sight Word Sentences | 100 | 4/4 | 0:02 | 01/09/91 |
| SWC297-Sight Word Sentences | 100 | 5/4 | 0:03 | 01/09/91 |
| SWC298-Sight Word Sentences | 100 | 4/4 | 0:02 | 01/09/91 |
| SWC299-Sight Word Sentences | 100 | 4/4 | 0:02 | 01/09/91 |
| SWC310-Sight Word Sentences | 100 | 4/4 | 0:02 | 01/10/91 |
| SWC311-Sight Word Sentences | 100 | 4/4 | 0:01 | 01/10/91 |
| SWC312-Sight Word Sentences | 88 | 7/8 | 0:03 | 01/10/91 |
| SWC313-Sight Word Sentences | 89 | 8/9 | 0:05 | 01/10/91 |
| SWC314-Sight Word Sentences | 100 | 5/5 | 0:03 | 01/11/91 |
| SWC315-Sight Word Sentences | 100 | 4/4 | 0:02 | 01/11/91 |
| UNIT   Vocab: Semantic Analysis | | | | |
| VSA301-absorb,aisle | 88 | 7/8 | 0:03 | 01/14/91 |
| VSA302-amass,ancient | 86 | 7/8 | 0:02 | 01/15/91 |
| VSA303-apprentice,athletic | 88 | 7/8 | 0:02 | 01/15/91 |
| VSA304-avoid,banner | 88 | 7/8 | 0:02 | 01/16/91 |
| VSA305-bewilder,blunder | 73 | 11/15 | 0:04 | 01/16/91 |
| VSA306-bough,brisk | 87 | 0/14 | 0:03 | 01/17/91 |
| VSA307-brittle,bulge | 73 | 9/11 | 0:02 | 01/17/91 |
| VSA308-capacity,cascade | 47 | 10/19 | 0:07 | 01/18/91 |
| VSA309-collapse,concentrate | 73 | 8/11 | 0:03 | 01/18/91 |
| VSA310-conceal,corridor | 47 | 7/15 | 0:04 | 01/22/91 |
| VSA311-crescent,debris | 60 | 7/11 | 0:03 | 01/22/91 |
| VSA312-descent,dignity | 65 | 8/12 | 0:05 | 01/23/91 |
| VSA313-diligent,dissension | 100 | 0/6 | 0:02 | 01/23/91 |
| VSA314-disobey,dredge | 64 | 7/11 | 0:04 | 01/24/91 |
| VSA315-elegant,expiry | 70 | 7/10 | 0:04 | 01/24/91 |
| VSA316-endeavor,erosion | 72 | 8/11 | 0:04 | 01/25/91 |
| VSA317-exist,exhaust | 62 | 8/13 | 0:03 | 01/28/91 |
| VSA318-extract,passionate | 64 | 7/11 | 0:04 | 01/28/91 |

* Optional, scores not included in averages
% SCORE = #correct/#attempts                   % SCORE = #correct/#attempts

STUDENT REPORT BY ACTIVITY (cont.)                                    PAGE   3

CLASS:           NCIM Tutoring I 251/02; TiMolitz, Deebe
REPORT RANGE: 01/02/91 to 03/13/91              REPORT DATE: 03/13/91, 9:33 am
SORTED BY:    Activity Type


STUDENT:      MESSENGER, BRYAN (cont.)

| ACTIVITY TYPE Activity | % | RAW SCORE | TIME | DATE COMPL |
|---|---|---|---|---|
| VSA — Vocab: Semantic Analysis (cont.) | | | | |
| VSA319-fatigue, flicker | 100 | 8/8 | 0:02 | 01/29/91 |
| VSA320-foresee, formulae | 82 | 9/11 | 0:03 | 01/29/91 |
| VSA321-fragment, furrow | 63 | 10/16 | 0:04 | 01/30/91 |
| VSA322-gallant, gaunt | 73 | 9/11 | 0:03 | 01/30/91 |
| VSA323-gondola, generate | 69 | 11/16 | 0:03 | 01/30/91 |
| VSA324-glance, glee | 55 | 6/11 | 0:02 | 01/31/91 |
| VSA325-grudge, harsh | 88 | 7/8 | 0:06 | 02/01/91 |
| VSA326-accordion, hesitate | 71 | 10/14 | 0:03 | 02/01/91 |
| VSA327-hoist, horizon | 69 | 9/11 | 0:02 | 02/04/91 |
| VSA328-hover, humid | 56 | 9/16 | 0:05 | 02/05/91 |
| VSA329-incident, indicate | 73 | 8/11 | 0:03 | 02/05/91 |
| VSA330-inhabit, inlet | 82 | 9/11 | 0:03 | 02/15/91 |
| VSA331-intrusion, utmost | 84 | 6, 14 | 0:04 | 02/15/91 |
| VSA332-savant, private | 87 | 9/14 | 0:04 | 02/20/91 |
| VSA333-jade, jut | 71 | 10/14 | 0:03 | 02/20/91 |
| VSA334-khaki, knead | 100 | 8/8 | 0:03 | 02/21/91 |
| VSA335-lacquer, launch | 57 | 8/14 | 0:04 | 02/21/91 |
| VSA336-legal, lever | 100 | 8/8 | 0:04 | 02/25/91 |
| VSA337-linger, lope | 59 | 6/11 | 0:04 | 02/25/91 |
| VSA338-lunge, magnify | 100 | 8/8 | 0:03 | 02/26/91 |
| VSA339-merchant, mild | 73 | 8/11 | 0:03 | 02/27/91 |
| VSA340-motto, moist | 82 | 9/11 | 0:04 | 02/28/91 |
| VSA341-mixture, muscle | 73 | 8/11 | 0:02 | 02/28/91 |
| VSA342-narrator, navigate | 100 | 8/8 | 0:03 | 03/01/91 |
| VSA343-negative, neon | 82 | 11/13 | 0:05 | 03/06/91 |
| VSA344-neutral, nudge | 69 | 9/13 | 0:06 | 03/06/91 |
| VSA345-nozzle, oasis | 82 | 9/11 | 0:05 | 03/05/91 |
| VSA346-obedient, objection | 64 | 7/11 | 0:03 | 03/06/91 |
| VSA347-obstacle, opponent | 73 | 8/11 | 0:03 | 03/06/91 |
| VSA348-ornate, outskirts | 71 | 10/14 | 0:04 | 03/08/91 |
| VSA349-peak, perimeter | 64 | 9/14 | 0:07 | 03/11/91 |
| VSA350-cornwall, pebbily | 100 | 8/8 | 0:05 | 03/11/91 |
| VSA351-procession, portrait | 100 | 8/8 | 0:04 | 03/12/91 |
| VMM — Vocab: Multiple Meanings | | | | |
| VMM301-yard, ring | 60 | 6/10 | 0:06 | 01/11/91 |
| VMM302-row, son | 58 | 7/6 | 0:05 | 01/15/91 |
| VMM303-pound, bark | 70 | 7/10 | 0:05 | 01/15/91 |
| VMM304-pen, picture | 100 | 6/6 | 0:02 | 01/15/91 |
| VMM305-march, watch | 100 | 6/6 | 0:03 | 01/16/91 |
| VMM306-buy, mine | 80 | 7/6 | 0:03 | 01/17/91 |
| VMM307-ground, hard | 100 | 6/6 | 0:04 | 01/17/91 |
| VMM308-bed, fast | 82 | 8/13 | 0:08 | 01/18/91 |

* = Optional, scores not included in averages

RAW SCORE = #correct/#attempts                    % SCORE = #correct/#attempts

000026

*79 W. 4500 N. ᵧᵤᵤᵤ, Ut. 84604   phone. 225-78.*
*(Kent + Jane Ann Messenger)*

ovo School District                    **Individualized Education Program (IEP)**                    SpEd 6
Provo, Utah 84604                                                                                    © June 95
                                                                                                     D.D.

Student *Bryan Messenger* ___ Birthdate ___ Date of IEP *10-24-96*

School *Timpview* ___ Primary Language of Parent/Guardian *English*

Classification *Learning Disabled*

Note: In conjunction with this IEP, provide parents with a copy of Procedural Safeguards and
Prior Notice/Documentation with IEP and Placement sections completed.

---

### Special Education and Related Services

Special Education Program          Amount of Time: *104 min*  ☑ Daily  ☐ Weekly

The following related services are required for student to benefit from special education:  *N. A.*

_____     Amount of Time: _____  ☐ Daily  ☐ Weekly

_____     Amount of Time: _____  ☐ Daily  ☐ Weekly

☐  Check if transportation will be provided.

Projected date of initiation of these services, if other than date of IEP: _____

Anticipated duration of the services: ☑  One year from initiation date, OR ☐  Other: _____

---

### Participation in Regular Education programs

Regular Education Program          Amount of Time: *208 min* ☑ Daily  ☐ Weekly

Physical Education (PE) will be addressed through ☑ Regular PE  OR ☐  Modified PE

Other: _____

---

### Transition (Applicable for students 16 and over, or who need transition planning)

☑  Transition planning will be addressed through the student's Student Advisement Program or SEOP

☑  Transition planning is addressed on IEP addendum (see attached)

---

### Placement Review (not applicable for initial placement)

__ Maintain current placement of:
    ☑  Regular class/resource ☐  Special class ☐  Special school ☐  Home Instruction ☐  Hosp./Institution
OR

__ Change current placement (Complete and attach Documentation of Change of Placement and Prior Notice of change of
     placement.)

Parent signature signifies participation in the development of the IEP and receipt and understanding of Procedural Safeguards.

| IEP Participants *See on 13/1 IEP.* | | IEP Review Participants | |
|---|---|---|---|
| *Jane Ann Messenger* Parent signature* | Date *10/24/96* | *Jane Ann Messenger* Parent signature* | Date *10/24/97* |
| *Richard Ford* Parent signature* | Date *10/28/96* | Parent signature* | Date |
| *Bryan M. Messenger* LBA signature | Date *10/24/96* | LBA signature | Date |
| *Sandee Shepard* Student signature | Date *10/24/96* | *Joan Scott* Student signature | Date *10-24-97* |
| *Jennie Munson* Teacher's signature | Date *10-24-96* | Teacher's Signature | Date |
| Signature | Date | Teacher's Signature | Date |
| | | Signature | Date |

*Note: If parent signature is missing, check below:
☐ did not attend (document efforts to involve parent)
☐ participated but refused to sign
☐ via telephone (copy of IEP/procedural saf____
☐ other:_____

*Note: If parent signature is missing, check below:
☐ did not attend (document efforts to involve parent)
☐ participated but refused to sign
___py of IEP/procedural safeguards sent)

**RECEIVED**

NOV **16** 2016

Disability Services
000027

1105653   0-943-207-1
IEP 10/24/96-School Recor

rovo School District
Provo, Utah 84604

# Individualized Education Program (IEP)
(Use multiple sheets as necessary)

SpEd 6a2
© June 95
D.D.

Student: _Bryan Messenger_ Date of IEP: _10-24-96_

2 Annual Goal: _Bryan will increase independence skills_

a •Short Term Objective: _Bryan will continue to use a daily planner to record assignments, tests, projects, and check off as completed._

Criteria, evaluation procedures, and schedule for determining whether objective is being achieved:

_Bryan will self monitor, teachers' records of work completed_

Status: Date Started: _10-24-96_ Date Mastered: _10-24-97_ Other: _____

b •Short Term Objective: _Bryan will participate in job awareness testing in SEOP._

Criteria, evaluation procedures, and schedule for determining whether objective is being achieved:

_as monitored by Counseling office_

Status: Date Started: _10-24-96_ Date Mastered: _____ Other: _____

•Short Term Objective: _____

Criteria, evaluation procedures, and schedule for determining whether objective is being achieved:

Status: Date Started: _____ Date Mastered: _____ Other: _____

000028

School District
, Utah 84604

# Individualized Education Program (IEP)

SpEd 6a1
© June 95
D.D.

Student: _Bryan Messenger_                     Date of IEP: _10-24-96_

**Present Levels of Performance:**

> WCT - 4-95
>
> Basic Reading 4.1
>
> Reading Comprehension 8.5          (H in)
>
> Basic Writing 4.6
>
> Written Expression 8.4
>
>
>
>
>          208 min

/ **Annual Goal:** _Bryan will increase academic skills_

a •**Short Term Objective:** _Bryan will increase basic reading skills by increasing amount of books read each semester_

Criteria, evaluation procedures, and schedule for determining whether objective is being achieved:
_Teacher record of books read._

Status: Date Started: _10-24-96_ Date Mastered: _____ Other: _____

b •**Short Term Objective:** _Bryan will increase word decoding skills by: reading whole sentence and say "blank" for unknown words, asking for help etc. using a dictionary etc._

Criteria, evaluation procedures, and schedule for determining whether objective is being achieved: _1/24/97_
_as monitored by Bryan, teacher, & parents_

Status: Date Started: _10-24-96_ Date Mastered: _____ Other: _____

C •**Short Term Objective:** _Bryan will increase writing skills by keeping a journal daily for reading class, editing write ups for errors himself & with mother._

Criteria, evaluation procedures, and schedule for determining whether objective is being achieved:
_Parent, teacher records, Brian's self monitoring_

Status: Date Started: _10-24-96_ Date Mastered: _____ Other: _____

Provo School District
Provo, Utah 84604

**Individualized Education Program Addendum**
**Transition Planning**

SpEd 6c
©June95
D.D.

Student _Bryan Messenger_                    Date of IEP _10-24-96_

POST SCHOOL OUTCOMES

Describe the student's needs, preferences and interests: _pediatritian, teacher elementary,_
_Enjoys band, interacting with people, little kids_

Check possible post school outcome(s) for the student:

☑ Post secondary education                    ☐ Vocational training
☐ Integrated employment                        ☐ Adult services
   (including supported employment)        ☐ Independent living or community participation

TRANSITION ACTIVITIES/SERVICES

Checks the transition activities/services needed to promote movement from school to the post school outcome(s) checked above. Refer to IEP goals or explain how transition activities/services will be provided. Indicate who will be responsible, and why services may not be needed.

• **Instruction:** See student's IEP and/or SEOP.

• **Community Experiences:** means experiences outside of school, facilitated by the school and designed to achieve post school outcomes (e.g. shopping, accessing the community, transportation, job sampling).

Experiences that will be provided: See IEP goal(s) #_____ or list experiences:
_Rides a bike, will learn to ride UTA_

Agency responsible: ☑ School District ☐ Other _____
OR *Statement explaining why service is not needed:*   _10-24-97_
☐ Functions independently in the community.  ☐ Other _____

• **Employment Objectives:** means objectives designed to prepare the student for employment.

**Post School Adult Living:** means objectives designed to prepare the student for post school adult living.

Employment objective: See IEP Goal(s) #_____
Agency responsible:  ☐ School District ☑ Other _home_
Post school adult living objective: See IEP Goal(s) #_____
Agency responsible:  ☐ School District ☐ Other _____
OR *Statement explaining why service is not needed:*
☐ Student is adequately prepared for employment. ☐ Student is adequately prepared for post school adult living.
☑ Other _Can cook, clean house, is learning to do laundry._

• **Acquisition of Daily Living Skills:** means skills that prepare the student for daily living. See IEP Goal(s) #_____
Agency responsible:  ☐ School District ☑ Other _home_
☐ Not Appropriate

• **Functional Vocational Evaluation:** means an assessment of student's vocational aptitudes and skills for a supported employment setting.
Agency responsible:  ☑ School District ☐ Other _____
☐ Not Appropriate

If the student did not participate in this plan, indicate the steps taken to ensure the student's preferences were considered. _____
_____

If a representative of an agency responsible for providing an activity did not participate, indicate the steps that will be taken to obtain the participation of the agency. _____

000030

Provo School District
Provo, Utah 84604

# Individualized Education Program (IEP)

SpEd 6
● June 95
D.D.

Student _Br yan Messenger_ Birthdate ____ Date of IEP _10-24-97_

School _I m j 2 v i w_ Primary Language of Parent/Guardian _English_

Classification _Learning Disabled_

Note: In conjunction with this IEP, provide parents with a copy of Procedural Safeguards and
Prior Notice/Documentation with IEP and Placement sections completed.

## Special Education and Related Services

Special Education Program          Amount of Time: _15 mn_ ❑ Daily ☒ Weekly

The following related services are required for student to benefit from special education:

_____          Amount of Time: _____ ❑ Daily ❑ Weekly

_____          Amount of Time: _____ ❑ Daily ❑ Weekly

❑   Check if transportation will be provided.

Projected date of initiation of these services, if other than date of IEP: _____

Anticipated duration of the services: ❑   One year from initiation date, OR ❑   Other: _____

## Participation in Regular Education programs

Regular Education Program          Amount of Time: _____ ❑ Daily ❑ Weekly

Physical Education (PE) will be addressed through ❑ Regular PE   OR ❑ Modified PE

Other: _____

## Transition (Applicable for students 16 and over, or who need transition planning)

❑   Transition planning will be addressed through the student's Student Advisement Program or SEOP

❑   Transition planning is addressed on IEP addendum (see attached)

## Placement Review (not applicable for initial placement)

__ Maintain current placement of:
  ❑   Regular class/resource ❑   Special class ❑   Special school ❑   Home Instruction ❑   Hosp./Institution
OR
__ Change current placement (Complete and attach Documentation of Change of Placement and Prior Notice of change of placement.)

Parent signature signifies participation in the development of the IEP and receipt and understanding of Procedural Safeguards.

IEP Participants (Review)

| Parent signature* | Date |
|---|---|
| Parent signature* | Date |
| LEA signature | Date |
| Student signature | Date |
| Teacher's signature | Date |
| Teacher's Signature | Date |
| Signature | Date |

*Note: If parent signature is missing, check below:
❑ did not attend (document efforts to involve parent)
❑ participated but refused to sign
❑ via telephone (copy of IEP/procedural safeguards sent)
❑ other: _____

IEP Review Participants

| Parent signature* _Jami Ann Messenger_ | Date _10/24/97_ |
|---|---|
| Parent signature* | Date |
| LEA signature | Date |
| Student signature _William Stott_ | Date _10 24 97_ |
| Teacher's signature _Janna Cohnuon_ | Date _10-24-97_ |
| Teacher's Signature | Date |
| Signature | Date |

*Note: If parent signature is missing, check below:
❑ did not attend (document efforts to involve parent)
❑ participated but refused to sign
❑ via telephone (copy of IEP/procedural safeguards sent)
❑ other: _____

Provo School District
Provo, Utah 84604

## Individualized Education Program (IEP)

SpEd 661
© June 95
D.D.

Student: _Bryan Messenger_          Date of IEP: _10-24-97_

**Present Levels of Performance:**

> WCJ   4 95
> Base Reading  4.1
> Reading Comp.  8.5
> Basic Wrt.  4.6
> Written ep.  8.4

**Annual Goal:** _Increase Academic skills_

• **Short Term Objective:** Bryan will increase basic reading skills by reading 30 minutes/day 5 days per week.

Criteria, evaluation procedures, and schedule for determining whether objective is being achieved:
Bryan teachers, parents

Status: Date Started: _10 24 97_  Date Mastered: _____  Other: _____

• **Short Term Objective:** Bryan will improve decoding skills by sounding new words he does not know 100% of the time

Criteria, evaluation procedures, and schedule for determining whether objective is being achieved:
Bryan Parents, teachers

Status: Date Started: _10 24 97_  Date Mastered: _____  Other: _____

• **Short Term Objective:** Bryan will improve writing skills by recording in a journal 4 days per week each week.

Criteria, evaluation procedures, and schedule for determining whether objective is being achieved:
Bryan, teachers, parents

Status: Date Started: _10-24 97_  Date Mastered: _____  Other: _____

Provo School District
Provo, Utah 84604

## Transition Planning

SpEd 6c
© June 95
D.D.

Student: _Peder C S_____ Date of IEP: _6-20-17_

### Post School Outcomes

Check the post school outcome(s) for the student and describe.

☑ Post secondary education. Describe: _will be along with his cl_____ _____ _____ _____ insenioryearx _____ ___ p.m._

☐ Vocational training. Describe:_____

☐ Integrated employment (includes supported employment). Describe:_____

☐ Continuing and adult education. Describe:_____

☐ Adult services. Describe:_____

☐ Independent living or community participation. Describe:_____

### Transition Activities/Services

Check the transition activities/services needed to promote movement from school to the post school outcome(s) checked above. Explain the activities/services and indicate the agency that will be responsible for providing them. If an activity/service is not checked, use the explanation space to indicate why the service is not needed.

☐ Instruction. Explanation:_____

Agency responsible: ☐ School District    ☐ Other_____

☐ Community experiences. Explanation:_____

Agency responsible: ☐ School District    ☐ Other_____

☐ Employment or other post school adult living objectives. Explanation:_____

Agency responsible: ☐ School District    ☐ Other_____

☐ Acquisition of daily living skills. Explanation:_____

Agency responsible: ☐ School District    ☐ Other_____

☐ Functional vocational evaluation. Explanation:_____

Agency responsible: ☐ School District    ☐ Other_____

### Participants

After completing, have participants sign the IEP.

If the student did not participate in this plan, indicate the steps taken to ensure the student's preferences were considered:_____

If a representative of an agency responsible for providing an activity did not participate, indicate the steps that will be taken to obtain the participation of the agency:_____

000033

Provo School District
Provo, Utah 84604

## Individualized Education Program (IEP)

SpEd 5
©July 98
D.D.

Student _____ Birthdate _____ Date of IEP _____

School _____ Classification _Learning Disable_

---

### Services needed to achieve annual goals and advance in general curriculum

| • Special education services | Location | Amount of Time | Frequency |
|---|---|---|---|
| _____ | □ R □ S □ O _____ | _____ | □ D □ W □ O _____ ☑ N/A |
| _____ | □ R □ S □ O _____ | _____ | □ D □ W □ O _____ □ N/A |
| _____ | □ R □ S □ O _____ | _____ | □ D □ W □ O _____ ☑ N/A |
| _____ | □ R □ S □ O _____ | _____ | □ D □ W □ O _____ ☑ N/A |

• Related services required for student to benefit from special education:

| | Location | Amount of Time | Frequency |
|---|---|---|---|
| _____ | □ R □ S □ O _____ | _____ | □ D □ W □ O _____ ☑ N/A |
| _____ | □ R □ S □ O _____ | _____ | □ D □ W □ O _____ □ N/A |
| _____ | □ R □ S □ O _____ | _____ | □ D □ W □ O _____ □ N/A |
| _____ | □ R □ S □ O _____ | _____ | □ D □ W □ O _____ □ N/A |

□ Check if transportation will be provided.

• Program modifications, supports, or supplementary aids and services in regular education programs

| | Frequency |
|---|---|
| _____ | □ D □ W □ O _____ ☑ N/A |
| _____ | □ D □ W □ O _____ □ N/A |
| _____ | □ D □ W □ O _____ □ N/A |
| _____ | □ D □ W □ O _____ □ N/A |

R = Regular class, S = Special education class, O = Other, D = Daily, W = Weekly, N/A = Not Applicable

• Projected date of initiation of these services, if other than date of IEP: _____

• Anticipated duration of the services: One year from initiation date, or Other: _____

---

### Regular Curriculum, Extra-curricular and Non-academic Activities

Except for special education class times noted above, the student will participate in the regular class, regular PE, extra-curricular and non-academic activities to the same extent as non-disabled students, or □ other exceptions, (specify and explain) _____

---

### State and District Assessment

CORE testing    The student:    ☑ will participate.

□ will participate with modifications. Explain: _____

□ will not participate because it does not reflect the content of the student's curriculum. Explain how he/she will be assessed: _____

SAT testing    The student:    ☑ will participate.

□ will not participate because grade level not assessed or

□ will not participate because it does not reflect the content of the student's curriculum. Explain how he/she will be assessed: _____

---

### In developing this IEP, the team considered the following (check if appropriate):

- □ Behavioral strategies for the student whose behavior impedes his or her learning or that of others.
- □ Language needs for the limited English proficient student as they relate to the IEP.
- □ Braille instruction for the student who is blind or visually impaired.
- □ Communication and language needs for the student who is deaf or hard of hearing.
- □ Assistive technology for the student who, without it, would not benefit from special education.
- □ Extended School Year (ESY) for the student who requires it to remain in his or her current least restrictive environment and/or whose attainment of expected level of self-sufficiency and independence is unlikely without it.

000034

**Transition (For students beginning at age 14 and younger, if appropriate)**

☑ Transition planning will be addressed through the student's Student Advisement Program or SEOP

☑ Transition planning is addressed on IEP addendum (see attached)

**Placement Review (not applicable for initial placement)**

☑ Maintain current placement   or

☐ Change current placement  (Complete Prior Notice for Change of Placement in Special Education.)

**Parent Prior Notice for Free Appropriate Public Education**

The IEP team proposes to implement this program based on the student's needs and represents the free, appropriate public education the student will be provided. You have received and have protection under the Procedural Safeguards which were sent to you upon the student's referral for evaluation. You may receive another copy of the Procedural Safeguards from the special education teacher. If you have any questions regarding this notice or the Procedural Safeguards, contact the special education teacher at the student's school.

If you have a complaint regarding this process, a copy of the Utah State Office of Education complaint procedures and timeline are available from the Utah State Office of Education Coordinator of Special Education (801-538-7706).

| IEP Team Participants* | | IEP Review Team Participants* | |
|---|---|---|---|
| _Ariel Ann Messer_ | Parent | | Parent |
| ✓ | LEA | | LEA |
| | Student | | Student |
| | Regular Ed Teacher | | Regular Ed Teacher |
| _____ | Special Ed Teacher | | Special Ed Teacher |
| | Other | | Other |
| | Other | | Other |
| | Other | | Other |
| | Other | | Other |

*Note: If parent signature is missing, check below:

☐ Did not attend (document efforts to involve parent)
☐ Via telephone
☐ Other: _____

• *Note: If parent signature is missing, check below:

☐ Did not attend (document efforts to involve parent)
☐ Via telephone
☐ Other: _____

000035

Provo School District
Provo, Utah 84604

# Individualized Education Program (IEP)
(Use multiple sheets as necessary)

SpEd 5a1
©July 98
D.D.

Student _____Bryan Missinou_____ Date of IEP _____9-21-98_____

Measurable Annual Goal: _____Bryan will implement his writing_____
_____with 30 uing dism for next kuds_____

Methods of how the student's progress towards this goal will be measured: ☐ Test scores  ☐ Grades  ☑ Work sample  ☐ Checklist
☑ Curriculum based assessment  ☐ Behavior observations  ☐ Other (specify)_____

Parents will be informed of student's progress as often as non-disabled students by: ☑ Parent/Teacher Conference  ☐ Report Cards
☑ Progress Report  ☐ Other: _____

| Report of progress on Annual Goal: | Date *Progress Code | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

*Progress Code 1. Sufficient progress to meet goal  2. Insufficient progress to meet goal (Review goal)  3. Not appropriate in this reporting period

*Short Term Objectives/Benchmarks: _____Bryan will slow down and_____
_____proofread carefully for errors as he writes._____
_____100% of the time, as measured by_____
_____teacher + print observation and written_____
_____work._____

Measurable Annual Goal: _____

Methods of how the student's progress towards this goal will be measured: ☐ Test scores  ☐ Grades  ☐ Work sample  ☐ Checklist
☐ Curriculum based assessment ☐ Behavior observations  ☐ Other (specify)_____

Parents will be informed of student's progress as often as non-disabled students by: ☐ Parent/Teacher Conference  ☐ Report Cards
☐ Progress Report  ☐ Other: _____

| Report of progress on Annual Goal: | Date *Progress Code | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

*Progress Code 1. Sufficient progress to meet goal  2. Insufficient progress to meet goal (Review goal)  3. Not appropriate in this reporting period

*Short Term Objectives/Benchmarks: _____

000036

Provo School District
Provo, Utah 84604

## Individualized Education Program

SpEd 5a
©July 98
D.D.

Student: _Bryun Messprc_        Date of IEP: _9-21-98_

### Present Levels of Performance:

For school age students, describe how the student's disability effects student's involvement and progress in the general curriculum.
For preschool age students, describe how the disability effects the student's participation in appropriate activities.

UCT 5·14·98

Applied Problems 16.9
Basic Reading 7.5
Reading Comp. 15.8
Basic Math 16.9
Written Exp. 9.6

Measurable Annual Goal: _Bryun will continue work from_
_previous I.E.P's._

Methods of how the student's progress towards this goal will be measured: ☐ Test scores ☐ Grades ☑ Work sample ☐ Checklist
☐ Curriculum based assessment ☑ Behavior observations ☐ Other (specify) _____

Parents will be informed of student's progress as often as non-disabled students by: ☑ Parent/Teacher Conference ☐ Report Cards
☐ Progress Report ☐ Other: _____

| Report of progress on Annual Goal: | Date | | | | | |
|---|---|---|---|---|---|---|
| | *Progress Code | | | | | |

*Progress Code   1. Sufficient progress to meet goal   2. Insufficient progress to meet goal (Review goal)   3. Not appropriate in this reporting period

• Short Term Objectives/Benchmarks: _Bryan will continue his reading_
_at or above 100% of this time, as measured_
_by print dictation with an 2.5._

000037

Provo School District
Provo, Utah 84604

**Prior Notice of Identification and
Determination of Eligibility for Learning Disabilities**

SpEd 3a
© July 98
D.D.

Student _____   Date _____

School _____   Grade _12_

| Achievement Tests | Date | Ability Tests | Date |
|---|---|---|---|
| ☐ Woodcock Johnson Part II | _____ | ☐ Woodcock Johnson Part 1 | _____ |
| ☐ PIAT | _____ | ☑ Weschler Scales | _____ |
| ☐ Woodcock Reading Mastery | _____ | ☐ K-ABC | _____ |
| ☐ Key Math | _____ | ☐ Matrix Analogy Test | _____ |
| ☐ WIAT | _____ | ☐ Other _____ | _____ |
| ☐ Other _____ | _____ | ☐ Other _____ | _____ |

Check area(s) in which this student shows a severe discrepancy:

*Attach behavioral observation form and Estimator disk printout(s).*

☐ Oral Expression    ☐ Written Expression    ☐ Listening Comprehension

☐ Basic Reading Skills    ☐ Reading Comprehension    ☐ Math Calculations    ☐ Math Reasoning

| | | |
|---|---|---|
| Is the student primarily identified as manifesting any other disabling conditions described in the USOE Special Education Rules? | ☐ Yes | ☐ No |
| Does the severity of this deficiency warrant special education placement? | ☐ Yes | ☐ No |
| Can this student's educational needs be addressed without special education services? | ☐ Yes | ☐ No |
| Are there educationally relevant medical findings? Attach supporting data. | ☐ Yes | ☐ No |

The relevant behavior noted during the observation of the child and the relationship of that behavior to the child's academic functioning: _____

_____

The team may not identify a student as having a learning disability if the severe discrepancy between ability and achievement is primarily a result of a visual, hearing, or motor impairment; mental retardation; emotional disturbance; or environmental, cultural or economic disadvantage.

The multidisciplinary team has reviewed the evaluation data and proposes the following action:

☐ This student has a learning disability, as defined in the Individuals with Disabilities Education Act (IDEA) that adversely effects educational performance and requires specialized instruction. Neither lack of instruction in reading or math, nor limited English proficiency was a factor in this determination.

☑ This student does not have a learning disability, as defined in the IDEA, that adversely effects educational performance and does not require specialized instruction.

You have received and have protection under the Procedural Safeguards which were sent to you upon notice of the student's referral for evaluation. You may receive another copy of these Procedural Safeguards from the Special Education teacher . If you have any questions regarding this notice or your Procedural Safeguards, contact the special educationteacher at your child's school.

If you have a complaint regarding this process, a copy of the Utah State Office of Education complaint procedures is available from the the Utah State Office of Education Coordinator of Special Education (801-538-7706).

| Team Participants | Title |
|---|---|
| _____ | Parent |
| _____ | _____ |
| _____ | _____ |
| _____ | Coordinator |
| _____ | Special Ed. |

*Team members must present a separate statement if different from above.*

Note: If parent signature is missing, check below:
☐ Did not attend (document efforts to involve parent)
☐ Via telephone
☐ Other: _____

Green copy to file, white copy to parent

Provo School District
Provo, Utah 84604

**Individualized Education Program Addendum
Transition Planning**

SpEd 5c
©July 98
D.D.

Student _____ Date of IEP _____

## POST SCHOOL OUTCOMES

Describe the student's needs, preferences and interests: _____

Check possible post school outcome(s) for the student:

- ☒ Post secondary education
- ☐ Integrated employment
  (including supported employment)
- ☐ Vocational training
- ☐ Adult services
- ☐ Independent living or community participation

## TRANSITION ACTIVITIES/SERVICES

Check the transition activities/services needed to promote movement from school to the post school outcome(s) checked above. Refer to IEP goals or explain how transition activities/services will be provided. Indicate who will be responsible, and why services may not be needed.

- **Instruction:** See student's IEP and/or SEOP.

- **Community Experiences:** means experiences outside of school, facilitated by the school and designed to achieve post school outcomes (e.g. shopping, accessing the community, transportation, job sampling).

  Experiences that will be provided: See IEP goal(s) # _____ or list experiences:

  _____

  Agency responsible:  ☐ School District  ☐ Other _____

  OR *Statement explaining why service is not needed:*

  ☒ Functions independently in the community.  ☐ Other_____

- **Employment Objectives:** means objectives designed to prepare the student for employment.
  **Post School Adult Living:** means objectives designed to prepare the student for post school adult living.

  Employment objective: See IEP Goal(s) # _____

  Agency responsible:  ☐ School District  ☐ Other _____

  Post school adult living objective: See IEP Goal(s) # _____

  Agency responsible:  ☐ School District  ☐ Other _____

  OR *Statement explaining why service is not needed:*

  ☐ Student is adequately prepared for employment.  ☐ Student is adequately prepared for post school adult living.

  ☐ Other_____

- **Acquisition of Daily Living Skills:** means skills that prepare the student for daily living. See IEP Goal(s) # _____

  Agency responsible:  ☐ School District  ☐ Other _____

  ☒ Not Appropriate

- **Functional Vocational Evaluation:** means an assessment of student's vocational aptitudes and skills for a supported employment setting.

  Agency responsible:  ☐ School District  ☐ Other_____

  ☒ Not Appropriate

If the student did not participate in this plan, indicate the steps taken to ensure the student's preferences were considered.

_____

If a representative of an agency responsible for providing an activity did not participate, indicate the steps that will be taken to obtain the participation of the agency. _____

Provo School District
Provo, Utah 84604

### Individualized Education Program Addendum
### Transition Planning

SpEd 6c
©June95
D.D.

Student _Bryan Messenger_     Date of IEP _10 - 24 - 96_

**POST SCHOOL OUTCOMES**

Describe the student's needs, preferences and interests: _pediatrician, teacher elementary_
_Enjoys hand, interacting with people, little kids_

Check possible post school outcome(s) for the student:

☑ Post secondary education      ❑ Vocational training
❑ Integrated employment      ❑ Adult services
   (including supported employment)      ❑ Independent living or community participation

**TRANSITION ACTIVITIES/SERVICES**

Check the transition activities/services needed to promote movement from school to the post school outcome(s) checked above. Refer to IEP goals or explain how transition activities/services will be provided. Indicate who will be responsible, and why services may not be needed.

- **Instruction:** See student's IEP and/or SEOP.

- **Community Experiences:** means experiences outside of school, facilitated by the school and designed to achieve post school outcomes (e.g. shopping, accessing the community, transportation, job sampling).

  Experiences that will be provided: See IEP goal(s) # _____ or list experiences:
  _____ such learn to ride UTA_

  Agency responsible: ❑ School District ❑ Other _____
  OR *Statement explaining why service is not needed:*
  ❑ Functions independently in the community. ❑ Other _____

- **Employment Objectives:** means objectives designed to prepare the student for employment.
  **Post School Adult Living:** means objectives designed to prepare the student for post school adult living.
  Employment objective: See IEP Goal(s) # _____
  Agency responsible: ❑ School District ☑ Other _home_
  Post school adult living objective: See IEP Goal(s) # _____
  Agency responsible: ❑ School District ❑ Other _____
  OR *Statement explaining why service is not needed:*
  ❑ Student is adequately prepared for employment. ❑ Student is adequately prepared for post school adult living.
  ❑ Other _Can cook, clean house, is learning to do laundry._

- **Acquisition of Daily Living Skills:** means skills that prepare the student for daily living. See IEP Goal(s) # _____
  Agency responsible: ❑ School District ☑ Other _home_
  ❑ Not Appropriate

- **Functional Vocational Evaluation:** means an assessment of student's vocational aptitudes and skills for a supported employment setting.
  Agency responsible: ☑ School District ❑ Other _____
  ❑ Not Appropriate

If the student did not participate in this plan, indicate the steps taken to ensure the student's preferences were considered.
_____
_____

If a representative of an agency responsible for providing an activity did not participate, indicate the steps that will be taken to obtain the participation of the agency. _____

Provo School District
Provo, Utah 84604

# Individualized Education Program (IEP)

SpEd 6
© June 95
D.D.

Student _Bryan Thusough_   Birthdate _____   Date of IEP _____

School _Timpview_   Primary Language of Parent/Guardian _English_

Classification _____

Note: In conjunction with this IEP, provide parents with a copy of Procedural Safeguards and Prior Notice/Documentation with IEP and Placement sections completed.

---

## Special Education and Related Services

Special Education Program        Amount of Time: _____ ❑ Daily ❑ Weekly

The following related services are required for student to benefit from special education:

_____   Amount of Time: _____ ❑ Daily ❑ Weekly

_____   Amount of Time: _____ ❑ Daily ❑ Weekly

❑   Check if transportation will be provided.

Projected date of initiation of these services, if other than date of IEP: _____

Anticipated duration of the services: ☑ One year from initiation date, OR ❑ Other: _____

---

## Participation in Regular Education programs

Regular Education Program        Amount of Time: _____ ❑ Daily ❑ Weekly

Physical Education (PE) will be addressed through ☑ Regular PE OR ❑ Modified PE

Other: _____

---

## Transition (Applicable for students 16 and over, or who need transition planning)

☑   Transition planning will be addressed through the student's Student Advisement Program or SEOP

☑   Transition planning is addressed on IEP addendum (see attached)

---

## Placement Review (not applicable for initial placement)

— Maintain current placement of:

☑ Regular class/resource ❑   Special class ❑   Special school ❑   Home Instruction ❑   Hosp./Institution

OR

— Change current placement (Complete and attach Documentation of Change of Placement and Prior Notice of change of placement.)

Parent signature signifies participation in the development of the IEP and receipt and understanding of Procedural Safeguards.

| IEP Participants | | IEP Review Participants | |
|---|---|---|---|
| *Parent signature* _Jane Ann Meavenjon_ | Date 1/24/96 | Parent signature* | Date |
| Parent signature* | Date | Parent signature* | Date |
| LEA signature _N. Meaverenon_ | Date | LEA signature | Date |
| Student signature _Bryan Thusough_ | Date 10/24/96 | Student signature | Date |
| Teacher's signature | Date | Teacher's signature | Date |
| Teacher's Signature | Date | Teacher's Signature | Date |
| Signature | Date | Signature | Date |

*Note: If parent signature is missing, check below:
❑ did not attend (document efforts to involve parent)
❑ participated but refused to sign
❑ via telephone (copy of IEP/procedural safeguards sent)
❑ other: _____

*Note: If parent signature is missing, check below:
❑ did not attend (document efforts to involve parent)
❑ participated but refused to sign
❑ via telephone (copy of IEP/procedural safeguards sent)
❑ other: _____

Provo School District
Provo, Utah 84604

## Individualized Education Program (IEP)

SpEd 6a1
© June 95
D.D.

Student: _Bryan Weninger_     Date of IEP: _10 - 24 - '96_

**Present Levels of Performance:**

WRT - 4 - 95
Basic reading 4.1
Reading comprehension 3.5
Basic writing 4.6
Written Expression 5.1

Annual Goal: _Bryan will increase academic skills_

• **Short Term Objective:** _Bryan will increase basic Reading skills by increasing amount of books read each semesters_

Criteria, evaluation procedures, and schedule for determining whether objective is being achieved:
_Teacher record of books read._

Status: Date Started: _10 - 24 - 96_ Date Mastered: _____ Other: _____

• **Short Term Objective:** _Bryan will increase word decoding skills by: reading whole sentences and say "blank" for unknown words, asking for help etc. using a dictionary etc._

Criteria, evaluation procedures, and schedule for determining whether objective is being achieved:
_as monitored by Bryan, teacher, + parents_

Status: Date Started: _10 - 24 - 96_ Date Mastered: _____ Other: _____

• **Short Term Objective:** _Bryan will increase writing skills by keeping a journal daily for reading class; editing write ups for errors himself with mother_

Criteria, evaluation procedures, and schedule for determining whether objective is being achieved:
_Parent, teacher records, Brian's self monitoring_

Status: Date Started: _10 - 24 - 96_ Date Mastered: _____ Other: _____

000042

Provo School District
Provo, Utah 84604

# Individualized Education Program (IEP)
(Use multiple sheets as necessary)

SpEd 6a2
© June 95
D.D.

Student: _Bryan Thompson_ Date of IEP: _10-24-96_

2 Annual Goal: _Bryan will increase independence skills_

• Short Term Objective: _Bryan will continue to use a daily planner to record assignments, tests, projects, and check off as completed._

Criteria, evaluation procedures, and schedule for determining whether objective is being achieved:
_Bryan will self monitor, teachers records if work completed_

Status: Date Started: _10-24-96_ Date Mastered: _____ Other: _____

6. • Short Term Objective: _Bryan will participate in job awareness testing in SEOP._

Criteria, evaluation procedures, and schedule for determining whether objective is being achieved:
_as monitored by counseling office_

Status: Date Started: _10-24 96_ Date Mastered: _____ Other: _____

• Short Term Objective: _____

Criteria, evaluation procedures, and schedule for determining whether objective is being achieved:

Status: Date Started: _____ Date Mastered: _____ Other: _____

000043

PROVO SCHOOL DISTRICT
Provo, Utah 84604

Sp. Ed. 11
July 94

**PARENTAL PRIOR NOTICE**

Re: *Bryan Messenger*                                   Date: *9/2/94*
   Student's Name

Dear *Mr. & Mrs. Messenger*

The *Farrer* _____ special education multidisciplinary team is considering the following action(s) checked below:

☐ Determining the student's eligibility for         ☒ Developing an Individualized Education Program for the student
   special education services                       ☐ Reviewing or revising the student's Individualized Education Program

☐ A change in special education service delivery    ☐ Re-evaluating the student's need for continued special education services

☐ A change in classification for receiving special  ☐ Other _____
   education services

1. This action is being proposed because of:

☐ Academic concerns   ☐ Speech/language concerns   ☐ Behavior concerns   ☐ Health concerns   ☐ Program planning

☒ Continued eligibility to receive special education services   ☐ Transition   ☐ Other _____

2. Prior to this proposal, the following options were attempted and rejected because concerns expressed in item 1 continue to exist:

☐ Student and parent conferences   ☐ Academic adjustments and tracking   ☐ Schedule/teacher change   ☐ Tutoring

☐ School disciplinary actions   ☒ Not applicable   ☐ Other _____

3. The action proposed above is based on the following evaluation procedures, tests, records, or reports:

☐ Teacher observation and records   ☐ Achievement test scores   ☐ Curriculum-based assessment

☐ Multidisciplinary Team Report   ☒ Not applicable   ☐ Other _____

4. Other factors relevant to the action proposed above are:

☐ Parent concern   ☐ Student concern   ☒ None   ☐ Other _____

Your assistance is requested to:   ☐ Sign and return the permission to test form.

☐ Complete the enclosed _____ and return it to us

☒ Arrange to meet with the team to discuss the above proposed action, as described below.

Proposed Meeting Arrangements

Date: *9/9/94*   Time: *9:00*   We will be meeting at: *conference room*

At the present time we anticipate _____

_____ will be meeting with us. Please let us know if this is a convenient time
for you so we can finalize the plans for the meeting. If you wish to have someone else attend, you may do so.

Please call *____ Hammill* at *374-4970* between the hours of *7:30* and *3:00* if
                Person's Name         Phone Number
you have any questions about the information provided above. A copy of the Parent Rights is enclosed. Please read them carefully.
We will review these with you when we meet.

*** White copy retain

1105654   0-843-207-1
**Parental Notice of IEP 9/**

RECEIVED

NOV 1 6 2016

Disability Services

000044

PROVO SCHOOL DISTRICT
Provo, Utah 84604

I. E. P.
GOAL AND OBJECTIVES

Sp. Ed. 5b
July 94

Student Name: *Bryan Messinger* School: *Farrer* Date: *9/9/94*

Annual Goal: *Bryan will improve his reading skills.*

---

If service is provided less than daily complete the following:

Circle days served:

| | Mon. | Tue. | Wed. | Thur. | Fri. |
|---|---|---|---|---|---|
| Duration of service session (hrs./mins.): | | | | | |

---

Measurable Short Term Objectives: (Minimum of two)

1. *Bryan will continue to read at home in the evenings for ½ hr. 5 nights a week. He will report to his mom on a book every 60 days.*

2. *Bryan will fully participate in the in-class reading in English. He will participate in the Silent Sustained Reading program, & complete a book report based on that reading.*

---

Evaluation/Data Collection Procedure   (Indicate at least 1)

Observation (include frequency) _____

Informal Assessment (method) _____

Formal Assessment (test) _____

Annual Review of Short Term Objectives

Date Reviewed: _____   ☐ Objectives Met   ☐ Progress Made   ☐ No Change

Comments: _____

*** White copy retained in blue folder, yellow for school use, pink copy to parent or student. ***

000045

PROVO SCHOOL DISTRICT
Provo, Utah 84604

**I. E. P.**
**GOAL AND OBJECTIVES**

Sp. Ed. 5b
July 94

Student Name: Bryan Messenger School: Farrer Date: 9/9/94

Annual Goal: Bryan will improve in written language.

---

If service is provided less than daily complete the following:

Circle days served: | Mon. | Tue. | Wed. | Thur. | Fri.

Duration of service session (hrs./mins.):

---

**Measurable Short Term Objectives:** (Minimum of two)

1. Bryan will complete 1 spelling lesson per week. He will do the exercises in class, and take the word list home on Mon. to work on during the week with his parents. Bryan will achieve scores of 90 % or higher on the Friday post tests.

2. Bryan will write journal entries in class at least 2 x a week. 10 line minimum? These entries will be at least 70 % accurate in terms of mechanics. Mrs. Messmott will work with him to make corrections when needed.

**Evaluation/Data Collection Procedure** (Indicate at least 1)

Observation (include frequency) _____

Informal Assessment (method) _____

Formal Assessment (test) _____

**Annual Review of Short Term Objectives**

Date Reviewed: _____  ☐ Objectives Met   ☐ Progress Made   ☐ No Change

Comments: _____

---

*** White copy retained in blue folder, yellow for school use, pink copy to parent or student. ***

000046

PROVO SCHOOL DISTRICT
Provo, Utah 84604

Sp. Ed. 11
July 94

**PARENTAL PRIOR NOTICE**

Re: *Bryan Messenger*

Date: *March 24, 1995*

Student's Name

Dear *Mr. & Mrs. Messenger*

The *Farrer* _____ special education multidisciplinary team is considering the following action(s) checked below:

☐ Determining the student's eligibility for special education services

☐ A change in special education service delivery

☐ A change in classification for receiving special education services

☐ Developing an Individualized Education Program for the student

☐ Reviewing or revising the student's Individualized Education Program

☒ Re-evaluating the student's need for continued special education services

☐ Other _____

*(3 yr. testing)*

1. This action is being proposed because of:

☐ Academic concerns   ☐ Speech/language concerns   ☐ Behavior concerns   ☐ Health concerns   ☐ Program planning

☒ Continued eligibility to receive special education services   ☐ Transition   ☐ Other _____

2. Prior to this proposal, the following options were attempted and rejected because concerns expressed in item 1 continue to exist:

☐ Student and parent conferences   ☐ Academic adjustments and tracking   ☐ Schedule/teacher change   ☐ Tutoring

☐ School disciplinary actions   ☒ Not applicable   ☐ Other _____

3. The action proposed above is based on the following evaluation procedures, tests, records, or reports:

☐ Teacher observation and records   ☐ Achievement test scores   ☐ Curriculum-based assessment

☐ Multidisciplinary Team Report   ☒ Not applicable   ☐ Other _____

4. Other factors relevant to the action proposed above are:

☐ Parent concern   ☐ Student concern   ☒ None   ☐ Other _____

Your assistance is requested to:   ☒ Sign and return the permission to test form.

☐ Complete the enclosed _____ and return it to us.

☐ Arrange to meet with the team to discuss the above proposed action, as described below.

Proposed Meeting Arrangements

Date: _____ Time: _____ We will be meeting at: _____

At the present time we anticipate _____ , _____ ,

_____ , _____ will be meeting with us. Please let us know if this is a convenient time

for you so we can finalize the plans for the meeting. If you wish to have someone else attend, you may do so.

Please call *Carl Menn* at *374-4971* between the hours of *7:30* and *3:00* if

Person's Name    Phone Number

you have any questions about the information provided above. A copy of the Parent Rights is enclosed. Please read them carefully.
We will review these with you when we meet.

*** White copy retained in blue folder, yellow copy to parent. ***

000047

Provo School District
Provo, Utah 84604

# Individualized Education Program (IEP)

SpEd 6
© June 95
D.D.

Student _Bryan Messinger_   Birthdate _____   Date of IEP _____

School _Farrer Middle School_   Primary Language of Parent/Guardian _English_

Classification _Sa H G Leeling_

Note: In conjunction with this IEP, provide parents with a copy of Procedural Safeguards and Prior Notice/Documentation with IEP and Placement sections completed.

---

### Special Education and Related Services

Special Education Program   Amount of Time: _8_   ☐ Daily   ☑ Weekly

The following related services are required for student to benefit from special education:

_____   Amount of Time: _____   ☐ Daily   ☐ Weekly

_____   Amount of Time: _____   ☐ Daily   ☐ Weekly

☐   Check if transportation will be provided.

Projected date of initiation of these services, if other than date of IEP:_____

Anticipated duration of the services: ☐ One year from initiation date, OR ☐ Other:_____

---

### Participation in Regular Education programs

Regular Education Program   Amount of Time: _19½_   ☐ Daily   ☑ Weekly

Physical Education (PE) will be addressed through ☑ Regular PE   OR   ☐ Special PE

---

### Transition (Applicable for students over 16, or who need transition planning)

☑   Transition planning will be addressed through the student's Student Advisement Program or SEOP

☐   Transition planning is addressed on IEP addendum (see attached)

---

### Placement Review (not applicable for initial placement)

— Maintain current placement of:
   ☑ Regular class/resource   ☐ Special class   ☐ Special school   ☐ Home Instruction   ☐ Hosp./Institution
OR
— Change current placement (Complete and attach Documentation of Change of Placement and Prior Notice of change of placement)

---

Parent signature signifies participation in the development of the IEP and receipt and understanding of Procedural Safeguards.

| IEP Participants | | IEP Review Participants | |
|---|---|---|---|
| _signature_   8/31/95 | | | |
| LEA signature / Date | | LEA signature / Date | |
| _Jane Ann Messenger_   8/31/95 | | | |
| Parent signature* / Date | | Parent signature* / Date | |
| Parent signature* / Date | | Parent signature* / Date | |
| Student signature / Date   8/31/95 | | Student signature / Date | |
| Student's teacher's signature / Date | | Student's teacher's signature / Date | |
| _signature_   8/31/95 | | | |
| Signature and Title / Date | | Signature and Title / Date | |
| Signature and Title / Date | | Signature and Title / Date | |

*Note: If signature is missing, check below:
☐ did not attend (document efforts to involve parent)
☐ participated but refused to sign
☐ via telephone (copy of IEP/procedural safeguards sent)
☐ other:_____

*Note: If parent signature is missing, check below:
☐ did not attend (document efforts to involve parent)
☐ participated but refused to sign
☐ via telephone (copy of IEP/procedural safeguards sent)
☐ other:_____

000048

Provo School District
Provo, Utah 84604

# Individualized Education Program (IEP)

SpEd 6a1
© June 95
D.D.

**Student:** [illegible] **Date of IEP:** [illegible]

**Present Levels of Performance:**

Strengths: [illegible]

Needs: Ryan has difficulty in the area of written language ([illegible]).

* [illegible]

**Annual Goal:** Ryan [illegible] written language.

•Short Term Objective: [illegible]

Criteria, evaluation procedures, and schedule for determining whether objective is being achieved: [illegible]

Status: Date Started: [illegible] Date Mastered: ______ Other: ______

•Short Term Objective: [illegible] test [illegible]

Criteria, evaluation procedures, and schedule for determining whether objective is being achieved: [illegible]

Status: Date Started: [illegible] Date Mastered: ______ Other: ______

•Short Term Objective: [illegible]

Criteria, evaluation procedures, and schedule for determining whether objective is being achieved: [illegible]

Status: Date Started: [illegible] Date Mastered: ______ Other: ______

Provo School District
Provo, Utah 84604

# Individualized Education Program (IEP)
(Use multiple sheets as necessary)

SpEd 6a2
@ June 95
D.D.

**Student:** _____ **Date of IEP:** _____

**Annual Goal:** _____
_____
_____
_____

•**Short Term Objective:** _____
_____
_____

Criteria, evaluation procedures, and schedule for determining whether objective is being achieved:
_____

**Status: Date Started:** _____ **Date Mastered:** _____ **Other:** _____

•**Short Term Objective:** _____
_____
_____

Criteria, evaluation procedures, and schedule for determining whether objective is being achieved:
_____

**Status: Date Started:** _____ **Date Mastered:** _____ **Other:** _____

•**Short Term Objective:** _____
_____
_____

Criteria, evaluation procedures, and schedule for determining whether objective is being achieved:
_____

**Status: Date Started:** _____ **Date Mastered:** _____ **Other:** _____

**Provo School District**
Special Education Services
Parental Prior Notice



1105658          0-943-207-1
**IEP & parental notice 198**

Sp.Ed. 11
Aug. 89

Re: _Bryan Messenger_                             Date: _9-21-89_
        Student's Name

Dear _Mr. + Mrs. Messenger_.

The _Canyon Crest_ Special Education Multidisciplinary team is considering the following action(s) checked below:

☐ Referral for Evaluation                    ☒ Developing an Individualized Education Program for the student
☐ Evaluating the student's special needs     ☐ Reviewing or revising the student's Individualized Education Program
☐ Determining the student's eligibility for  ☐ Re-evaluating the student's need for continued special education services
  special education services                 ☐ A change in classification for receiving special education services
☐ A change in Special Education service delivery  ☒ Other _reviewing testing results_

1. This action is being proposed because of:

☒ Academic Concerns   ☐ Speech/Language Concerns   ☐ Behavior Concerns   ☐ Health Concerns   ☐ Program Planning
☐ Continued Eligibility to receive special education services   ☐ Other _____

2. Prior to this proposal, the following options were attempted and rejected:

☐ Student and Parent Conferences   ☐ Academic Adjustments and tracking   ☐ Schedule/Teacher Change   ☐ Tutoring
☐ School Disciplinary Actions   ☒ Not Applicable   ☐ Other _____

3. The above listed options were rejected because:

☐ Concerns expressed in item 1 continue to exist   ☒ Not Applicable   ☐ Other _____

4. The action proposed above is based on the following evaluation procedures, tests, or records, or reports:

☐ Teacher Observation and Records   ☒ Achievement Test Scores   ☐ Curriculum Based Assessment
☒ Multidisciplinary Team Report   ☐ Not Applicable   ☒ Other _psy. testing_

5. Other factors relevant to the action proposed above are:

☒ Parent Concern   ☐ Student Concern   ☐ None   ☐ Other _____

Your assistance is requested to:   ☐ Sign and return the permission to test form. (Tests to be used as noted on the form.)
                                   ☐ Complete the enclosed _____ and return it to us.
                                   ☒ Arrange to meet with the team to discuss the above proposed action, as described below.

**Proposed Meeting Arrangements**

Date: _Sept. 25, 1989_  Time: _3:00 pm_.  We will be meeting at: _Canyon Crest Psychologist's office_
At the present time we anticipate that _Mrs. Bliss_, _Mr. Holbrook_, _Miss Thompson_,
_____, _____ will be meeting with us. Please let us know if this is a convenient time
for you so that we can finalize the plans for the meeting. If you wish to have someone else attend with you, you may do so.

Please call _Tresa Wallis_ at _374-4995_ between the hours of _8:30_ and _4:00_ if
                    Person's Name          Phone Number
you have any questions about the information provided above.

A copy of Parent Rights is enclosed. Please read them carefully. We will review these with you when we meet.

Sincerely, _Tresa J. Wallis_

RECEIVED

NOV 16 2016

Disability Services

000051

**Provo School District**
Special Education Services
Parental Prior Notice

Sp.Ed. 11
Aug. 89

Re: _Bryan Messenger_     Date: _9-5-89_
    _Student's Name_

Dear _Mr. + Mrs. Messenger_,

The _Canyon Crest_ Special Education Multidisciplinary team is considering the following action(s) checked below:

☒ Referral for Evaluation
☒ Evaluating the student's special needs
☒ Determining the student's eligibility for special education services
☐ A change in Special Education service delivery

☐ Developing an Individualized Education Program for the student
☐ Reviewing or revising the student's Individualized Education Program
☐ Re-evaluating the student's need for continued special education services
☐ A change in classification for receiving special education services
☐ Other _____

1. This action is being proposed because of:

☒ Academic Concerns   ☐ Speech/Language Concerns   ☒ Behavior Concerns  _attention span_   ☐ Health Concerns   ☐ Program Planning
☐ Continued Eligibility to receive special education services   ☐ Other _____

2. Prior to this proposal, the following options were attempted and rejected:

☐ Student and Parent Conferences   ☐ Academic Adjustments and tracking   ☐ Schedule/Teacher Change   ☐ Tutoring
☐ School Disciplinary Actions   ☒ Not Applicable   ☐ Other _____

3. The above listed options were rejected because:

☐ Concerns expressed in item 1 continue to exist   ☒ Not Applicable   ☐ Other _____

4. The action proposed above is based on the following evaluation procedures, tests, or records, or reports:

☐ Teacher Observation and Records   ☐ Achievement Test Scores   ☐ Curriculum Based Assessment
☐ Multidisciplinary Team Report   ☒ Not Applicable   ☐ Other _____

5. Other factors relevant to the action proposed above are:

☒ Parent Concern   ☐ Student Concern   ☐ None   ☐ Other _____

Your assistance is requested to:   ☒ Sign and return the permission to test form. (Tests to be used as noted on the form.)
    ☐ Complete the enclosed _____ and return it to us.
    ☐ Arrange to meet with the team to discuss the above proposed action, as described below.

**Proposed Meeting Arrangements**

Date: _____   Time: _____   We will be meeting at: _____

At the present time we anticipate that _____ , _____ , _____

_____ , _____ will be meeting with us. Please let us know if this is a convenient time

for you so that we can finalize the plans for the meeting. If you wish to have someone else attend with you, you may do so.

Please call _Tresa Wallis_ at _374-4995_ between the hours of _9:00_ and _3:00_ if
    _Person's Name_     _Phone Number_
you have any questions about the information provided above.

A copy of Parent Rights is enclosed. Please read them carefully. We will review these with you when we meet.

Sincerely,
_Tresa J. Wallis_

PROVO SCHOOL DISTRICT
Provo, Utah 84604

**I. E. P.**
GOALS AND OBJECTIVES

Sp.Ed. 5c
Aug. 89

Student Name: _Bryan Messenger_   School: _Canyon Crest_   Date: _9-28-89_

Annual Goal: _Bryan will improve reading fluency._

Person Responsible: _Tresa Wallis_

If service is provided less than daily complete the following:

Circle days served:

| | M | T | W | R | F |
|---|---|---|---|---|---|
| Duration of service session (hrs./mins.): | | | | | |

Short Term Objectives: *(Minimum of 2)*

1 – Bryan will use phonics to decode words as measured by 80% accuracy on skill lesson informal tests at least 3 times a week and mastery tests as scheduled.

2 – Bryan will read selected passages from the assigned basal text with 80% accuracy as measured by individual pupil/teacher or aide conference at least 3 times a week.

3 – Bryan will increase his reading rate of Dolch phrases as measured by 2 min. timings at least 3 times a week.

Evaluation/Data Collection Procedure *(Indicate at least 1)*

Observation *(include frequency)* _____

Informal Assessment *(method)* _modified PT timings conference with teacher or aide, informal phonics tests_

Formal Assessment *(test)* _____

Quarterly Review of Short Term Objectives

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed | 10-25-89 | 1-12-90 | 3-21-90 | 5-25-90 |
| Goal Met, Progress Made, No Change | Progress made | Progress made | Progress made | Progress made |
| Comments/Results: | From 20 to 30 phonic words. Completed 2 pre-primers. Dolch rate page 1 (36 to 72 words) | Completed (passed) 20 phonics test. Completed 38 pre-primer. Working to complete Sunshine (1) text. Completed Dolch page 1 | Completed (passed) 21 phonics tests. Completed text and 9 stories in Sunshine (1) text. Completed page 2,3,4 of Dolch phrases and is working on page 5. | #1 passed 30 phonic tests. #2 Completed Sunshine (1) text + 5 stories in Skylight. #3 Goal met passed off all 5 pages. |

White copy retained in blue folder, yellow for school use, pink copy for parent or student.

PROVO SCHOOL DISTRICT
Provo, Utah 84604

**I. E. P.**
**GOALS AND OBJECTIVES**

Sp.Ed. 5c
Aug. 89

Student Name: _Bryan Messenger_   School: _Canyon Crest_   Date: _9-28-89_

Annual Goal: _Bryan will increase written language skills._

Person Responsible: _Nesa Wallis_

If service is provided less than daily complete the following:

| | M | T | W | R | F |
|---|---|---|---|---|---|
| Circle days served: | | | | | |
| Duration of service session (hrs./mins.): | | | | | |

Short Term Objectives: *(Minimum of 2)*

1 – Bryan will correctly spell words from the
Signs to Sounds program with 80% accuracy
as measured by lesson tests at least 3 times
a week.

2 – Bryan will write selected letters in manuscript
with 100% legibility as measured by daily
work samples and bimonthly informal
teacher made tests.

**Evaluation/Data Collection Procedure** *(Indicate at least 1)*

Observation *(include frequency)* _____

Informal Assessment *(method)* _spelling lesson tests, work samples,_
_teacher made tests._

Formal Assessment *(test)* _____

**Quarterly Review of Short Term Objectives**

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed | 10-25-89 | 1-12-90 | 3-21-90 | 5-25-90 |
| Goal Met, Progress Made, No Change | Progress made | Progress made | Progress made | Progress made |
| Comments/Results: | #1 Passed, 8 spelling tests #2 see writing samples | #1 Passed 20 spelling tests #2 see writing sample + check ups | #1 passed 11 tests in spelling program #2 Good progress in cursive writing | #1 Passed Level I mastery Sept 85% #2 Done very well on letter formation. needs more work on fluency. |

*** White copy retained in blue folder, yellow for school use, pink copy to parent or student. ***

ROVO SCHOOL DISTRICT
Provo, Utah 84604

I. E. P.
GOALS AND OBJECTIVES

Sp.Ed. 5c
Aug. 89

Student Name: _Bryan Messenger_   School: _Canyon Crest_   Date: _9-28-89_

Annual Goal: _Bryan will improve reading fluency._

Person Responsible: _Tresa Wallis_

If service is provided less than daily complete the following:

| | | | | | |
|---|---|---|---|---|---|
| Circle days served: | M | T | W | R | F |
| Duration of service session (hrs./mins.): | | | | | |

Short Term Objectives: *(Minimum of 2)*

1 - Bryan will use phonics to decode words as measured by 80% accuracy on skill lesson informal tests at least 3 times a week and mastery tests as scheduled.

2 - Bryan will read selected passages from the assigned basal text with 80% accuracy as measured by individual pupil/teacher or aide conference at least 3 times a week.

3 - Bryan will increase his reading rate of Dolch phrases as measured by 2 min. timings at least 3 times a week.

Evaluation/Data Collection Procedure *(Indicate at least 1)*

Observation *(include frequency)* _____

Informal Assessment *(method)* _modified PT timings conference with teacher or aide, informal phonics tests_

Formal Assessment *(Test)* _____

Quarterly Review of Short Term Objectives

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed | 10-25-89 | 1-12-90 | 3-21-90 | |
| Goal Met, Progress Made, No Change | Progress made | Progress made | Progress made | |
| Comments/Results: | from 1c to 20 20 to 30 phonic words Completed 2 pre primers | 20 phonic tests Completed 3th pre primer, each story to complete Sunshine (1) text | Completed (praed) 21 phonics tests Completed Sunshine (1) text and 9 stories in november (1) text | |
| | Dolch rate page 1 (36 to 72 words) | Completed Dolch page 1 | Completed page 2, 3, 4 of Dolch phrases and is working | |

000055

ROVO SCHOOL DISTRICT
Provo, Utah 84604

**I. E. P.**
**GOALS AND OBJECTIVES**

Sp.Ed. 5c
Aug. 89

Student Name: _Bryan Messenger_   School: _Canyon Crest_   Date: _9-28-89_

Annual Goal: _Bryan will increase written language skills._

Person Responsible: _Tresa Wallis_

If service is provided less than daily complete the following:

| | M | T | W | R | F |
|---|---|---|---|---|---|
| Circle days served: | | | | | |
| Duration of service session (hrs./mins.): | | | | | |

Short Term Objectives: *(Minimum of 2)*

1— Bryan will correctly spell words from the Signs to Sounds program with 80% accuracy as measured by lesson tests at least 3 times a week.

2— Bryan will write selected letters in manuscript with 100% legibility as measured by daily work samples and bimonthly informal teacher made tests.

Evaluation/Data Collection Procedure *(Indicate at least 1)*

Observation *(include frequency)* _____

Informal Assessment *(method)* _spelling lesson tests, work samples, teacher made tests._

Formal Assessment *(test)* _____

### Quarterly Review of Short Term Objectives

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed | 10-25-89 | 1-12-90 | 3-21-90 | |
| Goal Met, Progress Made, No Change | Progress made | Progress made | Progress made | |
| Comments/Results: | #1 Passed 8 spelling tests #2 see writing samples | #1 Passed 20 spelling tests #2 See writing sample & checklist | #1 Passed 11 tests in spelling program #2 Good progress in cursive writing | |

*** White copy retained in blue folder, yellow for school use, pink copy to parent or student. ***

000056

RESOURCE—PROGRESS REPORT
Subjects in Resource: _Reading, Spelling,_
_Handwriting_

Student: _Bryan Messenger_
Date: _1989/90 School Year_
Grade: _2_ Teacher: _Tricia Waddie_

IEP Goals

Improve Reading Fluency

1. _Use phonics to decode words_

2. _Progress in assigned basal text_

3. _Increase reading rate of Dolch phrases_

4.

5.

6.

### Quarterly Review of Short Term Objectives

|  | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed | 10-25-89 | 1-12-90 | | |
| Goal Met, Progress Made, No Change | Progress made | Progress made (passed) | | |
| Comments/Results: | From 20 to 50 phonic words. Completed 2 pre-primers. Dolch rate page 1 (36 to 72 words) | Completed 20 phonics tests. Completed 3rd pre-primer, Tricia 1 story to complete Sunshine (1') text. Completed Dolch page 1 and is working on Dolch p. 2 | | |

Increase Reading Comprehension Skills

1.

2.

3.

4.

5.

6.

### Quarterly Review of Short Term Objectives

|  | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed | | | | |
| Goal Met, Progress Made, No Change | | | | |
| Comments/Results. | | | | |

RESOURCE—PROGRESS REPORT
Subjects in Resource: *Reading, Spelling,*
*Handwriting*

Student: *Bryan Messenau*
Date: *1989-90 School Year*
Grade: *2* Teacher: *Tresa Wallis*

IEP Goals

Progress in Spelling — *Signs for Sounds Spelling Program*

### Quarterly Review of Short Term Objectives

|  | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed | 10-25-89 | 1-12-90 |  |  |
| Goal Met, Progress Made, No Change | Progress made | Progress made |  |  |
| Comments/Results: | Passed 8 spelling tests | Passed 20 spelling tests |  |  |

Improve in Handwriting — *D'Nealian manuscript*

### Quarterly Review of Short Term Objectives

|  | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed | 10-25-89 | 1-12-90 |  |  |
| Goal Met, Progress Made, No Change | Making Progress | Progress made |  |  |
| Comments/Results: | See writing samples | See writing samples & Check-up test |  |  |

Improve in Composition Skills

1. _____
2. _____
3. _____
4. _____

### Quarterly Review of Short Term Objectives

|  | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed |  |  |  |  |
| Goal Met, Progress Made, No Change |  |  |  |  |
| Comments/Results: |  |  |  |  |

RESOURCE—PROGRESS REPORT

Subjects in Resource: *Reading, Spelling, Handwriting*

Student: *Bryan Messenger*
Date: *1989-90 School Year*
Grade: *2*   Teacher: *Lisa Wallie*

IEP Goals

__Improve Reading Fluency__

1. *Use phonics to decode words*
2. *Progress in assigned basal text*
3. *Increase reading rate of Dolch phrases*
4. _____
5. _____
6. _____

### Quarterly Review of Short Term Objectives

|  | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed | 10-25-81 |  |  |  |
| Goal Met, Progress Made, No Change | Progress Made |  |  |  |
| Comments/Results: | *from 15 to 50 phonic words Completed 2 pre-primers* |  |  |  |

*Dolch rate page 1 ( 36 to 72 words)*

__Increase Reading Comprehension Skills__

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

### Quarterly Review of Short Term Objectives

|  | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed |  |  |  |  |
| Goal Met, Progress Made, No Change |  |  |  |  |
| Comments/Results. |  |  |  |  |

RESOURCE—PROGRESS REPORT
Subjects in Resource: *Reading, Spelling,*
*Handwriting*

Student: *Bryan Messenger*
Date: *1989-90 School Year*
Grade: *2* Teacher: *Tresa Wallis*

IEP Goals

Progress in Spelling — *Signs for Sounds Spelling Program*

### Quarterly Review of Short Term Objectives

|  | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed | 10-25-89 | | | |
| Goal Met, Progress Made, No Change | Progress made | | | |
| Comments/Results: | Passed 8 spelling tests | | | |

Improve in Handwriting — *D'Nealian manuscript*

### Quarterly Review of Short Term Objectives

|  | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed | 10-25-89 | | | |
| Goal Met, Progress Made, No Change | making progress | | | |
| Comments/Results: | See writing samples | | | |

Improve in Composition Skills

1. _____
2. _____
3. _____
4. _____

### Quarterly Review of Short Term Objectives

|  | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed | | | | |
| Goal Met, Progress Made, No Change | | | | |
| Comments/Results: | | | | |

PROVO SCHOOL DISTRICT
Provo, Utah 84604

Sp.Ed. 5a
Aug. 89

# INDIVIDUALIZED EDUCATION PROGRAM
## (I.E.P.)

Student: _____  Grade: _____  School: _____

Birthdate: _____  Parent/Guardian/Surrogate: _____

Phone: _____  Address: _____  Zip: _____

Primary Classification: _____

Is there a secondary handicapping condition of  ☐ Yes  ☒ No
Communicative Disorder present?

Amount of time served by Special Education weekly.

Hours: _____  Mins.: _____

Date Services Initiated: _____

Amount of time student will participate in the regular education program.

Duration of I.E.P.: _____

Hours: _____  Mins.: _____

Related Services which are required for student to benefit from special education :

_____

_____

### Statement of Student's Current Level of Educational Strengths and Weaknesses

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*My signature signifies that I have participated in the development of the goals outlined and that I understand and have received a copy of my parental rights.*

### Signatures                                    Date

☐ Parent ☐ Guardian ☐ Surrogate: _____  _____

☐ Parent ☐ Guardian ☐ Surrogate: _____  _____

LEA Representative: _____  _____

Classroom Teacher: _____  _____

Special Ed. Teacher: _____  _____

Counselor/Psychologist: _____  _____

Speech/Lang./Hearing Specialist: _____  _____

Student: _____  _____

Other: _____  _____

*** White copy retained in blue folder, yellow for school use, pink copy to parent or student. ***

000061

PROVO SCHOOL DISTRICT
Provo, Utah 84604

**I. E. P.**
**GOALS AND OBJECTIVES**

Sp.Ed. 5c
Aug. 89

Student Name: _____ School: _____ Date: _____

Annual Goal: _____

_____

Person Responsible: _____

---

If service is provided less than daily complete the following:

| Circle days served: | M | T | W | R | F |
|---|---|---|---|---|---|
| Duration of service session (hrs./mins.): | | | | | |

---

**Short Term Objectives:** *(Minimum of 2)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

---

Evaluation/Data Collection Procedure *(Indicate at least 1)*

Observation *(include frequency)* _____

Informal Assessment *(method)* _____

Formal Assessment *(test)* _____

**Quarterly Review of Short Term Objectives**

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed | | | | |
| Goal Met, Progress Made, No Change | | | | |
| Comments/Results: | | | | |

*** *White copy retained in blue folder, yellow for school use, pink copy to parent or student.* ***

PROVO SCHOOL DISTRICT
Provo, Utah 84604

I. E. P.
GOALS AND OBJECTIVES

Sp.Ed. 5c
Aug. 89

Student Name: _____ School: _____ Date: _____

Annual Goal: _____

_____

Person Responsible: _____

> If service is provided less than daily complete the following:
>
> | Circle days served: | M | T | W | R | F |
> |---|---|---|---|---|---|
> | Duration of service session (hrs./mins.): | | | | | |

**Short Term Objectives:** *(Minimum of 2)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_Evaluation/Data Collection Procedure_ *(Indicate at least 1)*

Observation *(include frequency)* _____

Informal Assessment *(method)* _____

Formal Assessment *(test)* _____

**Quarterly Review of Short Term Objectives**

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed | | | | |
| Goal Met, Progress Made, No Change | | | | |
| Comments/Results: | | | | |

*** *While copy retained in blue folder, yellow for school use, pink copy to parent or student.* ***

PROVO SCHOOL DISTRICT
Provo, Utah 84604

Sp.Ed. 5a
Aug. 89

# INDIVIDUALIZED EDUCATION PROGRAM
## (I.E.P.)

Student: _____ Grade: _____ School: _____

Birthdate: _____ Parent/Guardian/Surrogate: _____

Phone: _____ Address: _____ Zip: _____

Primary Classification: _____

Is there a secondary handicapping condition of ☐ Yes ☐ No
Communicative Disorder present?

Amount of time served by Special Education weekly.

Hours: _____ Mins.: _____

Date Services Initiated: _____

Amount of time student will participate in the regular education program.

Duration of I.E.P.: _____

Hours: _____ Mins.: _____

Related Services which are required for student to benefit from special education :

_____

_____

## Statement of Student's Current Level of Educational Strengths and Weaknesses

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*My signature signifies that I have participated in the development of the goals outlined and that I understand and have received a copy of my parental rights.*

**Signatures**        **Date**

☐ Parent ☐ Guardian ☐ Surrogate: _____ _____

☐ Parent ☐ Guardian ☐ Surrogate: _____ _____

LEA Representative: _____ _____

Classroom Teacher: _____ _____

Special Ed. Teacher: _____ _____

Counselor/Psychologist: _____ _____

Speech/Lang./Hearing Specialist: _____ _____

Student: _____ _____

Other: _____ _____

*** *White copy retained in blue folder, yellow for school use, pink copy to parent or student.* ***

000064

**Provo School District**
**Special Education Services**
**Parental Prior Notice**

Sp.Ed. 11
Aug. 89

Re: _____          Date: _____
         Student's Name

Dear _____ ,

The _____ Special Education Multidisciplinary team is considering the following action(s) checked below:

☐ Referral for Evaluation                              ☐ Developing an Individualized Education Program for the student
☐ Evaluating the student's special needs              ☐ Reviewing or revising the student's Individualized Education Program
☐ Determining the student's eligibility for           ☐ Re-evaluating the student's need for continued special education services
   special education services                        ☐ A change in classification for receiving special education services
☐ A change in Special Education service delivery       ☐ Other _____

1. This action is being proposed because of:

☐ Academic Concerns      ☐ Speech/Language Concerns      ☐ Behavior Concerns      ☐ Health Concerns      ☐ Program Planning
☐ Continued Eligibility to receive special education services   ☐ Other _____

2. Prior to this proposal, the following options were attempted and rejected:

☐ Student and Parent Conferences   ☐ Academic Adjustments and tracking   ☐ Schedule/Teacher Change   ☐ Tutoring
☐ School Disciplinary Actions      ☐ Not Applicable   ☐ Other _____

3. The above listed options were rejected because:

☐ Concerns expressed in item 1 continue to exist   ☑ Not Applicable   ☐ Other _____

4. The action proposed above is based on the following evaluation procedures, tests, or records, or reports:

☐ Teacher Observation and Records   ☐ Achievement Test Scores   ☐ Curriculum Based Assessment
☐ Multidisciplinary Team Report     ☐ Not Applicable   ☐ Other _____

5. Other factors relevant to the action proposed above are:

☐ Parent Concern   ☐ Student Concern   ☐ None   ☐ Other _____

Your assistance is requested to:   ☐ Sign and return the permission to test form. (Tests to be used as noted on the form.)
                              ☐ Complete the enclosed _____ and return it to us.
                              ☐ Arrange to meet with the team to discuss the above proposed action, as described below.

**Proposed Meeting Arrangements**

Date: _____   Time: _____   We will be meeting at: _____

At the present time we anticipate that _____ , _____ ,

_____ , _____ will be meeting with us. Please let us know if this is a convenient time

for you so that we can finalize the plans for the meeting. If you wish to have someone else attend with you, you may do so.

Please call _____ at _____ between the hours of _____ and _____ if
            Person's Name                    Phone Number
you have any questions about the information provided above.

A copy of Parent Rights is enclosed. Please read them carefully. We will review these with you when we meet.

Sincerely,

*** White copy retained in blue folder, yellow copy to parent. ***

000065

PROVO SCHOOL DISTRICT
Provo, Utah 84604

I. E. P.
GOALS AND OBJECTIVES

Sp.Ed. 5c
Aug. 89

Student Name: _____ School: _____ Date: _____

Annual Goal: _____

_____

Person Responsible: _____

If service is provided less than daily complete the following:

| Circle days served: | M | T | W | R | F |
|---|---|---|---|---|---|
| Duration of service session (hrs./mins.): | | | | | |

**Short Term Objectives:** *(Minimum of 2)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Evaluation/Data Collection Procedure *(Indicate at least 1)*

Observation *(include frequency)* _____

Informal Assessment *(method)* _____

Formal Assessment *(test)* _____

**Quarterly Review of Short Term Objectives**

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed | | | | |
| Goal Met, Progress Made, No Change | | | | |
| Comments/Results: | | | | |

*** *White copy retained in blue folder, yellow for school use, pink copy to parent or student.* ***

PROVO SCHOOL DISTRICT
Provo, Utah 84604

I. E. P.
GOALS AND OBJECTIVES

Sp.Ed. 5c
Aug. 89

Student Name: _Bryan Messenger_ School: _Canyon Crest_ Date: _10-4-90_

Annual Goal: _Bryan will improve his reading skills_

Person Responsible: _Louise Holt_

If service is provided less than daily complete the following:

| | M | T | W | R | F |
|---|---|---|---|---|---|
| Circle days served: | | | | | |
| Duration of service session (hrs./mins.): | | | | | |

Short Term Objectives: *(Minimum of 2)*

1. _Bryan selects each morning for 12-15 min in resource_

2. _Use the Rathmeyer reading "Conquest in reading" phonic approach. He will achieve an 80% takeaway level in visual and auditory as measured by informal tests._

3. _He will the Imber basal. Bryan will read passages & complete all Skills lessons doing the language mostly manipulate and timed word lists (all). He will achieve an 80% accuracy._

4. _He will move into the McGraw Hill series as materials become available._

Evaluation/Data Collection Procedure *(Indicate at least 1)*

Observation *(include frequency)* _____

Informal Assessment *(method)* _H. M. assessments - informal reading_

Formal Assessment *(test)* _Inventory & teacher made tests._

Quarterly Review of Short Term Objectives

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed | | | | |
| Goal Met, Progress Made, No Change | | | | |
| Comments/Results: | | | | |

\*\*\* White copy retained in blue folder, yellow for schoolhouse, pink copy to parent or student. ↑↑↑

000067

PROVO SCHOOL DISTRICT
Provo, Utah 84604

Sp.Ed.2
Aug. 90

## PARENTAL PERMISSION FOR EVALUATION FORM

To the Parent(s) of: _Bryan Messinger_   Date : _Aug. 26, 1992_

Student's Birthdate: _/ , /_   School: _Canyon Crest_   Grade: _5_

The purpose of this evaluation is to determine, by testing in several areas, your child's educational and/or social-emotional needs. The tests checked on the back of this form will be given by qualified personnel and will be in the student's primary language with an interpreter when appropriate. Evaluation procedures will be selected and administered free of racial and cultural bias to the greatest extent possible. No single test will be used as sole criterion for making determinations about your child. The evaluation may include individual testing in the areas indicated on the back, observations of the student in a group setting, parent interviews, teacher interviews, and/or a review of existing school records or reports.

As a parent, you are entitled to receive written notice and give written consent before the school initiates an evaluation of your child. If you disagree with the results of this evaluation, you may request an independent evaluation. Contact your local principal if you have questions.

_Areas to be evaluated and specific tests which will be used are indicated on the back of this form._

If you have any questions concerning this evaluation, please contact the following person:

Name _Shauna Raby_   Position: _Resource_   Phone _221-9873_

---

I DO hereby give my permission for the evaluation requested. I understand that all results will be kept confidential and reviewed with me.

_____   _____
Signature of Parent/Guardian/Surrogate   Date

---

I DO NOT hereby give my permission for the evaluation requested. I understand that this means my child will not be evaluated by special education for possible placement and service.

_____   _____
Signature of Parent/Guardian/Surrogate   Date

---

I have received prior notice of this action and I understand and have received a copy of my parental rights.

_____   _____
Initial of Parent/Guardian   Date

000068

PROVO SCHOOL DISTRICT
Provo, Utah 84604

I. E. P.
GOALS AND OBJECTIVES

Sp.Ed. 5b
Aug. 89

Student Name: _____ School: _____ Date: _____

Annual Goal: _____
_____

Person Responsible: _____

---

If service is provided less than daily complete the following:

Circle days served:     M     T     W     R     F

Duration of service session (hrs./mins.): _____

---

**Short Term Objectives:** *(Minimum of 2)*

1. _____
_____

2. _____
_____

3. _____
_____
_____

_____
_____

**Evaluation/Data Collection Procedure** *(Indicate at least 1)*

Observation *(include frequency)* _____

Informal Assessment *(method)* _____

Formal Assessment *(test)* _____

### Quarterly Review of Short Term Objectives

|  | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed |  |  |  |  |
| Goal Met, Progress Made, No Change |  |  |  |  |
| Comments/Results: |  |  |  |  |

*** *White copy retained in blue folder, yellow for school use, pink copy to parent or student.* ***

**Provo School District**
**Special Education Services**
**Parental Prior Notice**

Sp.Ed. 11
Aug. 91

Re: _____          Date: _____
     *Student's Name*

Dear _____ ,

The _____ Special Education Multidisciplinary team is considering the following action(s) checked below:

☐ Referral for evaluation              ☐ Developing an "Individualized Education Program" for the student
☐ Evaluating the student's special needs    ☐ Reviewing or revising the student's "Individualized Education Program"
☐ Determining the student's eligibility for   ☐ Re-evaluating the student's need for continued special education services
   special education services           ☐ A change in classification for receiving special education services
☐ A change in special education service delivery  ☐ Other _____

1. This action is being proposed because of:

☐ Academic concerns   ☐ Speech/language concerns   ☐ Behavior concerns   ☐ Health concerns   ☐ Program planning
☐ Continued eligibility to receive special education services   ☐ Other _____

2. Prior to this proposal, the following options were attempted and rejected:

☐ Student and parent conferences   ☐ Academic adjustments and tracking   ☐ Schedule/teacher change   ☐ Tutoring
☐ School disciplinary actions   ☐ Not applicable   ☐ Other _____

3. The above listed options were rejected because:

☐ Concerns expressed in item 1 continue to exist   ☐ Not applicable   ☐ Other _____

4. The action proposed above is based on the following evaluation procedures, tests, records, or reports:

☐ Teacher observation and records   ☐ Achievement test scores   ☐ Curriculum based assessment
☐ Multidisciplinary team report   ☐ Not applicable   ☐ Other _____

5. Other factors relevant to the action proposed above are:

☐ Parent concern   ☐ Student concern   ☐ None   ☐ Other _____

Your assistance is requested to:   ☐ Sign and return the permission to test form. (Tests to be used as noted on the form.)
                        ☐ Complete the enclosed _____ and return it to us.
                        ☐ Arrange to meet with the team to discuss the above proposed action, as described below.

### Proposed Meeting Arrangements

Date: _____ Time: _____ We will be meeting at: _____

At the present time we anticipate that _____, _____,

_____, _____ will be meeting with us. Please let us know if this is a convenient time

for you so that we can finalize the plans for the meeting. If you wish to have someone else attend with you, you may do so.

Please call _____ at _____ between the hours of _____ and _____ if
          *Person's Name*               *Phone Number*
you have any questions about the information provided above.

A copy of "Parent Rights" is enclosed. Please read it carefully. We will review this with you when we meet.

Sincerely,

\*\*\* White copy retained in blue folder, yellow copy to parent. \*\*\*

000070

PROVO SCHOOL DISTRICT
Provo, Utah 84604

Sp.Ed. 5a
Aug. 89

## INDIVIDUALIZED EDUCATION PROGRAM
### (I.E.P.)

Student: _Breван Messenger_  Grade: _6_ School: _Canyon Crest_

Birthdate: _____ Parent/Guardian/Surrogate: _Kent & Jane Ann Messenger_

Phone: _225-7847_  Address: _79 W. 1500 N._  Zip: _84604_

Primary Classification: _specific learning disability_

Is there a secondary handicapping condition of   O Yes  O No
Communicative Disorder present?

Date Services Initiated: _9-14-93_

Duration of I.E.P.: _9-14-94_

Amount of time served by Special Education weekly.

Hours: _1_ Mins.: _15_

Amount of time student will participate in the regular
education program.

Hours: _25_ Mins.: _45_

Related Services which are required for student to benefit from special education :

_____

### Statement of Student's Current Level of Educational Strengths and Weaknesses

_Writing scores 5th grade - 1, incomplete 77, 86 termiscores_
_Does well in math, science, social studies_
_Does not do independent reading._

My signature signifies that I have participated in the development of the goals
outlined and that I understand and have received a copy of my parental rights.

| | Signatures | Date |
|---|---|---|
| ⊙ Parent o Guardian o Surrogate: | _Jane Ann Messenger_ | _9/14/93_ |
| o Parent o Guardian o Surrogate: | | |
| LEA Representative: | | |
| Classroom Teacher: | _Kara S. Cunningham_ | _9/14/93_ |
| Special Ed. Teacher: | _Shawn Katz_ | _9/14/93_ |
| Counselor/Psychologist: | | |
| Speech/Lang./Hearing Specialist: | | |
| Student: | | |
| Other: | | |

*** White copy retained in blue folder, yellow for school use, pink copy to parent or student. ***

000071

PROVO SCHOOL DISTRICT
Provo, Utah 84604

I. E. P.
GOALS AND OBJECTIVES

Sp.Ed. 5b
Aug. 89

Student Name: _Bryan Messenger_   School: _Canyon Crest_   Date: _9 12 95_

Annual Goal: _Bryan will improve his written language skills._

Person Responsible: _Shauna Roby / Gene Nunnemaker_

If service is provided less than daily complete the following:

Circle days served:       M    T    W    R    F

Duration of service session (hrs./mins.):   _15 min_

Short Term Objectives: *(Minimum of 2)*

1. _Bryan will have access to a word processor_
   _to use for writing assignments._

2. _Bryan will turn in assignments by the date_

Evaluation/Data Collection Procedure *(Indicate at least 1)*

Observation *(include frequency)* _____

Informal Assessment *(method)* _Teacher records_

Formal Assessment *(test)* _____

Quarterly Review of Short Term Objectives

|  | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Date Reviewed |  |  |  |  |
| Goal Met, Progress Made, No Change |  |  |  |  |
| Comments/Results |  |  |  |  |

*** *White copy retained in blue folder, yellow for school use, pink copy to parent or student.* ***

PROVO SCHOOL DISTRICT
Provo, Utah 84604

Sp.Ed. 5a
Aug. 89

## INDIVIDUALIZED EDUCATION PROGRAM
(I.E.P.)

Student: _Brian Missinger_ Grade: _5_ School: _Canyon Crest_

Birthdate: _____ Parent/Guardian/Surrogate: _Kent i JaneAnn Missinger_

Phone: _2__ ___ ____ Address: _79 W. 4500 N._ Zip: _84604_

Primary Classification: _Learning disability - written language_

Is there a secondary handicapping condition of      O   Yes   D–  No
Communicative Disorder present?

Amount of time served by Special Education weekly.
Hours: _____  Mins.: _____

Date Services Initiated: _____

Duration of I.E.P.: _1 yr_

Amount of time student will participate in the regular
education program.
Hours: _27_ Mins.: _____

Related Services which are required for student to benefit from special education :

_____

_____

### Statement of Student's Current Level of Educational Strengths and Weaknesses

_Brian has ability High verbal scores_
_slower fine motor speed has no help writing_
_Good skills visual + detail_
_has math skills_
_Personnel or ____
_needs help focusing on writing_

_____

_____

_____

_____

My signature signifies that I have participated in the development of the goals
outlined and that I understand and have received a copy of my parental rights

### Signatures                                          Date

ò   Parent o Guardian o Surrogate: _____   _____

o   Parent o Guardian o Surrogate: _____   _____

LEA Representative: _____   _____

Classroom Teacher: _____   _____

Special Ed. Teacher: _Lauren Parks_   _11-5-9__

Counselor/Psychologist: _____   _____

Speech/Lang./Hearing Specialist: _____   _____

Student: _____   _____

Other: _____   _____

*** While copy retained in blue folder, yellow for school use, pink copy to parent or student. ***

000073