# EXHIBIT F




1106725    0-943-207-1
Denial-Decision Letter (a

National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102

215-590-9500 phone
www.nbme.org

**Confidential**

December 9, 2016

Bryan Wellington Messenger
1113 Magnolia Ln
Branchburg, NJ 08876

RE: USMLE Step 2 CK                    USMLE ID#: 0-943-207-1

Dear Mr. Messenger:

We have thoroughly reviewed the documentation provided in support of your request for test accommodations for the United States Medical Licensing Examination (USMLE) Step 2 Clinical Knowledge (CK). We conducted an individualized review of your request in accordance with the guidelines set forth in the amended Americans with Disabilities Act (ADA).

You report the basis of your request to be "*Dyslexia*" diagnosed in 2011. You write in your personal statement, "*I have a strong bedside manner, and scored well on the STEP 2 CS exam. However, when it comes to taking the STEP 2 CK, I am reminded of how difficult it is for me to decode information in the questions under the given time restrictions. My knowledge is there, but I take longer than the average student to process what is actually being asked of me, and many times, because I am in a hurry, I misinterpret the question.*"

In addition to the documents previously reviewed for your Step 2 CK request, you submitted early school records, standardized test score reports, and your high school transcript. Accommodations are provided when there is clear documentation of functional impairment and a rationale to demonstrate that the requested accommodation is appropriate to the setting and circumstance. Your documentation does not demonstrate that the requested accommodations are an appropriate modification of your USMLE Step 2 CK test administration. Our thorough review of all of your documentation found no new substantive information or evidence that alters our original decision communicated in our March 3, 2016 letter. Therefore, after a thorough review of all of your documentation, I must inform you that we are unable to provide you with the requested accommodations.

The ADA defines disability as a physical or mental impairment that substantially limits one or more major life activities. Accommodations are intended to provide access to the USMLE testing program for individuals with a documented disability as defined by the ADA. A diagnostic label, in and of itself, does not establish coverage under the ADA, nor does prior receipt of accommodations for a particular activity guarantee that identical accommodations are indicated or will be available in all future settings and circumstances. The ADA covers

individuals who are substantially limited in a major life activity. Determination of whether an individual is substantially limited in functioning as compared to most people is based on assessment of the current impact of the identified impairment.

We will request processing of your exam application without test accommodations. You may inquire at permits@ecfmg.org or call Applicant Information Services at (215) 386-5900 with any questions about your scheduling permit.

Sincerely,

*Lucia Dwyer*

Lucia Dwyer, Ph.D.
Disability Assessment Analyst, Disability Services