

Norton Rose Fulbright US LLP

1301 Avenue of the Americas
New York, NY 10019-6022
United States

Direct line +1 212 318 3049
felice.galant@nortonrosefulbright.com

Tel +1 212 318 3000
Fax +1 212 318 3400
nortonrosefulbright.com

June 7, 2017

**VIA ECF AND FEDERAL EXPRESS**

The Honorable Douglas E. Arpert, Magistrate Judge
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

Re:   *Bryan Messenger v. National Board of Medical Examiners,*
      Case No. 3:17-cv-03755-FLW-DEA

Dear Magistrate Judge Arpert:

We represent Defendant National Board of Medical Examiners. We write pursuant to the Court's Judicial Preferences to make an application for the admission, *pro hac vice*, of my colleague Robert A. Burgoyne to act as co-counsel in the referenced action. Counsel for Plaintiff has consented to the requested relief. I have attached herewith my certification in support of the application, the declaration of Mr. Burgoyne, and a proposed Order. If satisfactory, we respectfully request that the Court grant our application for the admission of Mr. Burgoyne, *pro hac vice*.

Should the Court require any additional information, please do not hesitate to contact me. We thank the Court for its consideration.

Respectfully submitted,

Felice B. Galant

FBG
Attachments

cc:   All Counsel via ECF

28381116.1

AUSTIN • BEIJING • DALLAS • DENVER • DUBAI • HONG KONG • HOUSTON • LONDON • LOS ANGELES • MINNEAPOLIS
MUNICH • NEW YORK • PITTSBURGH-SOUTHPOINTE • RIYADH • SAN ANTONIO • ST. LOUIS • WASHINGTON DC
www.fulbright.com