Felice B. Galant
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, New York 10019-6022
Telephone: (212) 318-3000
Facsimile: (212) 318-3400
felice.galant@nortonrosefulbright.com

*Attorneys for Defendant National Board of Medical Examiners*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRYAN MESSENGER,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>Defendant. | Civil Action No. 3:17-cv-03755-FLW-DEA<br><br>**CERTIFICATION OF FELICE B. GALANT IN SUPPORT OF APPLICATION FOR ADMISSION FOR ROBERT A. BURGOYNE** |

I, Felice B. Galant, hereby certify as follows:

1. I am an attorney with the law firm of Norton Rose Fulbright US LLP, attorneys for Defendant National Board of Medical Examiners (the "Defendant"). I am a member in good standing of the Bar of the State of New Jersey, this Court, the Bar of the State of New York, the Bar of the State of Connecticut, and the United States District Courts for the Southern and Eastern Districts of New York. Counsel for Plaintiff has consented to the relief sought in this motion.

2. I make this Certification in support of the Defendant's application to permit Robert A. Burgoyne of Norton Rose Fulbright US LLP to act as co-counsel, *pro hac vice*, for the Defendant in the above-captioned action. My Certification is based upon my personal acquaintance with Mr. Burgoyne and on my reading of his accompanying Declaration.

28380971.1

3. Pursuant to L. Civ. R. 101.1(c)(1), the following chart discloses each bar in which Mr. Burgoyne is a member including the year of admission and the name and address of the official or office maintaining the role of such members of its bar; Mr. Burgoyne is a member in good standing in each of these courts:

| Court | Date of Admission |
|---|---|
| US Supreme Court<br>Clerk, Supreme Court of the U. S.<br>ATTN: Admissions Office<br>One First Street, NE<br>Washington, DC 20543 | 1988   Active/Good Standing |
| US Court of Appeals for the District of Columbia<br>UNITED STATES COURT OF APPEALS<br>DISTRICT OF COLUMBIA CIRCUIT<br>333 Constitution Avenue, NW<br>Washington, DC 20001-2866<br>Phone: 202-216-7000 | 1983   Active/Good Standing |
| US Court of Appeals for the Second Circuit<br>ATTORNEY ADMISSIONS<br>THURGOOD MARSHALL UNITED STATES COURTHOUSE<br>40 FOLEY SQUARE<br>NEW YORK, NY 10007<br>212-857-8603 | 1990   Active/Good Standing |
| US Court of Appeals for the Third Circuit<br>OFFICE OF THE CLERK<br>UNITED STATES COURT OF APPEALS<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA 19106-1790 | 1995   Active/Good Standing |
| US Court of Appeals for the Fourth Circuit<br>Patricia S. Connor, Clerk<br>U.S. Court of Appeals for the Fourth Circuit<br>1100 East Main Street, Suite 501<br>Richmond, Virginia 23219 | 1987   Active/Good Standing |
| US Court of Appeals for the Fifth Circuit<br>ADMISSION<br>U. S. COURT OF APPEALS FOR THE FIFTH CIRCUIT<br>600 S. Maestri Place<br>New Orleans, LA 70130 | 1983   Active/Good Standing |

| | | |
|---|---|---|
| US Court of Appeals for the Seventh Circuit<br>Office of the Clerk<br>United States Court of Appeals for the Seventh Circuit<br>Everett McKinley Dirksen United States Courthouse<br>219 S. Dearborn Street<br>Room 2722<br>Chicago, IL 60604 | 1993 | Active/Good Standing |
| US Court of Appeals for the Ninth Circuit<br>Office of the Clerk<br>James R. Browning Courthouse<br>U.S. Court of Appeals<br>95 Seventh Street<br>San Francisco, CA 94103-1526 | 2009 | Active/Good Standing |
| US Court of Appeals for the Tenth Circuit<br>OFFICE OF THE CLERK<br>Byron White United States Courthouse<br>1823 Stout Street<br>Denver, Colorado 80257<br>(303) 844-3157 | 1989 | Active/Good Standing |
| US Court of Appeals for the Eleventh Circuit<br>David J. Smith<br>Clerk of Court<br>U.S. Court of Appeals for the 11th Circuit<br>56 Forsyth St., N.W.<br>Atlanta, Georgia 30303 | 1989 | Active/Good Standing |
| Court of Appeals, District of Columbia<br>Clerk's Office<br>430 E Street, NW<br>Washington, DC 20001 | 1982 | Active/Good Standing |
| US District Court for the District of Columbia<br>ATTORNEY ADMISSIONS<br>333 CONSTITUTION AVENUE, NW<br>ROOM 1225<br>WASHINGTON, DC 20001<br>(202) 354-3110 | 1982 | Active/Good Standing |

| Bar | Date of Admission | |
|---|---|---|
| District of Columbia Bar (No. 366757) | 1982 | Active/Good Standing |
| Pennsylvania Bar (No. 77964) | 1996 | Inactive |

4. Mr. Burgoyne understands, as do I, that if he is admitted *pro hac vice*, either I or another attorney at law authorized to practice in the State of New Jersey shall continue to act as

attorney of record for the Defendant in this matter, will sign all pleadings, briefs and other papers filed with the Court, attend all court appearances, and will be held responsible for such papers and appearances, for the conduct of the case, and for the conduct of Mr. Burgoyne.

5. I shall be responsible for ensuring Mr. Burgoyne's compliance with Local Rule 101.1(c).

6. I hereby confirm that Norton Rose Fulbright US LLP will promptly pay the $150 fee required for admission *pro hac vice* upon issuance of an order admitting Mr. Burgoyne *pro hac vice* in this action.

7. I respectfully request that this Court enter an Order admitting Mr. Burgoyne *pro hac vice* as co-counsel for the Defendant in the above-captioned action.

I certify that the foregoing statements made by me are true and accurate to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 7, 2017                              By:  */s/ Felice B. Galant*
                                                       Felice B. Galant