Felice B. Galant
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, New York 10019-6022
Telephone: (212) 318-3000
Facsimile: (212) 318-3400
felice.galant@nortonrosefulbright.com

*Attorneys for Defendant National Board of Medical Examiners*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRYAN MESSENGER, | Civil Action No. 3:17-cv-03755-FLW-DEA |
| Plaintiff, | |
| v. | **DECLARATION OF ROBERT A. BURGOYNE IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | |
| Defendant. | |

I, Robert A. Burgoyne, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am a member of the law firm of Norton Rose Fulbright US LLP.

2. Pursuant to L. Civ. R. 101.1(c)(1), the following chart discloses each bar in which I am a member including the year of admission and the name and address of the official or office maintaining the role of such members of its bar; I am a member in good standing in each of these courts:

| Court | Date of Admission |
|---|---|
| US Supreme Court<br>Clerk, Supreme Court of the U. S.<br>ATTN: Admissions Office<br>One First Street, NE<br>Washington, DC 20543 | 1988   Active/Good Standing |

28381028.1

| | | |
|---|---|---|
| US Court of Appeals for the District of Columbia<br>UNITED STATES COURT OF APPEALS<br>DISTRICT OF COLUMBIA CIRCUIT<br>333 Constitution Avenue, NW<br>Washington, DC 20001-2866<br>Phone: 202-216-7000 | 1983 | Active/Good Standing |
| US Court of Appeals for the Second Circuit<br>ATTORNEY ADMISSIONS<br>THURGOOD MARSHALL UNITED STATES COURTHOUSE<br>40 FOLEY SQUARE<br>NEW YORK, NY 10007<br>212-857-8603 | 1990 | Active/Good Standing |
| US Court of Appeals for the Third Circuit<br>OFFICE OF THE CLERK<br>UNITED STATES COURT OF APPEALS<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA 19106-1790 | 1995 | Active/Good Standing |
| US Court of Appeals for the Fourth Circuit<br>Patricia S. Connor, Clerk<br>U.S. Court of Appeals for the Fourth Circuit<br>1100 East Main Street, Suite 501<br>Richmond, Virginia 23219 | 1987 | Active/Good Standing |
| US Court of Appeals for the Fifth Circuit<br>ADMISSION<br>U. S. COURT OF APPEALS FOR THE FIFTH CIRCUIT<br>600 S. Maestri Place<br>New Orleans, LA 70130 | 1983 | Active/Good Standing |
| US Court of Appeals for the Seventh Circuit<br>Office of the Clerk<br>United States Court of Appeals for the Seventh Circuit<br>Everett McKinley Dirksen United States Courthouse<br>219 S. Dearborn Street<br>Room 2722<br>Chicago, IL 60604 | 1993 | Active/Good Standing |
| US Court of Appeals for the Ninth Circuit<br>Office of the Clerk<br>James R. Browning Courthouse<br>U.S. Court of Appeals<br>95 Seventh Street<br>San Francisco, CA 94103-1526 | 2009 | Active/Good Standing |

| | | |
|---|---|---|
| US Court of Appeals for the Tenth Circuit<br>OFFICE OF THE CLERK<br>Byron White United States Courthouse<br>1823 Stout Street<br>Denver, Colorado 80257<br>(303) 844-3157 | 1989 | Active/Good Standing |
| US Court of Appeals for the Eleventh Circuit<br>David J. Smith<br>Clerk of Court<br>U.S. Court of Appeals for the 11th Circuit<br>56 Forsyth St., N.W.<br>Atlanta, Georgia 30303 | 1989 | Active/Good Standing |
| Court of Appeals, District of Columbia<br>Clerk's Office<br>430 E Street, NW<br>Washington, DC 20001 | 1982 | Active/Good Standing |
| US District Court for the District of Columbia<br>ATTORNEY ADMISSIONS<br>333 CONSTITUTION AVENUE, NW<br>ROOM 1225<br>WASHINGTON, DC 20001<br>(202) 354-3110 | 1982 | Active/Good Standing |

| Bar | Date of Admission | |
|---|---|---|
| District of Columbia Bar (No. 366757) | 1982 | Active/Good Standing |
| Pennsylvania Bar (No. 77964) | 1996 | Inactive |

3. Because I am not a member of the Bar of the State of New Jersey, I submit this Declaration in support of the application of Defendant National Board of Medical Examiners (the "Defendant") seeking my admission *pro hac vice*, pursuant to Local Rule 101.1(c) of the Rules of the United States District Court for the District of New Jersey, to appear and practice before this Court for the purpose of this case only.

4. Norton Rose Fulbright US LLP has a long-standing attorney-client relationship with Defendant, and we have been retained to provide legal representation in connection with the above-captioned case now pending before this Court.

5. I am familiar with the standards of professional conduct imposed upon members of the New Jersey Bar and the relevant statutes, rules and procedures, and will abide by them.

28381028.1
- 3 -

6. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

7. I am associated in this matter with New Jersey counsel of record, Felice B. Galant, who is qualified to practice pursuant to New Jersey Court Rule 1:21-1.

8. I hereby designate Felice B. Galant, trial member of this Court, as local counsel pursuant to Local Rule 101.1(c), and as attorney of record.

9. In accordance with Local Rule 101.1(c)(2), I agree to make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a).

Wherefore, I respectfully apply for the admission to the Bar of this Court *pro hac vice* to act as act as co-counsel for the Defendant in the above-captioned action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 7, 2017         By: _____
                                Robert A. Burgoyne