UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRYAN MESSENGER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>　　　　Defendant. | Civil Action No. 3:17-cv-03755-FLW-DEA<br><br>**ORDER ADMITTING ROBERT A. BURGOYNE *PRO HAC VICE*** |

　　　　This matter having been brought before the Court by the application of Defendant National Board of Medical Examiners (the "Defendant") for an Order admitting Robert A. Burgoyne *pro hac vice*, and plaintiff Bryan Messenger having consented to the relief sought, the Court having considered all papers submitted in support of the application, and for good cause shown, it is hereby

　　　　ORDERED on this _____ day of _____, 2017 as follows:

　　　　Robert A. Burgoyne is admitted *pro hac vice* for the purpose of representing the Defendant in this lawsuit pursuant to Local Civil Rule 101.1(c), in association with New Jersey counsel, Felice B. Galant.

　　　　Mr. Burgoyne shall abide and be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, and all disciplinary rules, including but not limited to Rules 6 and 7 of the Rules of Attorney Disciplinary Enforcement of the United States Court of Appeals for the Third Circuit.

　　　　All pleadings, briefs, and other papers filed with this Court in this matter shall be signed by Felice B. Galant, who shall be held responsible for them and for the conduct of this case and of the admitted attorneys therein.

28381045.1

In accordance with Local Rule 101.1(c)(2), Mr. Burgoyne shall be required to contribute to the New Jersey Client Protection Fund and Ethics Financial Committee in accordance with New Jersey Court Rules 1:28-2 and 1:20-1(b), and shall do so within 20 days of the date of this Order.

Noncompliance with any of these requirements shall constitute grounds for removal.

_____
United States Judge/United States Magistrate Judge