UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIAN MESSENGER, | Civil Action No. 17-3755 (FLW)(DEA) |
| Plaintiff, | |
| v. | ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | |
| Defendant. | |

This matter has been brought before the Court on motions for an Order allowing Martha M. Lafferty, Esq., Mary C. Vargas, Esq., and Michael S. Stein, Esq., to appear and participate *pro hac vice*. The Court having considered the moving papers, and it being represented to the Court that Defendant consents to the admissions, and this matter being considered without oral argument pursuant to L. Civ. R. 78.1(b), and for good cause shown;

IT IS on this 19th day of June 2017

ORDERED that the motions to appear *pro hac vice* [ECF No. 4, 5, and 11] are granted; and it is further

ORDERED that Martha M. Lafferty, Esq., Mary C. Vargas, Esq., and Michael S. Stein, Esq., be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L.Civ.R. 101.1(c); and it is further

ORDERED that, all pleadings, briefs, and other papers filed with the Court shall be signed by an attorney duly admitted to the Bar of this Court who shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

ORDERED that the abovementioned attorneys shall each pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L.Civ.R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that abovementioned attorneys shall each make payment of $150.00 to the Clerk of the United States District Court in accordance with L.Civ.R. 101.1(c)(3), within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that abovementioned attorneys shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L.Civ.R. 103.1, *Judicial Ethics and Professional Responsibility*, and L.Civ.R. 104.1, *Discipline of Attorneys*; and it is further

ORDERED that abovementioned attorneys shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

ORDERED that abovementioned attorneys may each file a request, the form for which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

                                                       *s/ Douglas E. Arpert*
                                                      **DOUGLAS E. ARPERT**
                                                      **UNITED STATES MAGISTRATE JUDGE**