# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# AT TRENTON

BRYAN MESSENGER,

    Plaintiff,

v.

NATIONAL BOARD OF MEDICAL EXAMINERS
    Defendant.

Case No.: 3:17-cv-03755

## REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY MARTHA M. LAFFERTY TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

                                                                    /s Clara R. Smit
                                                                    CLARA R. SMIT, ESQ.

<u>PRO HAC VICE ATTORNEY INFORMATION</u>:

Name: Martha M. Lafferty

Address: Stein & Vargas, LLP
         840 First Street NE
         Third Floor
         Washington, DC 20002

Email: martie.lafferty@steinvargas.com