IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
AT TRENTON

| | |
|---|---|
| BRYAN MESSENGER, | ) |
| Plaintiff, | ) Case No.: 3:17-cv-03755 |
| v. | ) |
| NATIONAL BOARD OF MEDICAL EXAMINERS | ) |
| Defendant. | ) |

REQUEST BY LOCAL COUNSEL FOR
PRO HAC VICE ATTORNEY MARY C. VARGAS
TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

_____/s Clara R. Smit_____
CLARA R. SMIT, ESQ.

PRO HAC VICE ATTORNEY INFORMATION:

Name: Mary C. Vargas

Address: Stein & Vargas, LLP
840 First Street NE
Third Floor
Washington, DC 20002

Email: mary.vargas@steinvargas.com