# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# AT TRENTON

| | |
|---|---|
| BRYAN MESSENGER, | )<br>)<br>) |
| Plaintiff, | ) Case No.: 3:17-cv-03755 |
| | )<br>) |
| v. | )<br>) |
| NATIONAL BOARD OF MEDICAL EXAMINERS | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

### REQUEST BY LOCAL COUNSEL FOR
### PRO HAC VICE ATTORNEY MICHAEL STEVEN STEIN
### TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

                                                                                             /s Clara R. Smit
                                                                                             CLARA R. SMIT, ESQ.

PRO HAC VICE ATTORNEY INFORMATION:

Name: Michael Steven Stein

Address: Stein & Vargas, LLP
         840 First Street NE
         Third Floor
         Washington, DC 20002

Email: michael.stein@steinvargas.com