UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BRYAN MESSENGER,

    Plaintiff,

v.

NATIONAL BOARD OF MEDICAL
EXAMINERS,

    Defendant.

Case No. 3:17-cv-03755-FLW-DEA

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Bryan Messenger and defendant National Board of Medical Examiners, by and through their attorneys, hereby stipulate to the dismissal of plaintiff's Complaint and all claims asserted therein, with prejudice, each side to bear its own costs and expenses except as otherwise agreed upon by the parties.

SO STIPULATED this ___ day of November, 2017:

/s/ Clara R. Smit
Clara R. Smit
Law Office of Clara R. Smit
100 Horizon Center Boulevard
Hamilton, New Jersey 08691
Telephone: (732) 843-6600
crsmitlaw@aol.com

Mary M. Vargas (*pro hac vice*)
Martha M. Lafferty (*pro hac vice*)
Stein & Vargas, LLP
840 First Street NE, Third Floor
Washington, DC 20002
Telephone: (202) 248-5092

Counsel for Plaintiff

/s/ Felice B. Galant
Felice B. Galant
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019-6022
Telephone: (212) 318-3000
felice.galant@nortonrosefulbright.com

Robert A. Burgoyne (*pro hac vice*)
Norton Rose Fulbright US LLP
799 9th Street, NW, Suite 1000
Washington, D.C. 20001
Telephone: (202) 662-0200

Counsel for Defendant

It is further ordered that the Clerk of the Court is directed to reopen this action and upon entry of this order, the case and docket shall be marked closed.
IT IS SO ORDERED:

FREDA L. WOLFSON, U.S.D.J.  12-12-17